Pro Se 14 (INND Rev. 2/20)



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

ALLEN WILLIAMS,

[You are the PLAINTIFF, print your full name on this line.]

v.

ARNOLD,

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  3:24-cv-914

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] ARNOLD, IN HIS INDIVIDUAL CAPACITY AS ISP SERGEANT | 1 PARK ROW MICHIGAN CITY, IN 46360 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__

2. What is the name and address of your prison or jail? INDIANA STATE PRISON

3. Did the event you are suing about happen there? ☒ Yes.  ○ No, it happened at: _____

4. On what date did this event occur? APPROXIMATELY SEPTEMBER 12, 2024

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. PREFACE: MY NAME IS TIMOTHY MARCUS MAYBERRY. I AM PREPARING MR. WILLIAMS' COMPLAINT BECAUSE HE IS BLIND. I HEREBY CERTIFY THAT WHAT FOLLOWS IS THE EVENTS AS DESCRIBED TO ME BY MR. WILLIAMS; I READ THIS FORM TO MR. WILLIAMS.

   "11-8-24"                          /s/ M. Mayson-EL
   EXECUTED DATE                      TIMOTHY MARCUS MAYBERRY

2. ON SEPTEMBER 12, 2024, MR. WILLIAMS (PLAINTIFF) WAS ARBITRARILY PUNCHED IN THE FACE AND THEREAFTER DENIED MEDICAL TREATMENT BY SERGEANT ARNOLD (DEFENDANT).

3. SGT. ARNOLD'S ATTACK ON MR. WILLIAMS WAS NOT JUSTIFIED NOR UNDERTAKEN FOR ANY PENEOLOGICAL INTEREST

4. SGT. ARNOLD WAS WELL AWARE MR. WILLIAMS WAS SERIOUSLY INJURED FROM HIS ATTACK AND THAT MR. WILLIAMS SOUGHT MEDICAL ATTENTION, YET FAILED TO PROVIDE HELP OR OBTAIN ASSISTANCE FOR MR. WILLIAMS.

5. ON APPROXIMATELY SEPTEMBER 16, 2024, MR. WILLIAMS WAS AGAIN ATTACKED BY SGT. ARNOLD, TO WIT, A PUNCH TO THE FACE.

6. SGT. ARNOLD THEN TOLD MR. WILLIAMS TO "NOW TELL THAT".

7. SGT. ARNOLD ATTACKED MR. WILLIAMS IN RETALIATION FOR

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## Claims and Facts (continued)

REPORTING SGT. ARNOLD'S ASSAULT ON APPROXIMATELY SEPTEMBER 12, 2024.

8. MR. WILLIAMS THEN SCREAMED AND TOLD SGT. ARNOLD THAT HE NEEDED HELP BECAUSE HE WAS IN DIRE NEED OF MEDICAL ATTENTION FROM THE VIOLENT PUNCH TO HIS ORBITAL SOCKET.

9. SGT. ARNOLD REFUSED TO PROVIDE MEDICAL ATTENTION TO MR. WILLIAMS AND OR OBTAIN MEDICAL ATTENTION FOR HIM.

10. TO DATE, MR. WILLIAMS HAS NOT BEEN TREATED FOR EITHER OF THE INJURIES HE SUFFERED AT THE HANDS OF SGT. ARNOLD; DESPITE HAVING SOUGHT MEDICAL ATTENTION FROM STAFF.

11. MR. WILLIAMS IS BLIND (COMPLETELY AND LEGALLY) AND RELIES ENTIRELY ON IDOC STAFF TO KEEP HIM SAFE. CONSEQUENTLY, HE IS REGULARLY IN SPACES ALONE WITH IDOC STAFF ON VARIOUS OCCASSIONS.

12. MR. WILLIAMS NOW FEARS BEING ALONE WITH IDOC STAFF.

13. MR. WILLIAMS IS ALWAYS IN A STATE OF ANXIETY AND FEAR.

14. MR. WILLIAMS REGULARLY SUFFERS FROM NIGHT TERRORS AND NIGHTMARES OF SGT. ARNOLD'S ATTACK.

15. MR. WILLIAMS FAITH IN IDOC STAFF TO PROTECT HIM IS SHATTERED.

16. MR. WILLIAMS EXPERIENCES PANIC ATTACKS WHENEVER IDOC ESCORTS HIM, ALONE, OR HE DOES HEAR MULTIPLE PEOPLE AROUND.

17. MR. WILLIAMS FEARS TIMOTHY MARCUS MAYBERRY WILL BE RETALIATED AGAINST FOR HELPING HIM BRING THIS SUIT, THEREBY LEAVING MR. WILLIAMS UNABLE TO LITIGATE THIS SUIT.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ◯ Before I was confined.
   - ◯ While I was confined awaiting trial.
   - ☒ After I was convicted while confined serving the sentence.
   - ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ☒ No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ◯ No, this event is not grievable at this prison or jail.
   - ☒ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ~~◯ Yes, this event was grievable, but I did not file a grievance because~~ MR. WILLIAMS' GRIEVANCES WERE NEVER RESPONDED TO; NOR WAS MR. WILLIAMS' SUBSEQUENT REQUEST FOR INFORMATION. MR. WILLIAMS' EMERGENCY GRIEVANCE WAS DEEMED FINAL AFTER 5 DAYS

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   1. ENTER DECLARATORY JUDGMENT AGAINST ARNOLD THAT HIS ACTIONS VIOLATED THE KU KLUX KLAN ACT;
   2. AWARD MR. WILLIAMS DAMAGES NOT LESS THAN $300,000.00; AND
   3. ALL OTHER RELIEF THE COURT DEEMS JUST.

[Initial Each Statement]

A.W. I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
A.W. I will keep a copy of this complaint for my records.
A.W. I will promptly notify the court of any change of address.
A.W. I WILL NOT send more than one copy of any filing to the court.
A.W. I WILL NOT send summons, USM-285, or waiver forms to the clerk.
A.W. I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _11_/_8_/20_24_ at _0715_ ⓐm/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Allen Williams_                                       _138186_
Signature                                              Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]