# OFFENDER GRIEVANCE
State Form 45471 (R5 / 3-20)
DEPARTMENT OF CORRECTION

MR. WILLIAMS WAS ASSAULTED AND RETALIATED AGAINST

FOR OFFICIAL USE ONLY
Grievance number

| To: | Facility | Date (month, day, year) |
|---|---|---|
| Facility Grievance Specialist | ISP | "9-20-24" |

From (name of offender and DOC number):
ALLEN WILLIAMS 138186

Signature of offender: [signature]

Housing assignment: CE 106

Date of incident (month, day, year): APPROXIMATELY "9-16-24"

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance. (NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)

MR. WILLIAMS IS BLIND. THIS GRIEVANCE IS BEING PREPARED BY TIMOTHY MARCUS MAYBERRY; MR. WILLIAMS WAS AIDED IN PROVIDING HIS OWN SIGNATURE HEREON.

ON APPROXIMATELY SEPTEMBER 16, 2024, MR. WILLIAMS WAS AT MEDICAL RECEIVING HIS EYE DROPS WHEN HE SGT. ARNOLD ARRIVE; MR. WILLIAMS BELIEVES HE WAS CALLED TO MEDICAL BY STAFF. ARNOLD TOLD ANOTHER OFFICER TO TAKE THE INSULIN PATRONS AWAY FROM MR. WILLIAMS. MR. WILLIAMS WAS AGAIN TAKEN BY ARNOLD TO A SECLUDED AREA WHERE ARNOLD REMOVED MR. WILLIAMS SHADES AND PUNCHED HIM "HARD" IN THE FACE AND TOLD MR. WILLIAMS TO "NOW TELL THAT".
OFFICER OGANEE SEEN ARNOLD ASSAULT MR. WILLIAMS AND OFFERED MR. WILLIAMS ASSISTANCE.

State the relief that you are seeking.

1. ADMINISTRATIVE EXHAUSTION; AND
2. ANY AVAILABLE RELIEF.

Signature of executive assistant

Date (month, day, year)

DISTRIBUTION: Original – Grievance Specialist; Copy – Offender; Copy – Offender Packet; Copy – IRIS



**OFFENDER GRIEVANCE**  EMERGENCY  STAFF ASSAULT
State Form 45471 (R5 / 3-20)
DEPARTMENT OF CORRECTION

**FOR OFFICIAL USE ONLY**
Grievance number

| To: Facility Grievance Specialist | Facility: ISP | Date (month, day, year): 9-13-24 |
|---|---|---|
| From (name of offender): ALLEN WILLIAMS | DOC number: 138 | Signature of offender |
| Housing assignment: CE/06 | Date of incident: 9-12-24 | |

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance. (NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)

MR. WILLIAMS IS BLIND. THIS EMERGENCY GRIEVANCE IS BEING PREPARED BY TIMOTHY MARCUS MAYBERRY. MR. WILLIAMS WAS AIDED IN HIM PROVING HIS OWN SIGNATURE HEREON.

ON APPROXIMATELY SEPTEMBER 12, 2024, MR. WILLIAMS WAS HAVING A VERBAL DISAGREEMENT WITH MEDICAL STAFF ABOUT HIS TREATMENT. SGT. ARNOLD WAS CALLED TO ESCORT MR. WILLIAMS OUT OF MEDICAL. ARNOLD VERBALLY ACOSTED MR. WILLIAMS AND TOOK HIM TO A SECLUDED AREA (MR. WILLIAMS DESCRIBES AS "VERY QUIET") AND PHYSICALLY ASSAULTED MR. WILLIAMS, I.E., A VIOLENT SHOVE AND PUNCH TO THE FACE. MR. WILLIAMS SCREAMED FOR HELP AND MEDICAL TREATMENT BUT ARNOLD RESTRAINED HIM AND TOOK HIM BACK TO C-CELL HOUSE WITHOUT MEDICAL TREATMENT FOR HIS INJURIES.

MR. WILLIAMS REPORTED HIS ASSAULT TO CUSTODY AND MEDICAL STAFF. THE MEDICAL STAFF MEMBER WAS MS. SIMS. MR. WILLIAMS IS UNABLE TO IDENTIFY THE IDENTITY OF THE CUSTODY STAFF MEMBER.

State the relief that you are seeking.

1. ADMINISTRATIVE EXHAUSTION; AND
2. ANY AVAILABLE RELIEF

State the of Facility Grievnace Specialist.

Date (month, day, year)

DISTRIBUTION   Original– Grievance Specialist: Copy– Offender; Copy– Offender Packet; Copy– IRIS