FILED
11/08/2024 ISP
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
Chanda J. Berta, Clerk of Court

## DECLARATION OF TIMOTHY MARCUS MAYBERRY

I, TIMOTHY MARCUS MAYBERRY, first duly sworn upon my oath, hereby swear under the penalty of perjury to the following:

1. I am a Citizen of Illinois, over the age of twenty-one, and I am not under any legal disability or infirmity which would render me incompetent to testify as to any matter set forth herein.

2. I am currently being held prisoner at the IDOC Indiana State Prison, located at 1 Park Row, Michigan City, Indiana 46360; I may be contacted at this address for notice that my appearance is necessary to appear and testify at any hearing or trial.

3. I provide this Declaration freely and voluntarily, without coercion of any kind, as my affirmation to appear and testify at any hearing or trial.

4. I am competent to testify in this matter, and my testimony is based on my own personal knowledge.

5. On approximately September 12th, 2024, I began assisting Allen Williams ("Mr. Williams") in vindicating his rights from a rogue prison official.

6. Since September 12th, 2024, have been preparing all of Mr. Williams' documents—including his September 12th, and 16th, 2024, emergency grievances, medical requests, and his contemporaneously filed complaint and related documents.

7. Mr. Williams is legally and completely blind, and does not have a porter or anyone obligated or assigned to assist him in litigating this action—or anything else for that matter.

8. I am a certified braille transcriber and am learned in aiding the visually impaired. I am also a paralegal and have litigated in state and federal courts.

9. I am familiar with the facts of and applicable law to Mr. Williams' claims; although Mr. Williams' claims are straightforward, he cannot see and thus is entirely unable to read, write, and certainly unable to present his claims to a trial judge or a jury by himself.

10. I am not assigned to assist Mr. Williams, in fact, based on my experience, help him now will likely expose me to retaliation by state-actors.

11. Because he is blind, Mr. Williams is entirely incapable of reading court orders or filings made by the parties, putting forth any form of investigation, or performing any other task that requires sight.

12. Without counsel or a legal-porter, Mr. Williams will be unable to meaningfully access the court or have an opportunity to fairly litigate his claims and be heard thereon.

13. Based on my understanding of the law and the facts of Mr. Williams' case and my personal interactions with him, he is a prime candidate for the appointment of counsel.

I declare, under the penalty of perjury, that the foregoing representations are true and correct to the best of my knowledge and belief.

"11.8.24"
_____
Executed Date

_____
TIMOTHY MARCUS MAYBERRY