AO 240 (Rev. 7/10) (INND Rev. 8/16)

**FILED**
11/08/2024 ISP
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
Chanda J. Berta, Clerk of Court

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners who do not pay the filing fee when they file a new case OR a notice of appeal.]

ALLEN WILLIAMS,
[Put your full name on this line.]

v.

ARNOLD,
[Put the name of the first person you are suing on this line.]

Case Number 3:24-cv-914
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER MOTION TO PROCEED IN FORMA PAUPERIS

I am a prisoner. I am unable to pre-pay the costs of this case or appeal. I have attached an official copy of my prisoner trust fund account statement showing every transaction for the last six months. I declare **under penalty of perjury** that these statements are true.

Allen Williams
Signature

138186
Prisoner Number

11-8-24
Date

### OFFICIAL CERTIFICATE OF PRISONER ACCOUNT

I certify that every transaction for the last six months (or _____ months if the prisoner has been here less than six months) is listed on the attached prisoner trust account statement.

[signature]
Signature of Authorized Officer

11/8/2024
Date

M. Thate CCWIV
Printed Name and Job Title

Indiana State Prison
Name of Facility

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## Resident Activity Report

| Resident Id: | 138186 | | Run Date: | 11/06/2024 |
| --- | --- | --- | --- | --- |
| Full Name: | WILLIAMS , ALLEN | | From: | 05/06/2024 |
| Housing: | ISP, ISP, CE, CE1, 106U | | To: | 11/06/2024 |

### Beginning Balances

| Account | Balance | Debt | Payable |
| --- | --- | --- | --- |
| Primary - Trust | $0.01 | $0.00 | $0.00 |
| Re-entry Savings | $135.64 | $0.00 | $0.00 |
| | $135.65 | $0.00 | $0.00 |

### Ending Balances

| Account | Balance | Debt | Payable |
| --- | --- | --- | --- |
| Primary - Trust | $0.00 | $0.00 | $0.00 |
| Re-entry Savings | $135.64 | $0.00 | $0.00 |
| | $135.64 | $0.00 | $0.00 |

### Activity

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt | Payable |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11416287 | 05/24/2024 | Resident Deposit | GTL Receipt | | $143.25 | $278.90 | $0.00 | $0.00 |
| 11443955 | 05/27/2024 | Transfer Other Funds | GTL Phone | | -$3.26 | $275.64 | $0.00 | $0.00 |
| 11689357 | 06/18/2024 | Transfer Other Funds | GTL Phone | | -$0.83 | $274.81 | $0.00 | $0.00 |
| 11689862 | 06/18/2024 | Transfer Other Funds | GTL Phone | | -$0.66 | $274.15 | $0.00 | $0.00 |
| 11727923 | 06/21/2024 | Transfer Other Funds | Commissary | 06/21/2024 | -$101.31 | $172.84 | $0.00 | $0.00 |
| 11788928 | 06/27/2024 | Resident Deposit | GTL Receipt | | $143.25 | $316.09 | $0.00 | $0.00 |
| 11810739 | 06/29/2024 | Transfer Other Funds | GTL Phone | | -$3.00 | $313.09 | $0.00 | $0.00 |
| 11819544 | 06/30/2024 | Transfer Other Funds | GTL Phone | | -$1.50 | $311.59 | $0.00 | $0.00 |
| 11833586 | 07/01/2024 | Transfer Other Funds | Fundraisers | 07/01/2024 | -$88.50 | $223.09 | $0.00 | $0.00 |
| 11883463 | 07/05/2024 | Transfer Other Funds | Commissary | 07/05/2024 | -$87.20 | $135.89 | $0.00 | $0.00 |
| 11954313 | 07/12/2024 | Transfer Other Funds | Commissary | 07/12/2024 | $7.76 | $143.65 | $0.00 | $0.00 |
| 11974551 | 07/15/2024 | Transfer Other Funds | GTL Phone | | -$0.54 | $143.11 | $0.00 | $0.00 |
| 11986546 | 07/16/2024 | Resident Charge | ID Cards | | -$5.00 | $140.64 | -$2.53 | $2.47 |
| 12021785 | 07/20/2024 | Transfer Other Funds | Commissary | 07/19/2024 | -$3.35 | $137.29 | -$2.53 | $2.47 |
| 12180235 | 08/02/2024 | Transfer Other Funds | Commissary | 08/02/2024 | -$1.16 | $136.13 | -$2.53 | $2.47 |
| 12313498 | 08/15/2024 | Resident Charge | Copies | | -$0.80 | $136.13 | -$3.33 | $2.47 |
| 12465061 | 08/28/2024 | Resident Charge | RX & Doctor | | -$10.00 | $136.13 | -$13.33 | $2.47 |
| 12475245 | 08/29/2024 | Resident Deposit | GTL Receipt | | $143.25 | $266.05 | $0.00 | $15.80 |
| 12479106 | 08/29/2024 | Change Housing | Automated Housing Change | | $0.00 | $266.05 | $0.00 | $15.80 |

Activity

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt | Payable |
|---|---|---|---|---|---|---|---|---|
| 12489151 | 08/30/2024 | Change Housing | Automated Housing Change | | $0.00 | $266.05 | $0.00 | $15.80 |
| 12522158 | 09/02/2024 | Transfer Other Funds | Fundraisers | 09/02/2024 | -$34.50 | $231.55 | $0.00 | $15.80 |
| 12530622 | 09/03/2024 | Group Withdrawal | August Medical Co-Pay | 12156 | -$10.00 | $231.55 | $0.00 | $5.80 |
| 12573585 | 09/06/2024 | Transfer Other Funds | Commissary | 09/06/2024 | -$95.87 | $135.68 | $0.00 | $5.80 |
| 12826845 | 09/30/2024 | Resident Deposit | GTL Receipt | | $46.75 | $182.43 | $0.00 | $5.80 |
| 12835599 | 10/01/2024 | Group Withdrawal | September Copies | 12360 | -$0.80 | $182.43 | $0.00 | $5.00 |
| 12835682 | 10/01/2024 | Group Withdrawal | September ID Cards | 12367 | -$5.00 | $182.43 | $0.00 | $0.00 |
| 12846526 | 10/01/2024 | Transfer Other Funds | Fundraisers | 10/01/2024 | -$43.00 | $139.43 | $0.00 | $0.00 |
| 12874772 | 10/04/2024 | Transfer Other Funds | GTL Phone | | -$0.47 | $138.96 | $0.00 | $0.00 |
| 12883674 | 10/04/2024 | Transfer Other Funds | Commissary | 10/04/2024 | -$3.32 | $135.64 | $0.00 | $0.00 |
| Ending Balances | | | | | | $135.64 | $0.00 | $0.00 |