UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ALLEN WILLIAMS,

    Plaintiff,

v.                       CAUSE NO. 3:24-CV-914-JTM-JEM

ARNOLD,

    Defendant.

## O R D E R

Allen Williams, a prisoner without a lawyer, filed this lawsuit and must pay the filing fee as required by 28 U.S.C. § 1915(b). Therefore, the court:

    (1) **GRANTS** the plaintiff leave to proceed in forma pauperis (DE # 2);

    (2) **WAIVES** the initial partial filing fee;

    (3) **ORDERS** the plaintiff, **Allen Williams, IDOC # 138186,** to pay (and the facility having custody to automatically remit) to the clerk 20% of the money received for each calendar month during which $10.00 or more is received, until the $350.00 filing fee is paid in full;

    (4) **DIRECTS** the clerk to create a ledger for receipt of these funds; and

    (5) **DIRECTS** the clerk to send a copy of this order to each facility where the plaintiff is housed until the filing fee has been paid in full.

                                          **SO ORDERED.**

Date: December 2, 2024

                                          s/James T. Moody
                                          JUDGE JAMES T. MOODY
                                          UNITED STATES DISTRICT COURT