
SCANNED at ISP and Emailed on
11-8-24 by BB page 1 // pages
(date)    (initials)  (num)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

ALLEN WILLIAMS ,

*[You are the **PLAINTIFF**, print your full name on this line.]*

v.

ARNOLD ,

*[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number ___3:24-cv-914___

*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]*<br>ARNOLD, IN HIS INDIVIDUAL CAPACITY AS ISP SERGEANT | 1 PARK ROW<br>MICHIGAN CITY, IN 46360 |
| 2 | *[Put the names of any other defendants in these boxes.]* | |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? ___1___

2. What is the name and address of your prison or jail? _INDIANA STATE PRISON_

3. Did the event you are suing about happen there? ☑ Yes. ◯ No, it happened at: _____

4. On what date did this event occur? _APPROXIMATELY SEPTEMBER 12, 2024_

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. PREFACE: MY NAME IS TIMOTHY MARCUS MAYBERRY. I AM PREPARING MR. WILLIAMS' COMPLAINT BECAUSE HE IS BLIND. I HEREBY CERTIFY THAT WHAT FOLLOWS IS THE EVENTS AS DESCRIBED TO ME BY MR. WILLIAMS; I READ THIS FORM TO MR. WILLIAMS.

"11-8-24"                                   _Ty. Mayson-El_

EXECUTED DATE                      TIMOTHY MARCUS MAYBERRY

2. ON SEPTEMBER 12, 2024, MR. WILLIAMS (PLAINTIFF) WAS ARBITRARILY PUNCHED IN THE FACE AND THEREAFTER DENIED MEDICAL TREATMENT BY SERGEANT ARNOLD (DEFENDANT).

3. SGT. ARNOLD'S ATTACK ON MR. WILLIAMS WAS NOT JUSTIFIED NOR UNDERTAKEN FOR ANY PENEOLOGICAL INTEREST

4. SGT. ARNOLD WAS WELL AWARE MR. WILLIAMS WAS SERIOUSLY INJURED FROM HIS ATTACK AND THAT MR. WILLIAMS SOUGHT MEDICAL ATTENTION, YET FAILED TO PROVIDE HELP OR OBTAIN ASSISTANCE FOR MR. WILLIAMS.

5. ON APPROXIMATELY SEPTEMBER 16, 2024, MR. WILLIAMS WAS AGAIN ATTACKED BY SGT. ARNOLD, TO WIT A PUNCH TO THE FACE.

6. SGT. ARNOLD THEN TOLD MR. WILLIAMS TO "NOW TELL THAT".

7. SGT. ARNOLD ATTACKED MR. WILLIAMS IN RETALIATION FOR

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## Claims and Facts (continued)

REPORTING SGT. ARNOLD'S ASSAULT ON APPROXIMATELY SEPTEMBER 12, 2024.

8. MR. WILLIAMS THEN SCREAMED AND TOLD SGT. ARNOLD THAT HE NEEDED HELP BECAUSE HE WAS IN DIRE NEED OF MEDICAL ATTENTION FROM THE VIOLENT PUNCH TO HIS ORBITAL SOCKET.

9. SGT. ARNOLD REFUSED TO PROVIDE MEDICAL ATTENTION TO MR. WILLIAMS AND OR OBTAIN MEDICAL ATTENTION FOR HIM.

10. TO DATE, MR. WILLIAMS HAS NOT BEEN TREATED FOR EITHER OF THE INJURIES HE SUFFERED AT THE HANDS OF SGT. ARNOLD; DESPITE HAVING SOUGHT MEDICAL ATTENTION FROM STAFF.

11. MR. WILLIAMS IS BLIND (COMPLETELY AND LEGALLY) AND RELIES ENTIRELY ON IDOC STAFF TO KEEP HIM SAFE. CONSEQUENTLY, HE IS REGULARLY IN SPACES ALONE WITH IDOC STAFF ON VARIOUS OCCASSIONS.

12. MR. WILLIAMS NOW FEARS BEING ALONE WITH IDOC STAFF.

13. MR. WILLIAMS IS ALWAYS IN A STATE OF ANXIETY AND FEAR.

14. MR. WILLIAMS REGULARLY SUFFERS FROM NIGHT TERRORS AND NIGHTMARES OF SGT. ARNOLD'S ATTACK.

15. MR. WILLIAMS FAITH IN IDOC STAFF TO PROTECT HIM IS SHATTERED.

16. MR. WILLIAMS EXPERIENCES PANIC ATTACKS WHENEVER IDOC ESCORTS HIM, ALONE, OR HE DOES HEAR MULTIPLE PEOPLE AROUND.

17. MR. WILLIAMS FEARS TIMOTHY MARCUS MAYBERRY WILL BE RETALIATED AGAINST FOR HELPING HIM BRING THIS SUIT, THEREBY LEAVING MR. WILLIAMS UNABLE TO LITIGATE THIS SUIT.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

