# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| ALLEN WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 3:24-cv-00914-JTM-JEM |
| | ) |
| ARNOLD, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Jacob P. Zurschmiede, Deputy Attorney General, as counsel for Defendant Richard Arnold. I certify that I am admitted to practice in this court.

Respectfully submitted,

THEODORE E. ROKITA
INDIANA ATTORNEY GENERAL
Attorney No. 18857-49

Date: December 5, 2024    By:    */s/ Jacob P. Zurschmiede*
Jacob P. Zurschmiede
Deputy Attorney General
Attorney No. 37984-49
OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 232-6354
Fax: (317) 232-7979
Email: Jake.Zurschmiede@atg.in.gov

# CERTIFICATE OF SERVICE

I certify that on December 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that on December 5, 2024, I mailed, by United States Postal Service, first-class postage prepaid, the document to the following non-CM/ECF participants:

Allen Williams
DOC #138186
Indiana State Prison
1 Park Row St
Michigan City, IN 46360-6597

*/s/ Jacob P. Zurschmiede*
Jacob P. Zurschmiede
Deputy Attorney General

OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 232-6354
Fax: (317) 232-7979
Email: Jake.Zurschmiede@atg.in.gov