# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| ALLEN WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 3:24-cv-00914-JTM-JEM |
| ARNOLD, | ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Richard Arnold, by counsel, Emily Hoegler, Deputy Attorney General, and pursuant to N.D. L.R. 6-1, respectfully request a 28-day extension of time to respond to Plaintiff's Complaint [ECF 1] to and including March 3, 2025. In support, Defendant states as follows:

1. On November 8, 2024, Plaintiff filed his complaint. The complaint was screened on December 2, 2024. [ECF 4]

2. The Defendant was sent a notice of lawsuit and request for waiver of service on December 3, 2024. [ECF 5]

3. The Defendant waived service on December 5, 2024. [ECF 7]

4. The Defendant's response to Plaintiff's Complaint is presently due on February 3, 2025.

5. Undersigned counsel is still in the process of gathering responsive documents, conferring with his client, and finalizing the response to the complaint.

6. The Defendant respectfully requests an additional 28 days in which to finalize the response to the Plaintiff's complaint.

7. Defendant's response will be due on and including March 3, 2025.

8. Defendant submits this request in good faith and not for the purpose of undue delay.

9. Plaintiff, who is incarcerated and proceeding pro se, was not contacted regarding the requested extensions as it would be impractical to timely obtain his position.

**WHEREFORE,** the Defendant respectfully requests a 28-day extension of the deadline to respond to Plaintiff's complaint to and including March 3, 2025.

Respectfully submitted,

THEODORE E. ROKITA
INDIANA ATTORNEY GENERAL
Attorney No. 18857-49

Date: February 3, 2025     By:     /s/ Emily Hoegler
Emily Hoegler
Deputy Attorney General
Attorney No. 38891-71
OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-4794
Fax: (317) 232-7979
Email: Emily.Hoegler@atg.in.gov

# CERTIFICATE OF SERVICE

I certify that on February 3, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Further, I certify that a copy of the foregoing will be duly served upon the party of record listed below by United States mail, first-class postage prepaid, on February 3, 2025:

Allen Williams
DOC #138186
Indiana State Prison
1 Park Row St
Michigan City, IN 46360-6597

                                                */s/ Emily Hoegler*
                                                Emily Hoegler
                                                Deputy Attorney General

OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-4794
Fax: (317) 232-7979
Email: Emily.Hoegler@atg.in.gov