UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| ALLEN WILLIAMS, | ) |
|---|---|
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 3:24-CV-914-JTM-JEM |
| | ) |
| RICHARD ARNOLD, | ) |
| Defendant. | ) |

**ORDER**

Defendant Richard Arnold, by counsel, filed a motion [DE 9] to extend the deadline to respond to the complaint by twenty-eight days. He explains that he needs additional time to investigate the allegations in the complaint.

On review of the motion and finding good cause for the requested extension, the Court **GRANTS** the motion to extend [DE 9] and **ORDERS** that the deadline for Defendant to file a response to the complaint is **extended** to **March 3, 2025.**

SO ORDERED this 4th day of February, 2024.

                                                                                                      s/ John E. Martin
                                                                                                      MAGISTRATE JUDGE JOHN E. MARTIN
                                                                                                       UNITED STATES DISTRICT COURT

cc:    All counsel of record
       Plaintiff *pro se*

1