United States District Court
Northern District of Indiana
South Bend Division

-FILED-
FEB 06 2025
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Allen Williams )
                )
   v.           )   Cause No. 3:24-CV-914-JTM-JEM
                )
Sergeant Arnold )

## Motion for Appointment of Counsel for 42 U.S.C. 1983 Civil Rights Complaint

Comes now the Plaintiff, Allen Williams, Pro se, pursuant to 18 U.S.C. 3006(a)(2)(B) and 28 U.S.C. 1915(a)(d), and respectfully moves this Court for appointment of legal counsel to represent the Plaintiff with all further actions relating to the above cause.

In support of this motion, Plaintiff would show the Court as follows:

1.) That on November 1st, 2024, the Plaintiff filed a Civil Rights Complaint under 42 U.S.C. 1983 in the United States District Court, Northern District of Indiana, South Bend Division;

2.) That Plaintiff is incarcerated at Indiana State Prison, and is indigent within the meaning of the law, having no monies, real estate, stocks, bonds, or other forms of real property that would enable him to pay court cost or to hire private counsel to further prosecute this matter in the District Court or on appeal to the Seventh Circuit Court of Appeals if warranted;

3.) That the issues raised in the Plaintiff's Civil Complaint are of complex constitutional dimensions and Plaintiff is unable to further prosecute this matter without proper legal counsel;

4.) That Plaintiff has been assisted in the preparation of his preliminary legal papers by a Paralegal from the Prison Law Library, but said paralegal is unable to represent the Plaintiff at any Hearings that may be held in regards to this cause; and

5.) That Plaintiff believes that the issues complained of have merit and are in violation of the United States Constitution, and that legal counsel is needed to properly present those issues to this Court in the furtherance of Justice.

WHEREFORE, the Plaintiff, Allen Williams, respectfully moves this Honorable Court to GRANT this Motion and Order that legal counsel be appointed to represent Plaintiff in all matters relating to his civil complaint, and for all other relief deemed to be just and proper in the premises.

Done on this 28th day of January, 2025.

Respectfully Submitted,
Allen Williams

## AFFIRMATION

I hereby affirm under the penalties for perjury that the representations contained in the above and foregoing Motion For Appointment of Counsel are true and correct to the best of my personal knowledge and belief.

Allen Williams

2

CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. §1746, I hereby verify under penalty of perjury that a copy of the above and foregoing Motion for Appointment of Counsel, has been served upon:

    The U.S. District Court of Indiana
    South Bend Division, with the Clerk
    of Court,

By personally handing the document to the appropriate prison official for placement into the insitution's internal mailing system designed for legal mail on this 28th day of January, 2025.

    Allen Williams - DOC #138186
    Indiana State Prison
    1 Park Row Street
    Michigan City, IN 46360

Name: ALLEN WILLIAMS
D.O.C.: 138186  Location DE/110

INDIANA DEPARTMENT OF CORRECTION
INDIANA STATE PRISON
1 Park Row
Michigan City, IN 46360

THIS IDENTIFIES THIS CORRESPONDENCE AS HAVING BEEN MAILED BY AN INCARCERATED INDIVIDUAL AT THE ABOVE CORRECTIONAL INSTITUTION. **"WARNING"** NOT RESPONSIBLE FOR CONTENTS. ANY ENCLOSED MONEY ORDERS SHOULD BE REFERRED TO YOUR LOCAL POSTMASTER BEFORE CASHING.

(LEGAL MAIL)



c/o - CLERK OF COURTS
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION
204 SOUTH MAIN STREET
SOUTH BEND, IN 46601