-FILED-
FEB 06 2025
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

1-29-2025

Honorable Judge Moody,

My name is Allen Williams, DOC #138186, and I'm writing the court with the aid of another offender in regards to cause number 3:24-CV-914-JTM-JEM. I am currently being housed in the Disciplinary Restrictive Status Housing Unit (DRSHU) and was just recently informed that on 12/2/24, the court requested for me to file a motion for an appointment of counsel for the 42 U.S.C. 1983 Civil Rights Complaint that I filed and to provide the court with medical evidence confirming the legitimacy of my disability of being blind. The court gave me a deadline of 1/10/25 to provide the above mentioned information, but due to myself being in (DRSHU), I have not had the adequate help I need with having my mail and legal documents read to me or the access to the law library in a timely fashion which is the cause of my untimely response to the court. I have provided a motion for appointment of counsel with this letter and request that the court take note of my medical records within my offender records that entails my disability, my medications, and treatment. I have requested to the counselor for an copy of said information but waiting for a response could take several days to weeks which will only delay my and the courts progression. I now ask if the court will accept my belated motion and allow me an extension of time to be able to obtain my medical records and submit them to the court.

Respectfully Submitted,

Allen Williams
DOC# 138186