UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ALLEN WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 3:24-cv-00914-JTM-JEM |
| ARNOLD, | ) |
| Defendant. | ) |

## SECOND MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Richard Arnold, by counsel, Emily Hoegler, Deputy Attorney General, and pursuant to N.D. L.R. 6-1, respectfully request a 14-day extension of time to respond to Plaintiff's Complaint [ECF 1] to and including March 17, 2025. In support, Defendant states as follows:

1. On November 8, 2024, Plaintiff filed his complaint. The complaint was screened on December 2, 2024. [ECF 4]

2. The Defendant was sent a notice of lawsuit and request for waiver of service on December 3, 2024. [ECF 5]

3. The Defendant waived service on December 5, 2024. [ECF 7]

4. The Defendant's response to Plaintiff's Complaint is presently due on March 3, 2025. [ECF 10]

5. Undersigned counsel is still in the process of gathering responsive documents, conferring with her client, and finalizing the response to the complaint.

6. The Defendant respectfully requests an additional 14 days in which to finalize the response to the Plaintiff's complaint.

7. The Defendant's response will be due on and including March 17, 2025.

8. The Defendant submits this request in good faith and not for the purpose of undue delay.

9. Plaintiff, who is incarcerated and proceeding pro se, was not contacted regarding the requested extensions as it would be impractical to timely obtain his position.

**WHEREFORE,** the Defendant respectfully requests a 14-day extension of the deadline to respond to Plaintiff's complaint to and including March 17, 2025.

Respectfully submitted,

THEODORE E. ROKITA
INDIANA ATTORNEY GENERAL
Attorney No. 18857-49

Date: March 3, 2025   By:   */s/ Emily Hoegler*
Emily Hoegler
Deputy Attorney General
Attorney No. 38891-71
OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-4794
Fax: (317) 232-7979
Email: Emily.Hoegler@atg.in.gov

# CERTIFICATE OF SERVICE

I certify that on March 3, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Further, I certify that a copy of the foregoing will be duly served upon the party of record listed below by United States mail, first-class postage prepaid, on March 3, 2025:

Allen Williams
DOC #138186
Indiana State Prison
1 Park Row St
Michigan City, IN 46360-6597

*/s/ Emily Hoegler*
Emily Hoegler
Deputy Attorney General

OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-4794
Fax: (317) 232-7979
Email: Emily.Hoegler@atg.in.gov