UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| ALLEN WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 3:24-CV-914-JTM-JEM |
| | ) | |
| RICHARD ARNOLD, | ) | |
| Defendant. | ) | |

**ORDER**

The defendant, by counsel, filed a motion [DE 14] to extend the deadline to respond to the complaint by fourteen days. He explains that he needs additional time to gather responsive documents and to consult with counsel.

On review of the motion and finding good cause for the requested extension, the Court **GRANTS** the motion to extend [DE 14] and **ORDERS** that the deadline for Defendant to file a response to the complaint is **extended** to **March 17, 2025.**

SO ORDERED this 4th day of March, 2025.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:  All counsel of record
    Plaintiff *pro se*