# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| ALLEN WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 3:24-cv-00914-JTM-JEM |
| ARNOLD, | ) ) ) |
| Defendant. | ) |

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES AND DEMAND FOR JURY TRIAL

Comes now Defendant Richard Arnold, by counsel, Emily Hoegler, Deputy Attorney General, submits the following Answer and Affirmative Defenses in response to the Plaintiff's Complaint [ECF 1] in the above captioned case. Defendant admits the material allegations that are consistent with the following:

1. Defendant admits that venue and jurisdiction are proper in this Court.

2. Defendants admit that Plaintiff Allen Williams (DOC #138186), was an inmate confined in the Indiana Department of Correction and housed at the Indiana State Prison at all times relevant to the allegations in Plaintiff's Complaint.

3. Defendant admits that Richard Arnold was employed at the Indiana State Prison at all times relevant to the allegations in Plaintiff's Complaint.

4. Defendant denies Plaintiff is entitled to any relief.

5. Any allegations in the Complaint which are not specifically admitted or denied are denied.

## JURY DEMAND

Defendant requests a trial by jury.

## AFFIRMATIVE AND OTHER DEFENSES

6. Plaintiff has failed to exhaust his administrative remedies.

7. Plaintiff has failed to state a claim upon which relief may be granted.

8. Plaintiff's rights, privileges, and immunities secured under the Constitution and/or the laws of the United States have not been violated by any alleged action or inaction of the Defendants.

9. Defendant was not personally involved in any alleged constitutional deprivation.

10. Defendant at all times acted reasonably, without malice, and in good faith.

11. Defendant is entitled to qualified immunity from damages under 42 U.S.C. § 1983 with respect to any claim for damages by Plaintiff because their actions were objectively reasonable and did not violate clearly established principles of law.

12. Plaintiff has suffered no damages as a result of conduct by the Defendants.

13. If the Plaintiff has suffered damages, he failed to mitigate his damages.

14. Plaintiff's own acts or omissions, or those of a third party, contributed to or caused any alleged injuries or damages, and Plaintiff is therefore not entitled to any recovery based upon his claims.

15. Any actions taken by Defendant with regard to Plaintiff's allegations were reasonably related to legitimate penological interests and did not proximately cause Plaintiff's injuries or damages.

16. Defendant is entitled to their costs, including attorney fees.

Defendant reserves the right to assert any additional defenses that may arise as discovery proceeds or otherwise in the course of litigation.

**WHEREFORE**, Defendant prays that Plaintiff takes nothing by way of the Complaint, that judgment be entered in Defendant's favor, for the costs of this action, and for all other just and proper relief in the premises.

Respectfully Submitted,

Theodore E. Rokita
Indiana Attorney General
Attorney number: 18857-49

Date: March 5, 2025    By:    */s/ Emily Hoegler*
Emily Hoegler
Deputy Attorney General
Attorney No. 38891-71
OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-4794
Fax: (317) 232-7979
Email: Emily.Hoegler@atg.in.gov

# CERTIFICATE OF SERVICE

I certify that on March 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that on March 5, 2025, I mailed, by United States Postal Service, first-class postage prepaid, the document to the following non-CM/ECF participants:

Allen Williams
DOC #138186
Indiana State Prison
1 Park Row St
Michigan City, IN 46360-6597

*/s/ Emily Hoegler*
Emily Hoegler
Deputy Attorney General

OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-4794
Fax: (317) 232-7979
Email: Emily.Hoegler@atg.in.gov