5. When did this event happen?
- ○ Before I was confined.
- ○ While I was confined awaiting trial.
- ⊗ After I was convicted while confined serving the sentence.
- ○ Other: _____

6. Have you ever sued anyone for this exact same event?
- ⊗ No.
- ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
- ○ No, this event is not grievable at this prison or jail.
- ⊗ Yes, I filed a grievance and attached is a copy of the response from the final step.
- ~~○ Yes, this event was grievable, but I did not file a grievance because~~ MR.

WILLIAMS' GRIEVANCES WERE NEVER RESPONDED TO; NOR WAS

MR. WILLIAMS' SUBSEQUENT REQUEST FOR INFORMATION. . MR.

WILLIAMS' EMERGENCY GRIEVANCE WAS DEEMED FINAL AFTER 5 DAYS

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

1. ENTER DECLARATORY JUDGMENT AGAINST ARNOLD THAT HIS

   ACTIONS VIOLATED THE KU KLUX KLAN ACT;

2. AWARD MR. WILLIAMS DAMAGES NOT LESS THAN $300,000.00; AND

3. ALL OTHER RELIEF THE COURT DEEMS JUST.

_[Initial Each Statement]_

A.W. I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.

A.W. I will keep a copy of this complaint for my records.

A.W. I will promptly notify the court of any change of address.

A.W. I WILL NOT send more than one copy of any filing to the court.

A.W. I WILL NOT send summons, USM-285, or waiver forms to the clerk.

A.W. I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on _11_/_8_/20_24_ at _0715_ am/pm.
[_Do not fill in this date and time until you give the complaint to prison officials to send to the court._]

Allen Williams                                                          138186
Signature                                                              Prisoner Number

[_DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary._]



**OFFENDER GRIEVANCE**
State Form 45471 (R5 / 3-20)
DEPARTMENT OF CORRECTION

EMERGENCY
MR. WILLIAMS WAS
ASSAULTED AND RETALIATED
AGAINST

**FOR OFFICIAL USE ONLY**
Grievance number

| To: **Facility Grievance Specialist** | Facility ISP | Date (month, day, year) " 9-20-24 ' |
|---|---|---|

From (name of offender and DOC number):

ALLEN WILLIAMS 138186

Signature of offender

Housing assignment

CE 106

Date of incident (month, day, year)

APPROXIMATELY ' 9-16-24 '

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance.
(NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)

MR. WILLIAMS IS BLIND. THIS GRIEVANCE IS BEING PREPARED BY
TIMOTHY MARCUS MAYBERRY; MR. WILLIAMS WAS AIDED IN PROVIDING HIS
OWN SIGNATURE HEREON.

ON APPROXIMATELY SEPTEMBER 16, 2024, MR. WILLIAMS WAS AT
MEDICAL RECEIVING HIS EYE DROPS WHEN HE SGT. ARNOLD ARRIVE; MR.
WILLIAMS BELIEVES HE WAS CALLED TO MEDICAL BY STAFF. ARNOLD TOLD
ANOTHER OFFICER TO TAKE THE INSULIN PATRONS AWAY FROM MR. WILLIAMS.
MR. WILLIAMS WAS AGAIN TAKEN BY ARNOLD TO A SECLUDED AREA WHERE
ARNOLD REMOVED MR. WILLIAMS SHADES AND PUNCHED HIM "HARD" IN THE
FACE AND TOLD MR. WILLIAMS TO "NOW TELL THAT".
OFFICER OBANEE SEEN ARNOLD ASSAULT MR. WILLIAMS AND OFFERED
MR. WILLIAMS ASSISTANCE.

State the relief that you are seeking.

1. ADMINISTRATIVE EXHAUSTION; AND
2. ANY AVAILABLE RELIEF.

| Signature of executive assistant | Date (month, day, year) |
|---|---|

**DISTRIBUTION:** Original – Grievance Specialist; Copy – Offender; Copy – Offender Packet; Copy – IRIS



**OFFENDER GRIEVANCE**
State Form 45471 (R5 / 3-20)
DEPARTMENT OF CORRECTION

EMERGENCY
STAFF ASSAULT

**FOR OFFICIAL USE ONLY**
Grievance number

| To:<br>Facility Grievance Specialist | Facility<br>ISP | Date *(month, day, year)*<br>9.13.24 |
|---|---|---|

| From *(name of offender)*<br>ALLEN WILLIAMS | DOC number<br>138 | Signature of offender |
|---|---|---|

| Housing assignment<br>CE 106 | Date of incident *(month, day, year)*<br>9-12-24 |
|---|---|

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance. *(**NOTE:** A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)*

MR. WILLIAMS IS BLIND. THIS EMERGENCY GRIEVANCE IS BEING PREPARED BY TIMOTHY MARCUS MAYBERRY. MR. WILLIAMS WAS AIDED IN HIM PROVING HIS OWN SIGNATURE HEREON.

ON APPROXIMATELY SEPTEMBER 12, 2024, MR. WILLIAMS WAS HAVING A VERBAL DISAGREEMENT WITH MEDICAL STAFF ABOUT HIS TREATMENT. SGT. ARNOLD WAS CALLED TO ESCORT MR. WILLIAMS OUT OF MEDICAL. ARNOLD VERBALLY ACOSTED MR. WILLIAMS AND TOOK HIM TO A SECLUDED AREA (MR. WILLIAMS DESCRIBES AS "VERY QUIET") AND PHYSICALLY ASSAULTED MR. WILLIAMS, I.E., A VIOLENT SHOVE AND PUNCH TO THE FACE. MR. WILLIAMS SCREAMED FOR HELP AND MEDICAL TREATMENT BUT ARNOLD RESTRAINED HIM AND TOOK HIM BACK TO C-CELL HOUSE WITHOUT MEDICAL TREATMENT FOR HIS INJURIES.

MR. WILLIAMS REPORTED HIS ASSAULT TO CUSTODY AND MEDICAL STAFF. THE MEDICAL STAFF MEMBER WAS MS. SIMS. MR. WILLIAMS IS UNABLE TO IDENTIFY THE IDENTITY OF THE CUSTODY STAFF MEMBER.

State the relief that you are seeking.

1. ADMINISTRATIVE EXHAUSTION; AND
2. ANY AVAILABLE RELIEF

| State the of Facility Grievance Specialist. | Date *(month, day, year)* |
|---|---|

## DECLARATION OF TIMOTHY MARCUS MAYBERRY

FILED

11/08/2024 ISP

U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
Chanda J. Berta, Clerk of Court

I, TIMOTHY MARCUS MAYBERRY, first duly sworn upon my oath, hereby swear under the penalty of perjury to the following:

1.  I am a Citizen of Illinois, over the age of twenty-one, and I am not under any legal disability or infirmity which would render me incompetent to testify as to any matter set forth herein.

2.  I am currently being held prisoner at the IDOC Indiana State Prison, located at 1 Park Row, Michigan City, Indiana 46360; I may be contacted at this address for notice that my appearance is necessary to appear and testify at any hearing or trial.

3.  I provide this Declaration freely and voluntarily, without coercion of any kind, as my affirmation to appear and testify at any hearing or trial.

4.  I am competent to testify in this matter, and my testimony is based on my own personal knowledge.

5.  On approximately September 12th, 2024, I began assisting Allen Williams ("Mr. Williams") in vindicating his rights from a rogue prison official.

6.  Since September 12th, 2024, have been preparing all of Mr. Williams' documents— including his September 12th, and 16th, 2024, emergency grievances, medical requests, and his contemporaneously filed complaint and related documents.

7.  Mr. Williams is legally and completely blind, and does not have a porter or anyone obligated or assigned to assist him in litigating this action—or anything else for that matter.

8.  I am a certified braille transcriber and am learned in aiding the visually impaired. I am also a paralegal and have litigated in state and federal courts.

9. I am familiar with the facts of and applicable law to Mr. Williams' claims; although Mr. Williams' claims are straightforward, he cannot see and thus is entirely unable to read, write, and certainly unable to present his claims to a trial judge or a jury by himself.

10. I am not assigned to assist Mr. Williams, in fact, based on my experience, help him now will likely expose me to retaliation by state-actors.

11. Because he is blind, Mr. Williams is entirely incapable of reading court orders or filings made by the parties, putting forth any form of investigation, or performing any other task that requires sight.

12. Without counsel or a legal-porter, Mr. Williams will be unable to meaningfully access the court or have an opportunity to fairly litigate his claims and be heard thereon.

13. Based on my understanding of the law and the facts of Mr. Williams' case and my personal interactions with him, he is a prime candidate for the appointment of counsel.

I declare, under the penalty of perjury, that the foregoing representations are true and correct to the best of my knowledge and belief.

"11·8·24"
_____
Executed Date

_____
TIMOTHY MARCUS MAYBERRY