**AUTHORIZATION TO RELEASE/REQUEST INFORMATION**
State Form 46729 (R4/4-01)

 -FILED-

MAR 12 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**INDIANA DEPARTMENT OF CORRECTION**

**CONFIDENTIAL**

INSTRUCTIONS: *This authorization for release of confidential information is to be completed by the offender or a staff member for the purpose of authorizing the release of information to/from the Department of Correction.*

I, __Allen Williams__ DOB: __10/18/1978__ DOC#: __138186__,

FACILITY: __I.S.P.__ SOCIAL SECURITY NUMBER: __N/A__,

authorize the Department of Correction to: ☑ Release ☐ Request medical/mental health records to/from:

NAME OF PERSON/ORGANIZATION: __Office of the Clerk, United States District Court__

ADDRESS: __1300 S. Harrison Street Fort Wayne, Indiana 46802__

I hereby authorize the above named provider to release to the Indiana Department of Correction the following confidential information:

☑ Physician /Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

☑ Admission ☑ Discharge ☑ Operative Summary Reports

☑ X-Ray ☑ Special Studies Reports ☑ HIV Test

☑ Laboratory Reports ☑ Immunization History ☑ Dental Treatment Records

☑ Psychiatric Summary Report ☑ Drug Treatment History & Counseling Reports ☐ Mental Health Records

☑ Other Records __Eye Examine Records / That I am Blind Records__

When the Department of Correction requests information, mail to:

The information requested is recognized as confidential and will be used and maintained in the same manner as similar information created within the Department of Correction.

I understand that the information to be released may include HIV infection and Drug/Alcohol documentation. I ☑ Certify ☐ Do not certify that I have given my consent to release ☑ HIV ☑ Drug/Alcohol Treatment Records

I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken to comply with it. This release will remain in effect for 90 days, unless specified in writing for a shorter time frame.

I make this consent upon the premise that all disclosure made pursuant to the authority granted by this consent shall be accomplished by a written notice and shall be in accordance with all applicable federal and state laws, regulations and rules.

I hereby release the health care provider from any liability which may result from furnishing the information requested as authorized in this release.

I have read the above and foregoing **PATIENT'S CONSENT FOR DISCLOSURE OF CONFIDENTIAL INFORMATION** and I do hereby acknowledge that I am familiar with and fully understand the terms and conditions of this consent.

Signature of Offender: _____ Date: *(Month, Day, Year)* __3-1-2025__

Signature of Witness: _____ Date: *(Month, Day, Year)* __3-1-2025__

**DISTRIBUTION:** White - Medical Records, Canary - Offender

# GROSSNICKLE EYE CENTER, INC

2251 DuBois Drive Warsaw, IN 46580-3212
4330 Edison Lakes Parkway, Suite A Mishawaka, IN 46545-1421
1510 Osolo Road Elkhart, IN 46514-4122

Office Phone: (574)269-2777    (800)992-6975
Office Phone: (574)271-0120    (888)223-2030
Office Phone: (574)266-6100    (855)266-6100

PRELIMINARY REPORT

## HISTORY

**Attending Technician:** A. Waller Mishawaka office

**CHIEF COMPLAINT:** f/u abrasion/increased IOP, OD

**HISTORY OF PRESENT ILLNESS:**
On 06/08/2012, Allen Williams, a 33 year old male, presented with a reason for
visit of slit lamp exam, pressure check, f/u Abrasion and increased IOP, Pt stated
that eyedrops have decreased eye pain. Stable photophobic. NO watery. Redness in
the am and improves after drops and ung..

Aphagan P BID OD, Bacitracin Ung BID OD, Cosopt BID OD, Pred. Acetate BID OD,
Vigamox TID OD., Last took drops @ 8am. Good compliance per pt..

### REVIEW OF SYSTEMS and PAST MEDICAL HISTORY:
Eyes:                  Refer to HPI
Constitutional:        Negative for fever, chills, or body aches
Respiratory:           Negative for shortness of breath, cough, wheezing
Cardiovascular:        Negative for irregular heart beat or chest pain
Endocrine:             Negative for weight loss or gain, increasing thirst
Neurological:          Negative for localized numbness, weakness, or tingling
Ears,Nose,Throat:      Negative for ear pain, or difficulty hearing. Negative for sore throat or
difficulty swallowing
Musculoskeletal:       Negative for joint, muscle, or back pain
Genitourinary:         Negative for frequency of urination, urgency, or hesitancy
Gastrointestinal:      Negative for gastrointestinal problems
Skin:                  Negative for skin disorders
Immune System:         Negative for any immune blood disorders

**CANCER HISTORY:** Negative for any types of cancer

**OCULAR HISTORY:** glaucoma, corneal disease, abrasion and increased IOP OD
**OCULAR SURGICAL/PROCEDURES HX:** DSEK OS, 2009, DSEK OD, shunt, 2012, cataract
surgery (elsewhere) OU, (aphakia)
**OPTOMETRIST:** GEC
**LAST VISIT W/O.D.:** 6/5/12 GEC
**MEDICAL DOCTOR:** Joseph Thompson, MD

**FAMILY HISTORY:** N/A - negative family ocular history
**SOCIAL HISTORY:** Alcohol Use - denies drinking; Smoking - denies smoking

**CURRENT MEDICATIONS:**
1. Vigamox 0.5 % Drops TID OD
2. Prednisolone Acetate 1 % Drops, Suspension BID OD
3. Bacitracin 500 unit/g Ointment Use Opthalmic Ointment BID OD
4. Cosopt 2-0.5 % Drops 1gtt OD bid
5. Alphagan P 0.1 % Drops 1gtt OD bid
6. naproxen 500 mg Tablet 1 po bid
7. risperidone 1 mg Tablet 1 po qd
8. acetazolamide sodium 500 mg Recon Soln 1 po bid
9. benztropine 2 mg Tablet 1 po qd
10. erythromycin 5 mg/gram (0.5 %) Ointment QID OD

---

Name: WILLIAMS, ALLEN                DOB: 10/18/1978                Date: 06/20/2012

11. mirtazapine 45 mg Tablet 1 po qd

**ALLERGIES:**
1. Penicillin- Swelling


## EXAMINATION

SCRIBED BY: D. Bennett
I personally confirmed the documented HPI with patient. Appropriate changes/
additions have been included. C. Knight, MD

PSYCHIATRIC: Oriented to time, place and person, appropriate mood and affect
**REFRACTION AND VISUAL ACUITY:**

CORRECTED VISUAL ACUITY:
OD:  = CF@2ft
OS:  = 20/60 -1
Corrected by: Glasses

**PUPILS/ANGLES/IRIS COLOR/CONF VF/DOMINANT EYE:**
PUPILS: OD non-reactive 6mm and OS non-reactive 4mm
IRIS: brown OU

**INTRAOCULAR PRESSURE** was measured at 13:38:52 by Applanation with a value of <u>48 OD</u>
<u>15 OS</u> Pressure taken by: C. Knight, MD
**INTRAOCULAR PRESSURE** was measured at 13:39:27 by Tonopen with a value of <u>40 OD 14</u>
<u>OS</u> Pressure taken by: C. Knight, MD

**SLIT LAMP EXAM OD:**
Lids/Adnexa: clear/normal
Conjunctivae: trace injection, bleb and poss non function
Sclera: white
Cornea: PK is clear and epi defect 3 x 1 mm sup
Anterior Chamber: flat AC with iris touching cornea 360, no cells, no flare, , tube
in place at 11 oclock and
Iris: shallow, irreg
Lens: aphakia
Notes OD: removed old BCL


**SLIT LAMP EXAM OS:**
Lids/Adnexa: clear/normal
Conjunctivae: palpebral/bulbar clear
Sclera: white
Cornea: PK , sutures intact
Anterior Chamber: deep and quiet
Iris: clear/normal
Lens: aphakia

No Dilation
**FUNDUS OD:**
Cup/Disc Ratio OD: .2
Optic Disc OD: good color, no edema and no neovascularization
Vitreous OD: clear media
Macular Region OD: hyperpigmented and no edema
Notes OD:poor view

**FUNDUS OS:**
Cup/Disc Ratio OS: .35
Optic Disc OS: good color, no edema and no neovascularization

PRELIMINARY REPORT

---

Vitreous OS: PVD (posterior vitreous detachment)
Macular Region OS: grossly normal, hazy view and no edema

## DECISION MAKING/PLAN

**ASSESSMENT:**
1. Abrasion-Corneal/OD., Stable
2. Corneal Transplant, S/OU., Stable
3. Glaucoma - Assoc w trauma/OD indeterminate., Stable
4. Aphakia/OU., Stable
5. Corneal Dystrophy, Unspecified/OU., Past History

**PLAN:**

**New Drug RX/Refill:**
   Lumigan 0.01 % Drops, 1 gtt OD qhs

**\*\*Current Ophthalmic Meds:**
   Vigamox 0.5 % Drops, TID OD
   Prednisolone Acetate 1 % Drops, Suspension, BID OD
   Bacitracin 500 unit/g Ointment, Use Opthalmic Ointment BID OD
   Cosopt 2-0.5 % Drops, 1gtt OD bid
   Alphagan P 0.1 % Drops, 1gtt OD bid

**PATIENT EDUCATION/COUNSELING:** Diagnosis and prognosis discussed and Continue
Current Ophthalmic Meds.
**PROCEDURE NOTE (TODAY):**
Procedure: Bandage Contact Lens Insertion OD W/CDK - In Mishawaka Office, - Risks,
Options, Benefits Discussed
Complications: None
Notes: Acuvue Oasys lot# B00C08C Exp. date 2016/08

**PLAN NOTES:** Discussed improved abrasion. Pt will need a new BCL today. Once the
cornea heals the other issue would be to get the increased IOP lowered. Explained
to pt that the IOP is to high and it appears that the bleb is not filtering very
will. Explained that IOP needs to be lower to help prevent pt from losing vision.
Pt to cont current drops but to also start lumigan, 1 gtt , OD qhs. The graft in
the left eye appears stable. Ok for pt to get wrap around sun glasses to help with
his light sensitivitiy. (lilke the ones after cataract sx) Pt to return in 1 wk.

**ORDERS FOR NEXT VISIT:** Slit Lamp Exam, 1 wk f/u abrasion, traumic glaucoma/pk.

Christopher Knight, MD

# GROSSNICKLE EYE CENTER, INC

2251 DuBois Drive Warsaw, IN 46580-3212
4330 Edison Lakes Parkway, Suite A Mishawaka, IN 46545-1421
1510 Osolo Road Elkhart, IN 46514-4122

Office Phone: (574)269-2777  (800)992-6975
Office Phone: (574)271-0120  (888)223-2030
Office Phone: (574)266-6100  (855)266-6100

Prescription For:
Allen   Williams
1 PARK ROW, MICHIGAN CITY, IN 46360
DOB: 10/18/1978

Lumigan 0.01 % Drops  1 gtt OD qhs  / Dispense:  1  / Refills:  6

CHRISTOPHER KNIGHT, MDDEA/CERT: BK5327944
State License : 01046433

[ ] Dispense As Written    [X] May Substitute

**Prescribed by:**
Christopher Knight, MD

| | |
|---|---|
| **From:** | Raham, Vance A on behalf of RMD Review |
| **Sent:** | Thursday, June 07, 2012 8:58 AM |
| **To:** | Thompson, Joseph M; UMReview |
| **Cc:** | Buck, Erin |
| **Subject:** | RE: OPR Williams 138186 |

agree

**From:** Thompson, Joseph M
**Sent:** Thursday, June 07, 2012 9:57 AM
**To:** RMD Review
**Cc:** Buck, Erin
**Subject:** OPR Williams 138186

# Patient: ALLEN WILLIAMS    ID#: 138186    DOB: 10/18/1978

Reference #:
Date of Request: 06/07/2012 9:46 AM

Urgent
Cost Center: 6456

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Folow-up corneal transplant complications

**Specialty Service Requested:** Ophthalmology

**Provider:** Grossnickle Eye

**Presumed Diagnosis:**

| | |
|---|---|
| Corneal ulcer, unspecified | 370.00 |
| Corneal degeneration, unspecified | 371.40 |

**Signs & Symptoms:**                         **Date of Onset:**
The pt has had a corneal transplant and has complications which include epithelial defect and very high eye pressure.Specialist wishes to see him for follow-up

**Enrolled in Chronic Care Clinic(s)?**

| Clinic | Condition | Code | Last Visit |
|---|---|---|---|
| General Medicine | Macular corneal dystrophy | 371.55 | 04/11/2012 |

**Site Medical Provider:** Joseph M. Thompson MD    06/07/2012

**Copy this form and paste in an email and send form to designated reviewer**

---

**(For UM use only)**

1

**Criteria Source: M & R     Interqual     Other**
**Criteria met: Yes     No     Deferred**


**Reviewer comments:**


**Recommendation for visit appointment:**

**# Visits:**

_____

**UM Review #:**
**Reviewer Name:**
**Date Reviewed:**


*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*


KAREN S. BRIGGS, D.O.
Ophthalmology • Disease and Surgery of the Eye • Fellowship Trained in Glaucoma

Medical P

BARRY J. KAUFMAN, D.O.
Ophthalmology • Disease and Surgery of the Eye • Fellowship Trained in Cornea and External Disease

AURABIND BALAGANI, D.O.
Ophthalmology • Disease and Surgery of the Eye • Fellowship Trained in Glaucoma

05/17/2012

PATIENT NAME
WILLIAMS, ALLEN   ACCT: 20286

| ADDRESS | CITY | STATE | ZIP |
|---------|------|-------|-----|
| 1 PARK ROW | MICHIGAN CITY | IN | 46360 |

Lotemax 0.5 %-Use two times a day IN THE RIGHT EYE

Erythromycin Ophthalmic Ointment 0.5%-Use two times a day IN THE RIGHT EYE

Pred Forte 1 %-Use two times a day IN THE LEFT EYE

Vigamox 0.5 %-Use 4 times a day IN THE RIGHT EYE

Cosopt 2-0.5 %-Use two times a day IN THE RIGHT EYE

Prepared by:KAUFMAN

---

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 06/20/2012

DEPARTMENT OF CORRECTION

PATIENT:            ALLEN WILLIAMS
IDOC#               138186
DATE OF BIRTH:      10/18/1978

DATE:               06/07/2012 10:55 AM
VISIT TYPE:         Chart Update

## History of Present Illness
This 33 year old male presents with:
**1. Consult Approval**

## Chronic Problems
severe corneal dystrophy
Antisocial personality disorder

## Past Medical History
Reviewed, no changes.

## Medications Active Prior to Today's Visit

| Elsewhere | Start Date | Refilled | Medication Name | Sig Desc |
|---|---|---|---|---|
| N | 05/31/2012 | 04/24/2012 | ALPHAGAN 0.2% OPHTHALMIC DROPS | 1drop tid |
| N | 05/31/2012 | | bacitracin 500 unit/g Eye Ointment | apply bid to OD |
| N | 05/18/2012 | 05/01/2012 | Vigamox 0.5 % Eye Drops | |
| N | 05/15/2012 | 05/21/2008 | Naprosyn 500 mg Tab | 1tab po bid |
| N | 05/01/2012 | 06/11/2007 | Pred Forte 1 % Eye Drops | 1gtt right eye bid |
| N | 04/27/2012 | 04/27/2012 | Cosopt 2 %-0.5 % Eye Drops | 1drop R eye bid |
| N | 04/11/2012 | 01/25/2012 | Diamox Sequels 500 mg Cap | 500mg qam and 500mg qpm |
| N | 03/20/2012 | 10/06/2010 | Risperdal 1 mg Tab | Take one tablet by mouth daily in PM along with 2 mg |
| N | 03/20/2012 | 07/29/2010 | Remeron 45 mg Tab | Take one tablet by mouth daily in PM |
| N | 03/20/2012 | 10/06/2010 | Risperdal 2 mg Tab | Take one tablet by mouth daily in PM |
| N | 03/20/2012 | 04/13/2008 | Benztropine 2 mg Tab | Take one tablet by mouth daily in PM |

## Allergies

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Penicillins | | Anaphylaxis |

## Medications (added, continued or stopped this visit)

| Medication Name | Sig Desc | Comment |
|---|---|---|
| ALPHAGAN 0.2% OPHTHALMIC DROPS | | 1drop tid |
| bacitracin 500 unit/g Eye Ointment | apply bid to OD | |

| Benztropine 2 mg Tab | Take one tablet by mouth daily in PM |
| Cosopt 2 %-0.5 % Eye Drops | 1drop R eye bid |
| Diamox Sequels 500 mg Cap | 500mg qam and 500mg qpm |
| Naprosyn 500 mg Tab | 1tab po bid |
| Pred Forte 1 % Eye Drops | 1gtt right eye bid |
| Remeron 45 mg Tab | Take one tablet by mouth daily in PM |
| Risperdal 1 mg Tab | Take one tablet by mouth daily in PM along with 2 mg |
| Risperdal 2 mg Tab | Take one tablet by mouth daily in PM |
| Vigamox 0.5 % Eye Drops | |

**Provider:  Joseph M. Thompson MD  06/07/2012 10:56 AM**

**Document generated by: Erin L. Buck, LPN 06/07/2012 10:56 AM**

NAME:  WILLIAMS, ALLEN
NUMBER:  138186
D.O.B.:  10/18/1978



**RECORD OF MEDICAL TRANSFER**
State Form 4744 (R3) (7-03)

INDIANA DEPARTMENT OF CORRECTION

INSTRUCTIONS:
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and or referring physician.
3. Section D is to be completed upon conclusion of treatment.
4. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

### SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility | Name of receiving facility | | |
|---|---|---|---|
| ISP | Grossnickle Eye Center | | |
| Name of patient | DOC number | Date of birth | Religion |
| Williams, Allen | 138186 | 10/18/78 | |

| Age | Sex | Race | Social Security number | Name and address of spouse |
|---|---|---|---|---|
| 33 | M | B | | |

Next-of-kin to be notified:

| Name | Address | Relationship | Telephone number |
|---|---|---|---|
| | | | |

### SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST

Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request

Corneal Transplant flu

4330 Edison Lakes Parkway
Mishawaka IN

### SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
|---|---|---|---|
| | RSO 6-1-12 | | 5/31/12 |

| Signature of referring physician | | Date signed |
|---|---|---|
| Thompson | | 5/31/12 |

---

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 06/08/2012

Diagnosis

Summary of treatment

THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE. PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
*INSTRUCTION SHOULD NOT BE GIVEN VERBALLY TO THE PATIENT.*

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
*NOTE: APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.*

| Typed or printed name of attending physician | Telephone number ( ) |
|---|---|
| Signature of attending physician | Date signed |

# GROSSNICKLE EYE CENTER, INC

2251 DuBois Drive Warsaw, IN 46580-3212
4330 Edison Lakes Parkway, Suite A Mishawaka, IN 46545-1421
1510 Osolo Road Elkhart, IN 46514-4122

Office Phone: (574)269-2777  (800)992-6975
Office Phone: (574)271-0120  (888)223-2030
Office Phone: (574)266-6100  (855)266-6100

HISTORY    PRELIMINARY REPORT

**Attending Technician:** R. Mann Mishawaka office

**CHIEF COMPLAINT:** f/u abrasion OD

**HISTORY OF PRESENT ILLNESS:**
On 06/05/2012, Allen Williams, a 33 year old male, presented with a reason for
visit of slit lamp exam, for f/u abrasion and OD.
"My vision doesnt seem any better, and still has pain"
Pt just started medications this am.

**REVIEW OF SYSTEMS and PAST MEDICAL HISTORY:**
Eyes:               Refer to HPI
Constitutional:     Negative for fever, chills, or body aches
Respiratory:        Negative for shortness of breath, cough, wheezing
Cardiovascular:     Negative for irregular heart beat or chest pain
Endocrine:          Negative for weight loss or gain, increasing thirst
Neurological:       Negative for localized numbness, weakness, or tingling
Ears,Nose,Throat:   Negative for ear pain, or difficulty hearing. Negative for sore throat or
difficulty swallowing
Musculoskeletal:    Negative for joint, muscle, or back pain
Genitourinary:      Negative for frequency of urination, urgency, or hesitancy
Gastrointestinal:   Negative for gastrointestinal problems
Skin:               Negative for skin disorders
Immune System:      Negative for any immune blood disorders

**CANCER HISTORY:** Negative for any types of cancer

**OCULAR HISTORY:** glaucoma and corneal disease
**OCULAR SURGICAL/PROCEDURES HX:** DSEK OS, 2009, DSEK OD, shunt, 2012, cataract
surgery (elsewhere) OU, (aphakia)
**OPTOMETRIST:** GEC
**LAST VISIT W/O.D.:** 5-31-12
**MEDICAL DOCTOR:** Joseph Thompson, MD

**FAMILY HISTORY:** N/A - negative family ocular history
**SOCIAL HISTORY:** Alcohol Use - denies drinking; Smoking - denies smoking

**CURRENT MEDICATIONS:**
1. Vigamox 0.5 % Drops TID OD
2. Prednisolone Acetate 1 % Drops, Suspension BID OD
3. Bacitracin 500 unit/g Ointment Use Opthalmic Ointment BID OD
4. Cosopt 2-0.5 % Drops 1gtt OD bid
5. Alphagan P 0.1 % Drops 1gtt OD bid
6. naproxen 500 mg Tablet 1 po bid
7. risperidone 1 mg Tablet 1 po qd
8. acetazolamide sodium 500 mg Recon Soln 1 po bid
9. benztropine 2 mg Tablet 1 po qd
10. erythromycin 5 mg/gram (0.5 %) Ointment QID OD
11. mirtazapine 45 mg Tablet 1 po qd

**ALLERGIES:**

1. Penicillin- Swelling

## EXAMINATION

SCRIBED BY: D. Bennett
I personally confirmed the documented HPI with patient. Appropriate changes/
additions have been included. A. Wiarda, MD

PSYCHIATRIC: Oriented to time, place and person, appropriate mood and affect
**REFRACTION AND VISUAL ACUITY:**

CORRECTED VISUAL ACUITY:
OD:    = CF@1ft
OS:    = 20/70 +2
Corrected by: Glasses

**INTRAOCULAR PRESSURE** was measured at 14:33:18 by Applanation with a value of **38 OD**
**18 OS** Pressure taken by: A. Wiarda, MD

**SLIT LAMP EXAM OD:**
Lids/Adnexa: clear/normal
Conjunctivae: palpebral/bulbar clear
Sclera: white
Cornea: PK w/ epi defect, 3mm x 2mm, MCE (microcystic edema), loose corneal suture
12 oclock, no sign of infection and no sign of infiltrates
Anterior Chamber: flat AC with iris touching cornea 360, no cells, no flare, , tube
in place at 11 oclock and
Iris: shallow, irreg
Lens: aphakia
Notes OD: see drawing

**SLIT LAMP EXAM OS:**
Lids/Adnexa: clear/normal
Conjunctivae: palpebral/bulbar clear
Sclera: white
Cornea: PK , sutures intact
Anterior Chamber: deep and quiet
Iris: clear/normal
Lens: aphakia

PRELIMINARY REPORT

## DECISION MAKING/PLAN

ASSESSMENT:
1. Abrasion-Corneal/OD., Stable
2. Corneal Transplant, S/OU., Stable
3. IOP(Increased Ocular Pressure)/OD., Stable
4. Glaucoma - Assoc w trauma/OD indeterminate., Stable
5. Aphakia/OU., Stable
6. Corneal Dystrophy, Unspecified/OU., Past History

PLAN:

**Current Ophthalmic Meds:

Vigamox 0.5 % Drops, TID OD
Prednisolone Acetate 1 % Drops, Suspension, BID OD
Bacitracin 500 unit/g Ointment, Use Opthalmic Ointment BID OD
Cosopt 2-0.5 % Drops, 1gtt OD bid
Alphagan P 0.1 % Drops, 1gtt OD bid

**PATIENT EDUCATION/COUNSELING:** Diagnosis and prognosis discussed.
**PROCEDURE NOTE (TODAY):**
Procedure: Bandage Contact Lens Insertion OD W/ABW - In Mishawaka Office,
Complications: None
Notes: Acuvue oasys   lot B00c08c   Exp. date 2016/08

**PLAN NOTES:** Discussed with pt that there has not been much improvment since last
visit, most likely due to pt not starting the medications till this am. Pt to cont
drops as instructed.  BCL was placed in the right eye to help with the healing of
the abrasion.  IOP's is still to high in the right eye.  Pt needs to cont the
glaucoma drops as discussed.  Discussed possible graft failure.

**ORDERS FOR NEXT VISIT:** Slit Lamp Exam, pc friday cdk f/u abrasion/increased IOP,
OD.

---

Ann Wiarda, MD

PRELIMINARY REPORT

# RECORD OF MEDICAL TRANSFER
State Form 4744 (R3 / 3-92)

INSTRUCTIONS: 1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon conclusion of treatment.
4. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

## SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility | Name of receiving facility | | |
|---|---|---|---|
| Indiana State Prison | Retina & Vitreous | | |

| Name of patient | DOC number | Date of birth | Religion |
|---|---|---|---|
| Williams, Allen | 138186 | 10/18/1978 | |

| Age | Sex | Race | Social Security number | Name and address of spouse |
|---|---|---|---|---|
| 34 | M | B | 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 | |

Next-of-kin to be notified:

| Name | Address | Relationship | Telephone number |
|---|---|---|---|
| | | | |

## SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST

Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request

Retinal Repair and Vitrec'o

## SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
|---|---|---|---|
| | | Tharp | 1/30/12 |

| Signature of referring physician | | Date signed |
|---|---|---|
| Tharp | | 1-30-12 |

Diagnosis

Proliferative Vitreoretinopathy with total
retinal detachment - left eye

Summary of treatment

Vitrectomy, scleral buckle, epiretinal membrane peel,
removal of subretinal bands, air/fluid exchange,
endophotocoagulation, silicon oil left eye



THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE. PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
   *INSTRUCTION SHOULD NOT BE GIVEN VERBALLY TO THE PATIENT.*

1. Atropine 1% 1 drop (L) eye 1x/day
2. Vigamox 1 drop (L) eye 4x/day          ] I will
3. Prednisolone 1 drop (L) eye 4x/day        start 12/6/12
4. Keep PATCHED
5. Keep HEAD up 45°
6. Vicodin ES T-TT TABS PO q 4hr prn
7. Zofran SL 4mg 1 TID prn.

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
   NOTE: *APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.*

10:00 AM   12/6/12

| Typed or printed name of attending physician | Telephone number |
|---|---|
| Thomas L. Havert, MD | (574) 233 3711 |
| Signature of attending physician | Date signed |
|  | 12/5/12 |

---

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 12/07/2012

Diagnosis

Proliferative Vitreoretinopathy with total
retinal detachment - left eye

Summary of treatment

Vitrectomy, scleral buckle, epiretinal membrane peel,
removal of subretinal bands, air/fluid exchange,
endophoto coagulation, silicon oil left eye



THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE. PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
*INSTRUCTION SHOULD NOT BE GIVEN VERBALLY TO THE PATIENT.*

① Atropine 1% 1 drop (L) eye 1x/day   ⎤ will
② Vigamox 1 drop (L) eye 4x/day        ⎥ start 12/6/12
③ Prednisolone 1 drop (L) eye 4x/day  ⎦
④ Keep PATCHED
⑤ Keep HEAD Up 45
⑥ Vicoden ES Ⅰ-Ⅱ TABS PO q 4hr prn
⑦ Zofram SL 4mg 1 TID prn

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
NOTE: *APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.*

10⁰⁰   12/6/12

| Typed or printed name of attending physician | Telephone number |
|---|---|
| Thomas L. Havert, MD | (574) 233 3711 |
| Signature of attending physician | Date signed |
| | 12/5/12 |

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 12/07/2012

## RETINA & VITREOUS, L.L.C.

Thomas L. Hauch, M.D., F.A.C.S.



### VITRECTOMY SURGERY

### <u>DISCHARGE INSTRUCTIONS TO MY PATIENTS</u>

1. **MEDICATIONS**: Instill one drop of each of the following:

   A.    Atropine (red top)        1 drop (L) eye 1X times/day

   B.    Vigamox  (tan top)        1 drop (L) eye 4X times/day

   C.    Prednisolone (pink top)   1 drop (L) eye 4X times/day

2. Eye pads – 10 with 1" tape.

3. <u>DO NOT</u> bump or rub your operated eye(s).

4. You may read or watch T.V. as long as you are comfortable.

5. Be careful of curbs when walking or climbing stairs;  hold on to rails.

6. Call me about any unusual discomfort or pain.

7. Avoid prolonged bending at the waist.

8. Avoid straining or lifting anything greater than 10 pounds.

   LAY ON (L) or (R) SIDE WITH HEAD UP 45°

**IF YOU HAVE ANY QUESTIONS, call me at the office or at home.**

Please bring all your medications to the office each visit.

Thomas L. Hauch, M.D., F.A.C.S.
David Hilliard, R.N.

01.29.10 dt

---

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 12/07/2012



**RECORD OF MEDICAL TRANSFER**
State Form 4744 (R3 3-93)

INSTRUCTIONS:
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon conclusion of treatment.
4. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

## SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility | Name of receiving facility |
| --- | --- |
| ISP | Retina & Vitreous |

| Name of patient | DOC number | Date of birth | Religion |
| --- | --- | --- | --- |
| Williams, Allen | 138186 | 10/18/78 | |

| Age | Sex | Race | Social Security number | Name and address of spouse |
| --- | --- | --- | --- | --- |
| 34 | M | B | | |

Next-of-kin to be notified:

| Name | Address | Relationship | Telephone number |
| --- | --- | --- | --- |
| | | | |

## SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST

Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request

1st F/U Retina Surgery

10Am  12-6-12

Retina & Vitreous
53822 Generations Dr
South Bend, In

P vitals
BP 110/70
P 61
T 95.6
O2 99%
R 16

## SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
| --- | --- | --- | --- |
| | 12-6-12 | | |

| Signature of referring physician | | Date signed | |
| --- | --- | --- | --- |
| Thompson MD | | 12-6-12 | |

Diagnosis

S/P retinal detachment surgery (L) eye

Summary of treatment

V+tm

T P48
A 12

 attached

DMD

Left eye stable
↑ IOP OD

THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE. PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
INSTRUCTION SHOULD NOT BE GIVEN VERBALLY TO THE PATIENT.

(1) Pt did not get Prednisolone from hospital - Will give Rx

(2) Will Start Timoptic 0.5% BID - (R) eye

(3) Pt can have 2 Vicodin ES if needed

(4) Atropine 1% 1 drop (L) eye 1x/day
Vigamox 1 drop (L) eye 4x/day        Can give qHS @
                                      Breakfast, Lunch

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
NOTE: APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.                     dinner and Bedtime

Pred Forte 1 drop (L) eye 4x/day

(5) Re See next week

Typed or printed name of attending physician
Thomas L. Havert

Telephone number
574, 233 3711

Signature of attending physician

Date signed
12/6/12

Name: WILLIAMS, ALLEN                 DOB: 10/18/1978                 Date: 12/06/2012



**RECORD OF MEDICAL TRANSFER**
State Form 4744 (R3 / 3-92)

INDIANA DEPARTMENT OF CORRECTION

INSTRUCTIONS:
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon conclusion of treatment.
4. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

## SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility | Name of receiving facility |
|---|---|
| Indiana State Prison | |

| Name of patient | DOC number | Date of birth | Religion |
|---|---|---|---|
| Williams Allen | 138186 | 10-18-1978 | |

| Age | Sex | Race | Social Security number | Name and address of spouse |
|---|---|---|---|---|
| | | | | |

**Next-of-kin to be notified:**

| Name | Address | Relationship | Telephone number |
|---|---|---|---|
| | | | |

## SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST

Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request:

1 wk F/U after Retina repair

## SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
|---|---|---|---|
| | 12/7/12 | | 12-10-12 |

| Signature of referring physician | | Date signed |
|---|---|---|
| | | 12-10-12 |

---

Name: WILLIAMS, ALLEN      DOB: 10/18/1978      Date: 12/13/2012

**Diagnosis**

S/p RD repair

**Summary of treatment**



V_HM

32/15

edema of graft

attached

① Return look OK OS —
Cornea has edema

② IOP still ↑ OD

---

THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE. PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
*INSTRUCTION SHOULD NOT BE GIVEN VERBALLY TO THE PATIENT.*

① Add Xalatan 1 drop ® eye 1x/day
② Continue Vigodn ES prn
③ RT 7-10 days
④ Continue gtts OS

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
NOTE: *APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.*

---

**Typed or printed name of attending physician**
Thomas L. Hawat

**Signature of attending physician**

**Telephone number**
874 233 5711

**Date signed**
12/12/12

---

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 12/13/2012



# RECORD OF MEDICAL TRANSFER
State Form 4744 (R3 / 3-92)

INDIANA DEPARTMENT OF CORRECTION

INSTRUCTIONS:
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon conclusion of treatment.
4. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

## SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility | Name of receiving facility | | |
|---|---|---|---|
| Indiana State Prison | Retina + Vitreous, L.L.C. | | |
| Name of patient | DOC number | Date of birth | Religion |
| Williams, Allen | 138186 | 10-18-1978 | |

| Age | Sex | Race | Social Security number | Name and address of spouse |
|---|---|---|---|---|
| | | | | |

| Next-of-kin to be notified: | | | |
|---|---|---|---|
| Name | Address | Relationship | Telephone number |
| | | | |

## SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST

Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request.

Follow-up after Retina surgery.

## SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
|---|---|---|---|
| | 12/14/12 | | 12-13-12 |
| Signature of referring physician | | | Date signed |
| | | | 12-13-12 |

Name: WILLIAMS, ALLEN                     DOB: 10/18/1978                     Date: 12/21/2012

Diagnosis

S/P R.D. repair OS

Summary of treatment

VFc.



edem ⌐ 24
X 12

Attached

M.D. Post Segment looks good
Cornea look a little better
from Change Predmidne to Durezol

THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE. PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
*INSTRUCTION SHOULD NOT BE GIVEN VERBALLY TO THE PATIENT.*

1. D/c Atropine,
2. D/c V.gamox -
3. D/c Predmidne
4. Durezol 1 drop L eye q 4hr

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
NOTE: *APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.*

| Typed or printed name of attending physician | Telephone number: |
| --- | --- |
| Thomas L. Harvey | ( ) |
| Signature of attending physician | Date signed |

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 12/21/2012

# C⊘RIZON™

### Provider Consultation Report
### (Complete and return in SEALED envelope with Correctional Officer)

Reference #: _____

Date of Service: 12-20-12

Inmate: Williams Allen

Inmate ID: 138186

DOB: 10-18-1978

Institution: ISP

Institution ID: 6456

Phone: (219)874-7256 ext5147

Provider: Dr Hauch

Provider Type: Opth

Location: South Bend

***See Attached Consultation Request for Health Services Authorized***

For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, all recommended tests and treatments are to be scheduled by CMS.

**Review of Case:** (Chief complaint, exam findings etc.)

S/P RD repair (L) eye
Cornea Edema
VFL

24
A|12

E — attached

**Diagnosis and Prescription Suggestions** (To be reviewed by CMS Medical Director)

Will change Prednisolone to Durezol 7 the

Can equivalent medication substitution be used? ☐Yes ☒No    Follow-up needed? ☐Yes ☒No

If follow-up needed, explain:

Provider Name (print): Thomas Hauer

Provider Signature: _____

Date: 12/21/12

### To be completed by CMS provider

Recommendation after review of consultant's report: ☐No further action   ☐Implement the following

Implement:

CMS Provider Name (print): _____   CMS Provider Signature: _____   Date: _____

Copyright © 2008 by Correctional Medical Services, Inc., All Rights Reserved

---

Name: WILLIAMS, ALLEN                    DOB: 10/18/1978                    Date: 12/21/2012



# RECORD OF MEDICAL TRANSFER
State Form 4744 (R3 / 3-92)

INDIANA DEPARTMENT OF CORRECTION

INSTRUCTIONS:
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon conclusion of treatment.
4. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

## SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility | Name of receiving facility | | |
|---|---|---|---|
| Indiana State Prison | Retina + Vitreous | | |

| Name of patient | DOC number | Date of birth | Religion |
|---|---|---|---|
| Williams, Allen | 138186 | 10-18-A 78 | |

| Age | Sex | Race | Social Security number | Name and address of spouse |
|---|---|---|---|---|
| 34 | M | | | |

**Next-of-kin to be notified:**

| Name | Address | Relationship | Telephone number |
|---|---|---|---|
| | | | |

## SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST

Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request:

F/U after Retina Repair

## SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
|---|---|---|---|
| | 12-31-12 | Thompson | 12-26-12 |

| Signature of referring physician | | Date signed |
|---|---|---|
| Thompson | | 12-26-12 |

---

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 01/16/2013

Diagnosis

RD repair OS

Summary of treatment

$V \frac{20/100}{6/200} \xrightarrow{P/t} > 20/100$

color

$T \frac{16}{20}$?

$A$

flat

·IMP

OS — Return looks good

OO — too much better

Add Murocol OS

RT 2wk

PLAN

THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE. PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
*INSTRUCTION SHOULD NOT BE GIVEN VERBALLY TO THE PATIENT.*

1. Decrease Diverzal OS — 1 drop (L) eye 3x/day

2. Add Murocol OS — 1 drop (L) eye 3x/day

3. Please call me r.l. drops — right eye — this info was to be sent with this visit — 574 233 3711

fax 1-574-288-190 ?

IF ANOTHER CLINIC APPOINTMENTS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
NOTE: *APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.*

| Typed or printed name of attending physician | Telephone number |
|---|---|
| Thomas L. Harvit | 574 233 3711 |
| Signature of attending physician | Date signed |
| | 1 / 3 / 13 |



**RECORD OF MEDICAL TRANSFER**
State Form 4744 (R3 1 3-92)

INSTRUCTIONS: 1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A. B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon conclusion of treatment.
4. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

## SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility | Name of receiving facility | | |
|---|---|---|---|
| Indiana State Prison | Retina & Vitreous LLC | | |

| Name of patient | DOC number | Date of birth | Religion |
|---|---|---|---|
| Williams, Allen | 138186 | 10/18/1978 | |

| Age | Sex | Race | Social Security number | Name and address of spouse |
|---|---|---|---|---|
| | M | | 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 | |

Next-of-kin to be notified:

| Name | Address | Relationship | Telephone number |
|---|---|---|---|
| | | | |

## SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST

Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request:

Follow Up / Corneal Repair

Jan 29, 2013
1:15 pm

## SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
|---|---|---|---|
| | 1-25-13 | | 1-15-13 |

| Signature of referring physician | | Date signed |
|---|---|---|
| | | 1-15-13 |

Diagnosis

S/p Retinal detachment repair (L) eye

Allen Williams
63890
10/18/1978    Age: 34
Appt:  1/29/2013  1:15 pm

Summary of treatment

V Fc

(drawing)    (circle with "2" / "5" and "attached")

THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE.  PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
INSTRUCTIONS SHOULD NOT BE GIVEN VERBALLY TO THE PATIENT.

1) Records do not indicate pt is getting
   Muro 128 in his (L) LEFT EYE

2) needs Muro 128 (L) eye 1 drop 4x / DAY

3) Durozol 1 drop (L) eye 2x /day

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
NOTE:  APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.

RT Juhi

| Typed or printed name of attending physician | Telephone number |
|---|---|
| T. Hartos | (5?) 233 3711 |
| Signature of attending physician | Date signed |
| (signature) | 1/29/13 |

Name: WILLIAMS, ALLEN    DOB: 10/18/1978    Date: 01/31/2013

# C●RIZON™

**Provider Consultation Report**
**(Complete and return in SEALED envelope with Correctional Officer)**

Reference #: _____                        Date of Service: Jan 29 2013

Inmate: Williams, Allen          Inmate ID: 138186      DOB: 10-18-1978

Institution: ISP               Institution ID: 6456     Phone: (219) 874-7256 ekt 5147

Provider: Dr. Hauch            Provider Type: Retina     Location: South Bend

***See Attached Consultation Request for Health Services Authorized***

For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, all recommended tests and treatments are to be scheduled by CMS.

Review of Case: (Chief complaint, exam findings etc.)

Diagnosis and Prescription Suggestions (To be reviewed by CMS Medical Director)

Can equivalent medication substitution be used? ☐Yes  ☐No      Follow-up needed? ☐Yes  ☐No
If follow-up needed, explain:

Provider Name (print): _____  Provider Signature: _____  Date: _____

**To be completed by CMS provider**

Recommendation after review of consultant's report:  ☐No further action      ☐Implement the following
Implement:

CMS Provider Name (print): _____  CMS Provider Signature: _____  Date: _____

Copyright © 2008 by Correctional Medical Services, Inc., All Rights Reserved



**RECORD OF MEDICAL TRANSFER**
State Form 4744 (R3 1 3-92)

INSTRUCTIONS:
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon conclusion of treatment.
4. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

## SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility | Name of receiving facility | | |
|---|---|---|---|
| Indiana State Prison | Retina & Vitreous LLC | | |

| Name of patient | DOC number | Date of birth | Religion |
|---|---|---|---|
| Williams, Allen | 138186 | 10/18/1978 | |

| Age | Sex | Race | Social Security number | Name and address of spouse |
|---|---|---|---|---|
| | M | | 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 | |

Next-of-kin to be notified:

| Name | Address | Relationship | Telephone number |
|---|---|---|---|
| | | | |

## SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST

Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request:

Follow Up

April 9, 2013
12:00 pm

## SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
|---|---|---|---|
| | 4-5-13 | | 4-2-2013 |

| Signature of referring physician | | Date signed |
|---|---|---|
| | | 4-2-2013 |

---

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 04/10/2013

Diagnosis

Summary of treatment

THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE.  PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
INSTRUCTIONSHOULDNOTBEGIVENVERBALLYTOTHEPATIENT.

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
NOTE:  APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.

| Typed or printed name of attending physician | Telephone number |
| --- | --- |
|  | (     ) |
| Signature of attending physician | Date signed |

# CORIZON™

**Provider Consultation Report**
**(Complete and return in SEALED envelope with Correctional Officer)**

Reference #: _____

Date of Service: April 9 2013

Inmate: Williams, Allen

Inmate ID: 138186

DOB: 10-18-1978

Institution: ISP

Institution ID: 6456

Phone: (219)874-7256 ext 5147

Provider: Dr Hauch

Provider Type: Retina / Vitreous

Location: S. Bend

**\*\*\*See Attached Consultation Request for Health Services Authorized\*\*\***

For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, all recommended tests and treatments are to be scheduled by CMS.

**Review of Case:** (Chief complaint, exam findings etc.)



Pt. S/P RD repair
ulcer anteriorly  T 24  A 770
retina involvement

**Diagnosis and Prescription Suggestions** (To be reviewed by CMS Medical Director)

① S/P RD repair OS
② Corneal Ulcer + ? graft rejection
③ D/c Durezol OS
④ Zymaxid 1 drop q2h OS while awake
⑤ Vicodin 1-2 TABS PO q 4hr prn

Can equivalent medication substitution be used? ☐Yes ☐No   Follow-up needed? ☐Yes ☐No

If follow-up needed, explain:

Needs to see Dr. Bill Whitson in Indianapolis

Provider Name (print): TL Hauch

Provider Signature: _____

Date:

**To be completed by CMS provider**

Recommendation after review of consultant's report:   ☐No further action   ☐Implement the following

Implement:

CMS Provider Name (print): _____   CMS Provider Signature: _____   Date:

Copyright © 2008 by Correctional Medical Services, Inc, All Rights Reserved



# RECORD OF MEDICAL TRANSFER
State Form 4744 (R3 13-92)

INDIANA DEPARTMENT OF CORRECTION

INSTRUCTIONS:  1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon conclusion of treatment.
4. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

## SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility | Name of receiving facility | | |
|---|---|---|---|
| Indiana State Prison | Whitson Vision | | |

| Name of patient | DOC number | Date of birth | Religion |
|---|---|---|---|
| Williams, Allen | 138186 | 10/18/1978 | |

| Age | Sex | Race | Social Security number | Name and address of spouse |
|---|---|---|---|---|
| | M | | 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 | |

Next-of-kin to be notified:

| Name | Address | Relationship | Telephone number |
|---|---|---|---|
| | | | |

## SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST

Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request:

I val for corneal transplant / after rejection

April 15, 2013
1:30 pm

## SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
|---|---|---|---|
| | 4-11-13 | Thompson | 4-11-13 |

| Signature of referring physician | | Date signed |
|---|---|---|
| Thompson | | 4-11-13 |

## SECTION D (to be completed by attending physician)

**Diagnosis**

Severe corneal ulcer left eye. He is at risk of losing this eye unless the infection is controlled.

**Summary of treatment**

Zymaid $\bar{1}$ gtt q 2° OS WA

Vancomycin 3% 30 mg/ml $\bar{1}$ gtt OS q 1° WA

This will need to be made at a compounding pharmacy. He needs this ASAP.

THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE. PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
INSTRUCTIONSHOULDNOTBEGIVENVERBALLYTOTHEPATIENT.

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
NOTE: APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.

| Typed or printed name of attending physician | Telephone number |
|---|---|
| William Whitson, MD | (317) 844-5500 |
| Signature of attending physician | Date signed |
| William Whitson MD | 4-15-13 |

# CORIZON™

**Provider Consultation Report**
**(Complete and return in SEALED envelope with Correctional Officer)**

Reference #: _____

Inmate: Williams, Allen

Institution: ISP

Provider: Dr. Whitson

Inmate ID: 138186

Institution ID: 6456

Provider Type: Ophthalmology

Date of Service: 4-15-13

DOB: 10-18-1978

Phone: (219) 874-7256 ext 5147

Location: Indianapolis

***See Attached Consultation Request for Health Services Authorized***

For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, all recommended tests and treatments are to be scheduled by CMS.

**Review of Case:** (Chief complaint, exam findings etc.)

**Diagnosis and Prescription Suggestions** (To be reviewed by CMS Medical Director)

Severe Corneal Ulcer - OS.   370.00 -
Vancomycin 30mg/ml Q1° WA - OS until seen again
Zymaxid Q2° OS. WA.

Can equivalent medication substitution be used? ☐Yes ☐No     Follow-up needed? ☐Yes ☐No

If follow-up needed, explain:
RC - Monday 4/22/13 @ 2:30 pm

Provider Name (print): William Whitson     Provider Signature: _____     Date: 4/15/13.

**To be completed by CMS provider**

Recommendation after review of consultant's report: ☐No further action     ☐Implement the following

Implement:

CMS Provider Name (print): _____     CMS Provider Signature: _____     Date: _____

Copyright © 2008 by Correctional Medical Services, Inc., All Rights Reserved



Whitson Vision PC
901 E 86th Street
Indianapolis, IN 46240
317-844-5500  317-573-4230
THIS DOCUMENT WAS CREATED ON: 04/15/2013 14:06:51 BY: William E. Whitson, M.D.

**Exam Date:** Monday, April 15, 2013

**PATIENT NAME: Allen  Williams**

PATIENT ID: 119634        BIRTH DATE: 10/18/1978   AGE: 34
GENDER:    Male           RACE: Black or African American


## *History*

**Chief Complaint/Reason For Visit:** Pt presents for cornea check OS.  Pt notes OS watering for about a couple of weeks.  Pt notes pain inOS.  Using PF QID OS since 4/4/2013.  Zymaxid Q2H WA since 4/9/2013, latanoprost QHS OU since 12/7/2012.
Last OV 10/15/2012    JS

**HISTORY OF PRESENT ILLNESS:**
**PROBLEM:**            pain in OS
CONTEXT/ONSET:    gradual
LOCATION:         left eye
DURATION:         2 weeks
TIMING:           frequently
HPI was performed by Dr. William E. Whitson, M.D.
**PAST MEDICAL HISTORY:**
OCULAR:           Bullous Keratopathy OS, Glaucoma, Corneal ulcer,Aphakic OU
PROCEDURES :      PKP OS 2009, PKP OD and glaucoma shunt 2012,Cataract Extraction OD 2007,
cataract extraction OS 2009
INFECTIOUS:       No known previous infections
OCULAR SIGNIFICANT: No known ocular significant illnesses
ILLNESSES:        Antisocial personality disorder
SURGERIES:        No known previous general surgeries
HEAD/OCULAR TRAUMA: No known history of trauma
**SOCIAL HISTORY:**
ALCOHOL:          Denies drinking
SMOKING:          Former Smoker - recode:3
OCCUPATION:       Prisoner
**FAMILY HISTORY:**
FAMILY:           No family history noted

**CURRENT MEDICATIONS:**
Bactrim DS 800-160 mg
benztropine 2 mg
Remeron 45 mg
Risperdal 1 mg

**Ophthalmic:**
Brimonidine 0.2 %         1 drop TID Right Eye              04/15/2013
Diamox sequels 500 mg     1 po bid                         04/15/2013
Pred Forte 1 %            1 drop BID Right Eye             04/15/2013
Compliance Issue With Pred Forte 1 % Pt. Reported Use:none OD, QID OS
Xalatan 0.005 %           1 drop QHS Both Eyes             04/15/2013
Zymaxid 0.5 %             1 drop Q2H w/a Left Eye          04/15/2013

**ALLERGIES:**
Penicillins:Anaphylaxis (39579001)

## Exam

ORIENTATION, MOOD AND AFFECT: Alert & oriented x3

|  | RIGHT EYE | LEFT EYE |
|---|---|---|
| CORRECTED VA | CF @ 2 ft | swollen shut- cant open |

### ANTERIOR SEGMENT EXAM:

| | RIGHT EYE | LEFT EYE |
|---|---|---|
| TEARFILM: | TBUT intact, clear | TBUT intact, clear |
| CONJUNCTIVA: | 1+ injection, seton supero temp, no bleb seen, tube is plugged with vitreous, 2 + injection | 2-3 conj injection, old conj suture at 11:00 exposed (removed today) |
| CORNEA: | PKP with 2+ anterior stromal patchy scarring with 14 interrupted sutures , peripheral vasc of host, no KP, graft with central confluent 4+ PEE, 2+ patchy stromal haze | PKP with yellow white infiltrates (3), significant PAS with intero temp hypopyon, 40 % epi defect on graft |
| ANTERIOR CHAMBER: | deep and clear, without cell or flare | deep and clear, without cell or flare |
| IRIS: | missing most of iris tissue | sector iridectomy from 9:30 to 1:00 |
| LENS: | aphakic | aphakic with vitreous |
| ANTERIOR VITREOUS: | clear, without cells or pigment | clear, without cells or pigment |

### FUNDUS EXAM:

DILATION and NUMBING DROPS:    deferred OU 04/15/2013 01:36:42 PM

## Impression

01 V42.5 Cornea Replaced By Transplant OU
02 365.11 Primary Open Angle Glaucoma OU
03 361.00 Retinal Detach With Retinal Defect Unspecified OS
04 930.0 Corneal Foreign Body OS
05 370.00 Corneal Ulcer Unspecified OS

## Plan

| PRESCRIPTION | INSTRUCTION |
|---|---|
| Zymaxid 0.5 % | 1 drop Q2H w/a Left Eye Continue |
| Xalatan 0.005 % | 1 drop QHS Both Eyes Continue |
| Pred Forte 1 % | 1 drop BID Right Eye Continue |
| Diamox sequels 500 mg | 1 po bid Continue |
| Brimonidine 0.2 % | 1 drop TID Right Eye Continue |

CORNEAL ULCER UNSPECIFIED OS|370.00

need to get the ulcer cleared up before we would even consider a cornea transplant.  Need to put you on a drop that you will use every 1 hr while awake.
It could have been from a scratch that got infected, could be from the loose stitch.

Vanco 30mg/ml
Use Q1hr W/A OS until seen next week.

Continue with Zymaxid Q2hr OD

---

need to be seen again next week by either Dr Whitson or Dr Hauk created by:William E. Whitson, M.D.

**FOLLOWUP SCHEDULED:**
Return Visit - 1 week check corneal ulcer OS .

William E. Whitson, M.D.        DOCUMENT CREATE DATE: 04/15/2013 02:06:52 PM



# RECORD OF MEDICAL TRANSFER

State Form 4744 (R3 1 3-92)

INSTRUCTIONS:
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/ or referring physician.
3. Section D is to be completed upon conclusion of treatment.
4. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

## SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility | Name of receiving facility | | |
|---|---|---|---|
| Indiana State Prison | Whitson Vision | | |

| Name of patient | DOC number | Date of birth | Religion |
|---|---|---|---|
| Williams, Allen | 138186 | 10/18/78 | |

| Age | Sex | Race | Social Security number | Name and address of spouse |
|---|---|---|---|---|
| | M | | | |

| Next-of-kin to be notified | | | |
|---|---|---|---|
| Name | Address | Relationship | Telephone number |
| | | | |

## SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST

Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request.

1 week Follow up

April 22, 2013
2:30 pm

## SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
|---|---|---|---|
| | 4-19-13 | | 4-17-13 |

| Signature of referring physician | | | Date signed |
|---|---|---|---|
| | | | 4-17-13 |

**SECTION D (to be completed by attending physician)**

Diagnosis

Summary of treatment

THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE.  PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
INSTRUCTIONSHOULDNOTBEGIVENVERBALLYTOTHEPATIENT.

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
NOTE:  APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.

| Typed or printed name of attending physician | Telephone number |
| --- | --- |
| | (     ) |
| Signature of attending physician | Date signed |

# C⊘RIZON™

**Provider Consultation Report**
**(Complete and return in SEALED envelope with Correctional Officer)**

Reference #: _____

Date of Service: 4-22-13

Inmate: _Williams Allen_        Inmate ID: _138186_        DOB: _10-18-1978_

Institution: _ISP_        Institution ID: _6456_        Phone:( _219_ ) _874-7256_ ext _5147_

Provider: _Dr Whitson_        Provider Type: _Ophthalmology_        Location: _Indy_

***See Attached Consultation Request for Health Services Authorized***

*For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, all recommended tests and treatments are to be scheduled by CMS.*

**Review of Case:** (Chief complaint, exam findings etc.)

Corneal ulcer, left eye – healing

**Diagnosis and Prescription Suggestions** (To be reviewed by CMS Medical Director)

Corneal ulcer – left eye
Continue all current meds,
   Add Atropine 1% bid OS

Can equivalent medication substitution be used? ☐Yes ☐No        Follow-up needed? (Yes) ☐No

If follow-up needed, explain:

Recheck corneal ulcer in 2 wks

Provider Name (print): _William Whitson_ Provider Signature: _William Whitson MD_ Date: _4/22/13_

### To be completed by CMS provider

Recommendation after review of consultant's report:   ☐No further action        ☐Implement the following

Implement:

CMS Provider Name (print): _____        CMS Provider Signature: _____        Date: _____

Copyright © 2008 by Correctional Medical Services, Inc., All Rights Reserved

DOCUMENT SIGNED ELECTRONICALLY BY William E. Whitson, M.D. ON 04/22/2013
04:10:43



**WHITSON**vision

**Whitson Vision PC
901 E 86th Street
Indianapolis, IN 46240
317-844-5500   317-573-4230**
THIS DOCUMENT WAS CREATED ON: 04/22/2013 16:10:36 BY: William E. Whitson, M.D.

**Exam Date:** Monday, April 22, 2013

**PATIENT NAME:** Allen  Williams

**PATIENT ID:** 119634       **BIRTH DATE:** 10/18/1978     **AGE:** 34
**GENDER:**    Male          **RACE:** Black or African American

**PRIMARY CARE PHYSICIAN:**  Thompson MD,Indiana State Prison

## *History*

**Chief Complaint/Reason For Visit:** 1 wk recheck corneal ulcer OS / Pt using Predforte BID OD, QId OS,
Xalatan QHS OU, Vancomycin 1 hr OS, Dizmox Sequels 500 mg 1 po BID, Brimonidine TID OD / Pt states
OS still very painful / Pt last visit 4-15-13 /sb

**HISTORY OF PRESENT ILLNESS:**
**PROBLEM:**        1 wk recheck corneal ulcer OS
**SEVERITY:**       pt states no improvement x last visit
HPI was performed by Dr. William E. Whitson, M.D.
**SOCIAL HISTORY:**
**SMOKING:**        Never Smoker - recode:4
**FAMILY HISTORY:**
**FAMILY:**         No family history noted

**CURRENT MEDICATIONS:**
Bactrim DS 800-160 mg as of:4/22/2013 2:27:17 PM
benztropine 2 mg as of:4/22/2013 2:27:17 PM
Remeron 45 mg as of:4/22/2013 2:27:17 PM
Risperdal 1 mg as of:4/22/2013 2:27:17 PM

**Ophthalmic:**
Brimonidine 0.2 %          1 drop TID Right Eye                    04/22/2013
Diamox sequels 500 mg      1 po bid                                04/22/2013
Pred Forte 1 %             1 drop BID Right Eye                    04/22/2013
Compliance Issue With Pred Forte 1 % Pt. Reported Use:none OD, QID OS
Xalatan 0.005 %            1 drop QHS Both Eyes                    04/22/2013
Zymaxid 0.5 %              1 drop Q2H w/a Left Eye                 04/22/2013
Compliance Issue With Zymaxid 0.5 % Pt. Reported Use:Vancomycin 1 drop Q1H w/a Left Eye

**ALLERGIES:**
Penicillins:Anaphylaxis (39579001)

## Exam

ORIENTATION, MOOD AND AFFECT: Alert & oriented x3

|  | RIGHT EYE | LEFT EYE |
|---|---|---|
| UNCORRECTED VA | 20/200 | LP |

ANTERIOR SEGMENT EXAM:

| | RIGHT EYE | LEFT EYE |
|---|---|---|
| TEARFILM: | TBUT intact, clear | TBUT intact, clear |
| CONJUNCTIVA: | 1+ injection, seton supero temp, no bleb seen, tube is plugged with vitreous, 2 + injection | 2-3 conj injection, old conj suture at 11:00 exposed (removed today) |
| CORNEA: | PKP with 2+ anterior stromal patchy scarring with 14 interrupted sutures , peripheral vasc of host, no KP,  graft with central confluent 4+ PEE, 2+ patchy stromal haze | 2 dense white inflitrates-are a bit smaller, white endo plaque, PKP 3+ cloudy, epi defect 5mm v x 5.2mm h |
| ANTERIOR CHAMBER: | deep and clear, without cell or flare | deep and clear, without cell or flare |
| IRIS: | missing most of iris tissue | sector iridectomy from 9:30 to 1:00 |
| LENS: | aphakic | aphakic with vitreous |
| ANTERIOR VITREOUS: | clear, without cells or pigment | clear, without cells or pigment |

## Impression

01 V42.5 Cornea Replaced By Transplant OU
02 365.11 Primary Open Angle Glaucoma OU
03 361.00 Retinal Detach With Retinal Defect Unspecified OS
04 930.0 Corneal Foreign Body OS
05 370.00 Corneal Ulcer Unspecified OS

## Plan

| PRESCRIPTION | INSTRUCTION |
|---|---|
| Xalatan 0.005 % | 1 drop QHS Both Eyes Continue |
| Pred Forte 1 % | 1 drop BID Right Eye Continue |
| Diamox sequels 500 mg | 1 po bid Continue |
| Brimonidine 0.2 % | 1 drop TID Right Eye Continue |
| atropine 1 % | 1 drop BID Left Eye Prescription |

CORNEAL ULCER UNSPECIFIED OS|370.00

OS is starting to look a little better.  Could take up to another month to slowly start improving.
Can add an additional eye drop to try to decrease pain

Start Atropine 1% bid OS
Continue all other drops as he is currently using them

f/u in 2 weeks

Scribed by:slh
 created by:William E. Whitson, M.D.

William E. Whitson, M.D.            DOCUMENT CREATE DATE: 04/22/2013 04:10:37 PM



# OPTOMETRIC VISION SCREENING
State Form 46045 (7-93)

**INDIANA DEPARTMENT OF CORRECTION**

**CONFIDENTIAL RECORD**

Being Tx for corneal ulcer OS / then supposed to have PK OS

| Current Rx | Add | VA c s | L Conf. Visual Fields R |
|---|---|---|---|
| OD: | | 20/700 | |
| OS: | | LPe | |

| Refn | MR OR | Phorias D N | Pupils : | Motility |
|---|---|---|---|---|
| OD: | | CT | PERRLA - MG | |
| OS: | | VG | yes no | |

| Final Rx | Add | other tests | Intraocular Pressure NCT - Ta |
|---|---|---|---|
| OD: | 20/ | | OD: 17 |
| OS: | | | OS: m |
| Pd | | | Time: |

## Slit Lamp Exam
### OD    OS

T 0.5%  T 1%  C 1%

## Internal Exam
Superfield  90D  78D  20D

LLL   ⊖   ⊖

S/C   |

C   s/p PK      failed transplant      OD              OS
     being Tx c̄ Vancomycin q h

I   |

AC   |

L

**Assessment:**
1) Corneal ulcer OS
2)
3)
4)

**Plan:**
1) Con't current meds / F/u c̄
   Dr. Whitson as advised
2)
3)
4)

position: 3 mos F/U

No - Referral    Refer to: _____

e of tester                Date 5-15-13

| PATIENT IDENTIFICATION | |
|---|---|
| Name of patient | Williams, Allen |
| Number 138186 | Date of birth |

Name: WILLIAMS, ALLEN      DOB: 10/18/1978      Date: 06/12/2013



**Indiana**

| PATIENT INFORMATION | PHYSICIAN INFORMATION |
| Allen Williams | William E Whitson, M.D. |
| Sex: Male | 901 East 86th Street |
| D.O.B.: October 18, 1978 (Age: 34) | Indianapolis, IN 46260 |
| MRN #: | 844-5500 |
| Ref Physician: William E Whitson, M.D. | |

| SPECIMEN INFORMATION | |
| Collected: 05/21/13 11:15AM | Accession #: IS13-19711 |
| Received: 05/21/13 | Acct / Reg #: 15731 |
| Reported: 05/22/13 | |

## SURGICAL PATHOLOGY REPORT

### DIAGNOSIS

**DIAGNOSIS:**
Left eye, failed graft; excision:
Acute keratitis with corneal fibrosis with reactive fibroblasts and neovascularization.
Foreign body giant cell reaction to suture material noted at the lateral aspect.

**Daniel F. Klink, M.D.**
**Electronic Signature: 22 MAY 2013, 5:15PM**

**COMMENTS:**
Histologic sections of the cornea show numerous neutrophils within the corneal stroma predominantly at the central aspect. Chronic inflammatory cells including plasma cells are also present. This site also demonstrates fibrosis as well as neovascularization. The overlying conjunctival epithelium is relatively unremarkable. Suture material with foreign body giant cell reaction is noted at the periphery of the cornea. A PAS stain highlights disruption in Descemet's membrane.

### CLINICAL INFORMATION

**CLINICAL HISTORY:**
Preoperative Diagnosis: Failed graft left
Postoperative Diagnosis:
Symptoms/Radiologic Findings:

**SPECIMENS:**
Failed graft left

### SPECIMEN DATA

**GROSS DESCRIPTION:**
Received in formalin labeled Williams, failed graft OS, is a 0.8 x 0.8 x 0.1 cm translucent, gray-white disc of corneal tissue. The specimen is serially sectioned and totally submitted in two cassettes Williams, 19711, A1-2. Special stain x1 PAS.
MB/bb

Place of Service: St. Vincent Indianapolis 2001 West 86th Street Indianapolis, IN 46260

CC: Central Indiana Surg Ctr
CPT Code: 88304, 88313
AmeriPath, Inc. assumes no responsibility for the accuracy of CPT codes provided which are for informational purposes only. CPT codes are Payer specific and CPT coding is the sole responsibility of the billing entity.
PAS Code: 7

*Whitson*
*5-31-13*
*Send copy to*
*DOC &*
*Dr. Hauch*

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 06/06/2013



INSTRUCTIONS:
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon conclusion of treatment.
A. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

## SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility | Name of receiving facility |
|---|---|
| Indiana State Prison | Central Indiana Surgery Center (Dr Whitson) |

| Name of patient | DOC number | Date of birth | Religion |
|---|---|---|---|
| Williams, Allen | 138186 | 10/1//1978 | |

| Age | Sex | Race | Social Security number | Name and address of spouse |
|---|---|---|---|---|
| | M | | 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 | |

Next-of-kin to be notified:

| Name | Address | Relationship | Telephone number |
|---|---|---|---|
| | | | |

## SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST

Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request:

Corneal Transplant Left Eye

for Corneal ulcer & scarring

Surger performed at

Central Indiana Surgery Center
9002 N. Meridian St
Indianapolis In 46260

William Whitson M.D.

Post op Appt at
Whitson Vison
5-22-13 at 11:15 Am

## SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
|---|---|---|---|
| | 5·17·13 | | 5-9-13 |

| Signature of referring physician | | Date signed | |
|---|---|---|---|
| | | 5-9-13 | |

Diagnosis

Summary of treatment

THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE.  PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
INSTRUCTIONSHOULDNOTBEGIVENVERBALLYTOTHEPATIENT.

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
NOTE:  APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.

| Typed or printed name of attending physician | Telephone number |
| --- | --- |
| | (    ) |
| Signature of attending physician | Date signed |

## CORIZON™

**Provider Consultation Report**
**(Complete and return in SEALED envelope with Correctional Officer)**

Reference #: _____

Date of Service: 5-20-13

Inmate: Williams, Allen          Inmate ID: 138186     DOB: 8-10-18-1978

Institution: ISP          Institution ID: 6456     Phone: (219)874-7256 ext 5147

Provider: Dr. Whitson          Provider Type: Opth     Location: Indy

***See Attached Consultation Request for Health Services Authorized***

For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, all recommended tests and treatments are to be scheduled by CMS.

**Review of Case:** (Chief complaint, exam findings etc.)

Corneal ulcer + corneal scarring left eye
with light perception vision.

Post op 5/22/13 at 11:15 at Whitson
Vision J Dulcasin CST

**Diagnosis and Prescription Suggestions** (To be reviewed by CMS Medical Director)

Corneal ulcer  Treatment Corneal transplant
D/C Atropine
Zymaxid qid left eye X 1 wk.
Prednisolone Acetate qid left eye, Continue Xalatan
Alphagan

Can equivalent medication substitution be used? (Yes) ☐No     Follow-up needed? (Yes) ☐No

If follow-up needed, explain: 1 day post op to Remove eye patch check
Corneal wound Suture Signs of infection, Check
Intraocular pressure left eye. He'll need several post op visits

Provider Name (print): William Whitson  Provider Signature: W W Whitson MD     Date: 5-21-13

**To be completed by CMS provider**

Recommendation after review of consultant's report: ☐No further action     ☐Implement the following
Implement:

CMS Provider Name (print): _____  CMS Provider Signature: _____  Date: _____

Copyright © 2008 by Correctional Medical Services, Inc., All Rights Reserved



**WHITSON** vision
Optical • Medical • Surgical

_____ William E. Whitson, MD

TRANSPLANT AFTER SURGERY INSTRUCTIONS

On the day of surgery, you should have assistance and someone to help you .while standing up or walking if you have a balance problem on the day of surgery. You may want to elevate your head on 2-3 pillows for comfort .

Leave the eye patched until the office staff or doctor removes it in the office tomorrow. You will not need to put any eye medications in the eye until you the doctor. You will receive update instructions at your postoperative
exam.

For 6 wks. Do not: lifti over 20lbs, no bending over with head below your waist, No straining or strenuous activity as directed by the doctor, Never rub or push on the eye. WEAR THE EYE SHIELD WHILE SLEEPING FOR 6 WKS.

Do not get water in the eye for one wk after your surgery.

Do not drive for 24 hours, due to the medications you have received at the time of your surgery.

Call the office immediately (OFFICE 317-844-5500) if you have severe pain in the eye, which is not controlled by
Medication.

**BRING ALL EYE MEDICATIONS TO OFFICE FOR EVERY APPOINTMENT.**

Start these eye drops after your postoperative exam:

✓ Zymaxid
~~Vigamox~~ (antibiotic) 1 (one) drop 4 times a day

✓ Prednisolone Acetate (steroid) 1 (one) drop 4 times a day

_____

_____

Start today:
✓ Tylenol #3 / Vicodin 5/500mg (pain) 1 (one) every 4 hrs as needed for pain Do not take on an empty stomach.
✓ Ambien (sleep) 1 (one) at bedtime as needed.

_____ Resume your _____ (Blood thinning agent) 1 dose today when you get home and then normal daily dose beginning tomorrow morning.

PATIENT NAME: Allan Williams APPOINTMENT: 5/22/13

APPOINTMENT OFFICE LOCATION:
☐ 901 E. 86th St.        ☐ 1115 Ronald Reagan PKWY.
Indianapolis, IN 46260       Suite #223
                             Avon, IN 46254

Whitson
5/20/13



**WHITSON**vision
Optical • Medical • Surgical

___ William E. Whitson, MD

## HOW TO CARE FOR YOUR EYE
## AFTER CORNEAL TRANSPLANT

You have just had a corneal transplant to restore sight to your eye. Your transplant must be taken care of to be successful. The following are general guidelines on the care of your corneal transplant.

It is very important that you take your eye medicines as directed and that you do not miss or run out of your eye medicines.

The cornea can reject any time the rest of your life. Every rejection episode you have can increase your risk of having another rejection and possibly having a failed graft with decreased vision.

AT ANY TIME contact the office **immediately**, even if it is on the weekend, if any of the following signs of rejection should occur:
> You develop pain
> Your vision gets worse or blurry
> Your eye becomes red
> Your eye develops any signs of infection

Avoid getting water in the eye for the first week following your corneal transplant.

Wear the shield at bedtime for 4 weeks.

For the first 6 (six) weeks follow these guidelines:
Do not rub or push on the eye. Keep your head at waist level and do not bend over with your head past your waist. Do not lift any thing over 20 to 30 lbs. or any thing that may cause red in the face type of straining (which causes that pressure sensation on your eye and face).

---



**RECORD OF MEDICAL TRANSFER**
State Form 4744 (R3 1 3-92)

INDIANA DEPARTMENT OF CORRECTION

INSTRUCTIONS:
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon conclusion of treatment.
4. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

## SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility | Name of receiving facility | | | |
|---|---|---|---|---|
| Indiana State Prison | Central Indiana Surgery Center (Dr Whitson) | | | |

| Name of patient | DOC number | Date of birth | Religion |
|---|---|---|---|
| Williams, Allen | 138186 | 10/1//1978 | |

| Age | Sex | Race | Social Security number | Name and address of spouse |
|---|---|---|---|---|
| | M | | 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 | |

Next-of-kin to be notified:

| Name | Address | Relationship | Telephone number |
|---|---|---|---|
| | | | |

## SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST

Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request:

Corneal Transplant Left Eye
for Corneal ulcer + scarring
Surgery performed at
Central Indiana Surgery Center
9002 N. Meridian St
Indianapolis In 46260

William Whitson M)

Post op Appt at
Whitson Vision
5-22-13 at 11:15 Am

## SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/or hospitalization in this case and feel that the referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
|---|---|---|---|
| | 5-17-13 | | 5-9-13 |

| Signature of referring physician | Date signed |
|---|---|
| | 5-9-13 |

---

Name: WILLIAMS, ALLEN                    DOB: 10/18/1978                    Date: 05/24/2013

Diagnosis

Summary of treatment

THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE. PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
INSTRUCTIONSHOULDNOTBEGIVENVERBALLYTOTHEPATIENT.

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
NOTE: APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.

| Typed or printed name of attending physician | Telephone number |
|---|---|
| | ( ) |
| Signature of attending physician | Date signed |

# CORIZON™

**Provider Consultation Report**
**(Complete and return in SEALED envelope with Correctional Officer)**

Reference #: _____

Date of Service: 5-20-13

Inmate: Williams Allen          Inmate ID: 138186          DOB: 8-10-18-1978

Institution: ISP          Institution ID: 6456          Phone: (219) 874-7256 ext 5147

Provider: Dr. Whitson          Provider Type: Opth          Location: Indy

***See Attached Consultation Request for Health Services Authorized***

For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, all recommended tests and treatments are to be scheduled by CMS.

**Review of Case:** (Chief complaint, exam findings etc.)

Corneal ulcer + corneal scarring left eye with light perception Vision.

Post op 5/22/13 at 11:15 at Whitson Vision J Dickerson CST

**Diagnosis and Prescription Suggestions** (To be reviewed by CMS Medical Director)

Corneal ulcer   Treatment Corneal transplant.
D/C Atripine
Zymaxid qid left eye X 1 wk.
Prednisolone Acetate qid left eye, continue Xalatan +
                                              Alphagan

Can equivalent medication substitution be used? (X)Yes ☐No     Follow-up needed? (X)Yes ☐No

If follow-up needed, explain: 1 day post op to Remove eye patch check Corneal Wound Suture signs of infection, check Intraocular pressure left eye. He'll need several post op visits

Provider Name (print): William Whitson   Provider Signature: W Whitson MD   Date: 5-21-13

## To be completed by CMS provider

Recommendation after review of consultant's report:   ☐No further action     ☐Implement the following

Implement:

CMS Provider Name (print): _____   CMS Provider Signature: _____   Date: _____

Copyright © 2006 by Correctional Medical Services, Inc., All Rights Reserved



**WHITSON** vision
Optical • Medical • Surgical

___William E. Whitson, MD

TRANSPLANT AFTER SURGERY INSTRUCTIONS

On the day of surgery, you should have assistance and someone to help you .while standing up or walking if you have a balance problem on the day of surgery.  You may want to elevate your head on 2-3 pillows for comfort .

Leave the eye patched until the office staff or doctor removes it in the office tomorrow.  You will not need to put any eye medications in the eye until you the doctor.  You will receive update instructions at your postoperative
exam.

For 6 wks. Do not:  lifti over 20lbs,  no bending over with head below your waist, No straining or strenuous activity as directed by the doctor, Never rub or push on the eye.  WEAR THE EYE SHIELD WHILE SLEEPING FOR 6 WKS.

Do not get water in the eye for one wk after your surgery.

Do not drive for 24 hours, due to the medications you have received at the *time* of your surgery.

Call the office immediately (OFFICE 317-844-5500) if you have severe pain in the eye, which is not controlled by
Medication.

**BRING ALL EYE MEDICATIONS TO OFFICE FOR EVERY APPOINTMENT.**

Start these eye drops after your postoperative exam:

✓ Zymaxid
✓ ~~Vigamox~~ **(antibiotic) 1 (one) drop 4 times a day**

✓ **Prednisolone Acetate (steroid)  1 (one) drop 4 times a day**

_____

_____

Start today:
✓ Tylenol #3 / Vicodin 5/500mg (pain) 1 (one) every 4 hrs as needed for pain. Do not take on
 an empty stomach.
✓ Ambien (sleep) 1 (one) at bedtime as needed.

_____ Resume your _____ (Blood thinning agent) 1 dose today when
you get   home and then normal daily dose beginning tomorrow morning.

PATIENT NAME: _Allan Williams_ APPOINTMENT: _5/22/13_

APPOIINTMENT OFFICE LOCATION:
☐ 901 E. 86th St.                    ☐ 1115 Ronald Reagan PKWY.
 Indianapolis, IN 46260              Suite #223
                                     Avon, IN 46254

_William E Whitson_
_8/20/13_

---

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 05/24/2013



**WHITSON**vision
Optical • Medical • Surgical

___William E. Whitson, MD

# HOW TO CARE FOR YOUR EYE
# AFTER CORNEAL TRANSPLANT

You have just had a corneal transplant to restore sight to your eye. Your transplant must be taken care of to be successful. The following are general guidelines on the care of your corneal transplant.

It is very important that you take your eye medicines as directed and that you do not miss or run out of your eye medicines.

The cornea can reject any time the rest of your life. Every rejection episode you have can increase your risk of having another rejection and possibly having a failed graft with decreased vision.

<u>AT ANY TIME</u> contact the office **immediately**, even if it is on the weekend, if any of the following signs of rejection should occur:

> You develop pain
> Your vision gets worse or blurry
> Your eye becomes red
> Your eye develops any signs of infection

Avoid getting water in the eye for the first week following your corneal transplant.

Wear the shield at bedtime for 4 weeks.

For the first 6 (six) weeks follow these guidelines:
Do not rub or push on the eye. Keep your head at waist level and do not bend over with your head past your waist. Do not lift any thing over 20 to 30 lbs. or any thing that may cause red in the face type of straining (which causes that pressure sensation on your eye and face).



# RECORD OF MEDICAL TRANSFER
State Form 4744 (R3 I 3-92)

INSTRUCTIONS:
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon conclusion of treatment.
A. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

| SECTION A - PRE-REGISTRATION INFORMATION | | | |
|---|---|---|---|
| Name of referring facility | Name of receiving facility | | |
| Indiana State Prison | Whitson Vision | | |
| Name of patient | DOC number | Date of birth | Religion |
| Williams, Allen | 138186 | 10/18/1978 | |

| Age | Sex | Race | Social Security number | Name and address of spouse | | |
|---|---|---|---|---|---|---|
| | M | | | | | |

Next-of-kin to be notified:

| Name | Address | Relationship | Telephone number |
|---|---|---|---|
| | | | |

| SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST |
|---|
| Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request: |

Follow up after Corneal Transplant

| SECTION C - AUTHORIZATION AND ORDER |
|---|

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
|---|---|---|---|
| | 5-21-13 | | 5-21-2013 |
| Signature of referring physician | | | Date signed |
| | | | 5-21-2013 |

Diagnosis

F/U on Corneal transplant - left eye.

Summary of treatment

pt is healing well. will cont. to monitor carefully.

Placed bandage CTLS in the left eye.

THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE. PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
   INSTRUCTIONS SHOULD NOT BE GIVEN VERBALLY TO THE PATIENT.

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
   NOTE: APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.

Typed or printed name of attending physician

Signature of attending physician

Telephone number

877, 844 - 5500

Date signed

5/22/13

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 05/24/2013

# CORIZON™

**Provider Consultation Report**
**(Complete and return in SEALED envelope with Correctional Officer)**

Reference #: _____

Inmate: Williams, Allen    Inmate ID: 138186

Institution: ISP    Institution ID: 6456

Provider: Dr. Whitson    Provider Type: opth a

Date of Service: May 22 2013

DOB: 10-18-1978

Phone: (219)874-7256 ekt 5147

Location: Indy

***See Attached Consultation Request for Health Services Authorized***

For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, all recommended tests and treatments are to be scheduled by CMS.

**Review of Case:** (Chief complaint, exam findings etc.)

S/P Corneal transplant - O S

**Diagnosis and Prescription Suggestions** (To be reviewed by CMS Medical Director)

Can equivalent medication substitution be used? ☐Yes ☐No    Follow-up needed? ☑Yes ☐No

If follow-up needed, explain:

Provider Name (print): _____    Provider Signature: Whitson    Date: 5/22/13

**To be completed by CMS provider**

Recommendation after review of consultant's report: ☐No further action    ☐Implement the following

Implement:

CMS Provider Name (print): _____    CMS Provider Signature: _____    Date: _____

Copyright © 2008 by Correctional Medical Services, Inc., All Rights Reserved



**WHITSON**vision

Whitson Vision PC
901 E 86th Street
Indianapolis, IN 46240
317-844-5500   317-573-4230
THIS DOCUMENT WAS CREATED ON: 05/22/2013 11:35:22 BY: William E. Whitson, M.D.

**Exam Date:** Wednesday, May 22, 2013

**PATIENT NAME: Allen  Williams**

PATIENT ID: 119634          BIRTH DATE: 10/18/1978    AGE: 34
GENDER:    Male              RACE: Black or African American


## *History*

**Chief Complaint/Reason For Visit:** 1 day PO PKP OS.  Pt says eye is "hurting" today.  Arrived patched.  / SLH

**HISTORY OF PRESENT ILLNESS:**
HPI was performed by Dr. William E. Whitson, M.D.
**PAST MEDICAL HISTORY:**
OCULAR:             Bullous Keratopathy OS, Glaucoma, Corneal ulcer,Aphakic OU
PROCEDURES :        PKP OS 2009, PKP OD and glaucoma shunt 2012,Cataract Extraction OD 2007,
cataract extraction OS 2009
INFECTIOUS:         No known previous infections
OCULAR SIGNIFICANT: No known ocular significant illnesses
ILLNESSES:          Antisocial personality disorder
SURGERIES:          No known previous general surgeries
HEAD/OCULAR TRAUMA: No known history of trauma
**SOCIAL HISTORY:**
SMOKING:            Unknown If Ever Smoked - recode:9
**FAMILY HISTORY:**
FAMILY:             No family history noted

**CURRENT MEDICATIONS:**
Bactrim DS 800-160 mg as of:5/6/2013 9:19:26 AM
benztropine 2 mg as of:5/6/2013 9:19:26 AM
Remeron 45 mg as of:5/6/2013 9:19:26 AM
Risperdal 1 mg as of:5/6/2013 9:19:26 AM

**Ophthalmic:**
atropine 1 %            1 drop BID Left Eye              as of: 05/06/2013
Brimonidine 0.2 %       1 drop TID Right Eye             as of: 05/06/2013
Diamox sequels 500 mg   1 po bid                         as of: 05/06/2013
Pred Forte 1 %          1 drop BID Right Eye             as of: 05/06/2013
Compliance Issue With Pred Forte 1 % Pt. Reported Use:none OD, QID OS
Xalatan 0.005 %         1 drop QHS Both Eyes             as of: 05/06/2013
Zymaxid 0.5 %           1 drop Q2H w/a Left Eye          as of: 05/06/2013
Compliance Issue With Zymaxid 0.5 % Pt. Reported Use:Vancomycin 1 drop Q1H w/a Left Eye

**ALLERGIES:**
Penicillins:Anaphylaxis (39579001)


## *Exam*

ORIENTATION, MOOD AND AFFECT: Alert & oriented x3
                          RIGHT EYE                    LEFT EYE
UNCORRECTED VA                                         LP

```
PRESSURES:                                          ~9
DATE-TIME:                                          5/22/2013 11:17:59 AM
TECHNICIAN:                                         WWHITSON
```

**ANTERIOR SEGMENT EXAM:**

| | | |
|---|---|---|
| TEARFILM: | TBUT intact, clear | TBUT intact, clear |
| CONJUNCTIVA: | 1+ injection, seton supero temp, no bleb seen, tube is plugged with vitreous, 2 + injection | 2-3 conj injection, old conj suture at 11:00 exposed (removed today) |
| CORNEA: | PKP with 2+ anterior stromal patchy scarring with 14 interrupted sutures , peripheral vasc of host, no KP, graft with central confluent 4+ PEE, 2+ patchy stromal haze | PKP 3+ folds and haze, secure, 80% defect, no leak |
| ANTERIOR CHAMBER: | deep and clear, without cell or flare | deep and clear, without cell or flare |
| IRIS: | missing most of iris tissue | sector iridectomy from 9:30 to 1:00 |
| LENS: | aphakic | aphakic with vitreous |
| ANTERIOR VITREOUS: | clear, without cells or pigment | clear, without cells or pigment |

## _Impression_

```
01 V42.5 Cornea Replaced By Transplant OU
02 365.11 Primary Open Angle Glaucoma OU
03 361.00 Retinal Detach With Retinal Defect Unspecified OS
04 930.0 Corneal Foreign Body OS
05 370.00 Corneal Ulcer Unspecified OS
06 V45.69 Other States Following Surgery Of Eye And Adnexa OS
```

## _Plan_

```
CORNEA REPLACED BY TRANSPLANT OU|V42.5

OTHER STATES FOLLOWING SURGERY OF EYE AND ADNEXA OS|V45.69
-healing well, good post op
-vision will be hazy for right now
-vanco qid os x 1 week then stop
-Vigamox qid OS
-Predforte qid OS, wait 5 mins between drops
-Glasses during the day
-shield at night
-Atropine qd OS x 1 week
-Brimonidine tid OD
-Predforte bid OD
-Xalatan qhs OD
-ATS prn for comfort
-Placed bcl in OS 8.4 acuvue oasys in office today for comfort
-Diamox 500 1 po BID
-no rubbing

RTC- 1 week created by:William E. Whitson, M.D.
```
___

Name: WILLIAMS, ALLEN                DOB: 10/18/1978                Date: 05/24/2013



## RECORD OF MEDICAL TRANSFER
State Form 4744 (R3 I 3-92)

INDIANA DEPARTMENT OF CORRECTION

INSTRUCTIONS:
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon conclusion of treatment.
4. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

### SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility | Name of receiving facility | | |
|---|---|---|---|
| Indiana State Prison | Whitson Vision | | |

| Name of patient | DOC number | Date of birth | Religion |
|---|---|---|---|
| Williams, Allen | 138186 | 10/18/1978 | |

| Age | Sex | Race | Social Security number | Name and address of spouse |
|---|---|---|---|---|
| | M | | | |

Next-of-kin to be notified:

| Name | Address | Relationship | Telephone number |
|---|---|---|---|
| | | | |

### SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST

Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request:

2 week  F/U after Corneal Transplant

### SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
|---|---|---|---|
| | 5-31-13 | | 5-30-13 |

| Signature of referring physician | | Date signed |
|---|---|---|
| | | 5-30-13 |

Diagnosis

SIP Corneal transplant

Summary of treatment

healing well, ∅ infection.

THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE. PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
INSTRUCTIONSHOULDNOTBEGIVENVERBALLYTOTHEPATIENT.

(1) pt needs to see Dr. ~~Hook~~ Hauck (retina Dr) in
2.4 wks

(2) 8 wks c̄ Dr. Whitsen.

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
NOTE: APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.

| Typed or printed name of attending physician | Telephone number |
| --- | --- |
| | ( ) |
| Signature of attending physician | Date signed |
| William W Whitney MD | 6/5/13 |

## RE: OPR Williams 138186

Mitcheff, Michael on behalf of RMD Review

**Sent:** Friday, May 31, 2013 8:10 AM
**To:** Agemy, Fatima; Thompson, Joseph M; UMReview
**Cc:** Redden, Sandra

---

Agree MM

**From:** Agemy, Fatima
**Sent:** Friday, May 31, 2013 9:08 AM
**To:** Thompson, Joseph M; RMD Review
**Cc:** Redden, Sandra
**Subject:** RE: OPR Williams 138186

EPRD 2041

Thank you,

*Fatima Agemy*

Fatima Agemy
Administrative Assistant to:
Dawn Odle-Nelson Health Service Administrator
Corizon / Indiana State Prison
1 Park Row
Michigan City, IN 46360
Phone: (219) 874-7256 **ext** 5147
Fax:     (219) 879-9839
Email: fagemy@idoc.IN.gov
Please consider the environment before printing this email
CONFIDENTIALITY NOTICE: This message and any included attachments may contain private, confidential, or legally privileged information and are intended only for the addressee(s). The information contained herein may be confidential under the attorney/client privilege, and/or the quality assurance and peer review privilege. The authorized recipient of this information is prohibited from disclosing information to any other party unless required or allowed to do so by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately by e-mail or telephone, and delete the message.

---

**From:** Thompson, Joseph M
**Sent:** Thursday, May 30, 2013 4:03 PM
**To:** Agemy, Fatima
**Cc:** Redden, Sandra
**Subject:** OPR Williams 138186

## Patient: ALLEN WILLIAMS 10/18/1978

**ID#: 138186**

**DOB:**

Off-site

Reference #:
Date of Request: 05/30/2013 4:59 PM

Cost Center: 6456

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible*

https://legacy.in.gov/owa/?ae=Item&t=IPM.Note&id=RgAAAADQSC5lubqxRq8YFsghi9...   5/31/2013

*hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Follow up after corneal transplant

**Specialty Service Requested:** Ophthalmology

**Provider:** Dr Whitson

**Presumed Diagnosis:**
Corneal ulcer, unspecified                    370.00

**Signs & Symptoms:**                    **Date of Onset:**
The pt had a corneal transplant  and needs to have follow up for eval of healing.

**Enrolled in Chronic Care Clinic(s)?**

| Clinic | Condition | Code | Last Visit |
|---|---|---|---|
| General Medicine | Corneal deformity, unspecified | 371.70 | 04/01/2013 |
| General Medicine | Macular corneal dystrophy | 371.55 | 04/11/2012 |

**Site Medical Provider:** Joseph M. Thompson MD          05/30/2013

**Copy this form and paste in an email and send form to designated reviewer**

---

**(For UM use only)**

**Criteria Source: M & R          Interqual          Other**
**Criteria met: Yes          No          Deferred**

**Reviewer comments:**

**Recommendation for visit appointment:**

**# Visits:**

---

**UM Review #:**
**Reviewer Name:**
**Date Reviewed:**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 06/11/2013

# C⊘RIZON™

**Provider Consultation Report**
**(Complete and return in SEALED envelope with Correctional Officer)**

Reference #: _____

Inmate: Williams Allen

Institution: ISP

Provider: Dr. Whiton

Inmate ID: 138186

Institution ID: 6456

Provider Type: Optn

Date of Service: June 5, 2013

DOB: 10-18-1978

Phone: (219)874-7256 ext 5147

Location: Indy

***See Attached Consultation Request for Health Services Authorized***

*For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, all recommended tests and treatments are to be scheduled by CMS.*

**Review of Case:** (Chief complaint, exam findings etc.)

S/p corneal transplant OS

**Diagnosis and Prescription Suggestions** (To be reviewed by CMS Medical Director)

healing well, ✓ infection

(1) Prednifort gid OS, bid OD
(2) Xalatan qhs OU
(3) Brimonidine tid OD

Can equivalent medication substitution be used? ☐Yes ☐No     Follow-up needed? (Yes) ☐No

If follow-up needed, explain:

8 wks

Provider Name (print): _____     Provider Signature: _____     Date: _____

**To be completed by CMS provider**

Recommendation after review of consultant's report:     ☐No further action     ☑Implement the following

Implement:

CMS Provider Name (print): _____     CMS Provider Signature: William Whiton MD     Date: 6-5-13

Copyright © 2008 by Correctional Medical Services, Inc., All Rights Reserved

---

Name: WILLIAMS, ALLEN                    DOB: 10/18/1978                    Date: 06/06/2013



# RECORD OF MEDICAL TRANSFER
State Form 4744 (R3 I 3-92)

INDIANA DEPARTMENT OF CORRECTION

INSTRUCTIONS:
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon conclusion of treatment.
4. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

## SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility | Name of receiving facility |
|---|---|
| Indiana State Prison | Retina & Vitreous – Dr Hauch |

| Name of patient | DOC number | Date of birth | Religion |
|---|---|---|---|
| Williams, Allen | 138186 | 10/18/1978 | |

| Age | Sex | Race | Social Security number | Name and address of spouse |
|---|---|---|---|---|
| | M | | | N/A |

Next-of-kin to be notified:

| Name | Address | Relationship | Telephone number |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

## SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST

Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request:

F/U after Corneal Transplant

## SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
|---|---|---|---|
| | 7/12/13 | | 7/10/13 |

| Signature of referring physician | | | Date signed |
|---|---|---|---|
| | | | 7/10/13 |

Diagnosis

Summary of treatment

THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE. PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
INSTRUCTIONSHOULDNOTBEGIVENVERBALLYTOTHEPATIENT.

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
NOTE: APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.

| Typed or printed name of attending physician | Telephone number |
| | ( ) |
| Signature of attending physician | Date signed |

5

# CORIZON™

**Provider Consultation Report**
(Complete and return in SEALED envelope with Correctional Officer)

Reference #: _____

Date of Service: July 19 2013

Inmate: Williams Allen          Inmate ID: 138186          DOB: 10-18-1978

Institution: ISP          Institution ID: 6456          Phone: (219) 874-7256 ext 5147

Provider: Dr Hauch          Provider Type: Ophthalmology          Location: South Bend

***See Attached Consultation Request for Health Services Authorized***

*For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, all recommended tests and treatments are to be scheduled by CMS.*

**Review of Case:** (Chief complaint, exam findings etc.)

Pt S/P RD repair and subsequent repeat corneal transplant.
Pt c/o discomfort left eye — relieved c topical anesthetic ? Suture?

**Diagnosis and Prescription Suggestions** (To be reviewed by CMS Medical Director)

Cornea looks good
Recurrent retinal detachment — left eye
One could repeat surgery ① eye but it probably would make cornea worse. Considering poor visual prognosis would not intervene

Can equivalent medication substitution be used? ☐Yes ☐No          Follow-up needed? ☐Yes ☐No

If follow-up needed, explain:

Suggest 2nd opinion regarding retina Left eye ? Dr. Giulita

Provider Name (print): _____          Provider Signature: _____          Date: _____

## To be completed by CMS provider

Recommendation after review of consultant's report:          ☐No further action          ☐Implement the following
Implement:

CMS Provider Name (print): _____          CMS Provider Signature: _____          Date: _____

Copyright © 2008 by Correctional Medical Services, Inc., All Rights Reserved



RECORD OF MEDICAL TRANSFER
State Form 4744 (R3 1 3-92)

INDIANA DEPARTMENT OF CORRECTION

INSTRUCTIONS:
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon conclusion of treatment.
4. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

## SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility | Name of receiving facility |
|---|---|
| Indiana State Prison | Midwest Eye Institute – Dr Ciulla |

| Name of patient | DOC number | Date of birth | Religion |
|---|---|---|---|
| Williams, Allen | 138186 | 10/18/1978 | |

| Age | Sex | Race | Social Security number | Name and address of spouse |
|---|---|---|---|---|
| | M | | 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 | N/A |

Next-of-kin to be notified:

| Name | Address | Relationship | Telephone number |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

## SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST

Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request:

Eval for recurrent retinal detachment left eye

## SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
|---|---|---|---|
| | 7-30-13 | | 7-30-13 |

| Signature of referring physician | | Date signed |
|---|---|---|
| | | 7-30-13 |

Diagnosis

Summary of treatment

THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE. PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
INSTRUCTIONS SHOULD NOT BE GIVEN VERBALLY TO THE PATIENT.

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
NOTE: APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.

| Typed or printed name of attending physician | Telephone number<br><br>(    ) |
|---|---|
| Signature of attending physician | Date signed |

Name: WILLIAMS, ALLEN            DOB: 10/18/1978            Date: 08/12/2013

# CORIZON

Provider Consultation Report
(Complete and return in SEALED envelope with Correctional Officer)

Reference #_____          Date of Service: __August 6, 2013__

Inmate: **Williams, Allen**     Inmate ID: **138186**  DOB: **10/18/1978**

Institution: **Indiana State Prison**     Institution ID#: **6456**   Phone: **(219) 874-7256 ext 5147**

Provider: **Dr Ciulla**     Provider Type: **Ophthalmology**     Location: **MC**
### *** See Attached Consultation Request for Health Services Authorized***
For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, ALL recommended test and treatments are to be scheduled by Corizon.

| |
|---|
| Review of Case: (Chief complaint, exam findings etc: |
| |

**Diagnosis and Prescription Suggestions (To be reviewed by Corizon Medical Director)**

Records reviewed
Patient observed
Report forthcoming, will discuss = dr Ahach

Can equivalent medication substitution be used?   YES  NO          Follow – up needed?   YES   NO

If follow-up needed explain:

| Provider Name(print): | Provider Signature: | Date: |
|---|---|---|
| | _r GCee_ | 8/6/13 |

| | |
|---|---|
| **PATIENT:** | ALLEN WILLIAMS |
| **IDOC#** | 138186 |
| **DATE OF BIRTH:** | 10/18/1978 |
| | |
| **DATE:** | 09/24/2013 10:37 AM |
| **VISIT TYPE:** | Chart Update |

### History of Present Illness

This 34 year old male presents with:

1. **Consult approval**
2. **Eval for Opinion regarding Surgery on Detachment Retina**
   This will be Mr. Williams 3rd opinion after his retinal detachment surgery that Dr Whitson completed on May 22, 2013. Was later seen by Dr. Hauch on 7/19/2013 in South Bend who then referred him to see Dr.Ciulla in Indianapolis and was evaluated and on 8/10/2013.

### Chronic Problems

Antisocial personality disorder
Glaucoma
severe corneal dystrophy
Disturbances of vision

### Past Medical History

Reviewed, no changes.

### Medications Active Prior to Today's Visit

| Elsewhere | Start Date | Refilled | Medication Name | Sig Desc |
|---|---|---|---|---|
| N | 09/03/2013 | | Artificial Tears Eye Drops | - |
| N | 08/28/2013 | 07/29/2010 | Remeron 45 mg Tab | Take one tablet by mouth daily in PM |
| N | 08/28/2013 | 04/13/2008 | Benztropine 2 mg Tab | Take one tablet by mouth daily in PM |
| N | 08/28/2013 | 10/06/2010 | Risperdal 1 mg Tab | Take one tablet by mouth daily in PM along with 2 mg |
| N | 08/28/2013 | 10/06/2010 | Risperdal 2 mg Tab | Take one tablet by mouth daily in PM |
| N | 08/15/2013 | 01/25/2012 | Diamox Sequels 500 mg capsule,extended release | Take one capsule by mouth twice per day |
| N | 07/31/2013 | 05/22/2013 | Isopto Atropine 1 % Eye Drops | 1gtt left eyebid |
| N | 07/31/2013 | 07/08/2008 | Xalatan 0.005 % Eye Drops | 1drop qhs roght eye |
| N | 07/08/2013 | 05/21/2008 | Naprosyn 500 mg tablet | 1tab po bid |
| N | 07/08/2013 | 06/11/2007 | Pred Forte 1 % Eye Drops | 1drop left eye qid 1 drop right eye bid |

N      04/16/201304/24/2012ALPHAGAN 0.2% OPHTHALMIC DROPS     1drop tid Q 8 Hours

## Allergies

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Penicillins | | Anaphylaxis |

## Medications (added, continued or stopped this visit)

| Medication Name | Sig Desc | Comment |
|---|---|---|
| ALPHAGAN 0.2% OPHTHALMIC DROPS | | 1drop tid Q 8 Hours |
| Artificial Tears Eye Drops | - | |
| Benztropine 2 mg Tab | Take one tablet by mouth daily in PM | |
| Diamox Sequels 500 mg capsule,extended release | | Take one capsule by mouth twice per day |
| Isopto Atropine 1 % Eye Drops | 1gtt left eyebid | |
| Naprosyn 500 mg tablet | 1tab po bid | |
| Pred Forte 1 % Eye Drops | 1drop left eye qid 1 drop right eye bid | |
| Remeron 45 mg Tab | Take one tablet by mouth daily in PM | |
| Risperdal 1 mg Tab | Take one tablet by mouth daily in PM along with 2 mg | |
| Risperdal 2 mg Tab | Take one tablet by mouth daily in PM | |
| Xalatan 0.005 % Eye Drops | 1drop qhs roght eye | |

**Provider: Joseph M. Thompson MD  09/24/2013 10:40 AM**

**Document generated by: Fatima Agemy 09/24/2013 10:40 AM**

NAME:  WILLIAMS, ALLEN
NUMBER:  138186
D.O.B.:  10/18/1978

# DEPARTMENT OF CORRECTION

SITE: ISP
COMPLETED BY: Christine A. Tripp, LPN    10/14/2013 2:05 PM

## DISABILITY CLASSIFICATION

**Name of Offender:**
ALLEN WILLIAMS

**Name of Facility:**                              **DOC Number:** 138186
ISP

## CHECK APPROPRIATE BOXES

**SECTION A**

___ A. No Disability. Offender is capable of performing activities of daily living.

**x** B. Offender has no useful vision even with best correction (*e.g. completely blind, legally blind*).

___ C. Offender has a mobility of ambulatory impairment that substantially limits gross motor movement (*e.g. paraplegia, stroke with hemiplegia*).

___ D. Offender is deaf or has profound hearing loss to an extent that the individual is unable to use hearing as a means of communication.

**SECTION B**

Offender requires the following assistance to perform ADLs:

___ Reading material in Braille          ___ Red tipped cane
___ Wheelchair                           ___ Sign Language interpreter
___ Telephone with TTY/TT/TTD            ___ Closed Caption (CC) for television viewing
___ Needs assistive devices to manage personal hygiene, dressing, or eating
___ Other

_____

## COMMENTS

_____

_____

_____

Signature/Title: _____        Date (*month, day, year*): _____

_____

**Provider: Joseph M. Thompson MD**
**Document generated by: Christine A. Tripp, LPN  10/14/2013 2:06 PM**

NAME: WILLIAMS, ALLEN
NUMBER: 138186
D.O.B.: 10/18/1978

# C★RIZON

Provider Consultation Report



(Complete and return in SEALED envelope with Correctional Officer)

Reference #_____     Date of Service: **Oct 22, 2013**

Inmate: **Williams, Allen**     Inmate ID: **138186**     DOB: **10/18/1978**

Institution: **Indiana State Prison**     Institution ID#: **6456**     Phone: **(219) 874-7256 ext 5147**

Provider: **Dr Alazi**     Provider Type: **Ophth**     Location: **M.C**

### *** See Attached Consultation Request for Health Services Authorized***

For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security
consideration, ALL recommended test and treatments are to be scheduled by Corizon.

Review of Case: (Chief complaint, exam findings etc:

— Glaucoma.

Diagnosis and Prescription Suggestions (To be reviewed by Corizon Medical Director)

continue atropine 1gtt h.d OS

↓ PF 1gtt qd, Right eye

add. combigan 1gtt b'id OD, continue Xalatan

Can equivalent medication substitution be used?     YES     NO     Follow – up needed?     YES     NO 1gtt qhs OU

If follow-up needed explain:

4-6 weeks

Provider Name(print):     Provider Signature: Alzai     Date: 10/22

---

Name: WILLIAMS, ALLEN     DOB: 10/18/1978     Date: 10/23/2013

## Your To Do List

Follow-up
**Return in about 4 weeks (around 11/19/2013).**

## Vitals - Last Recorded

| BP | Pulse | Height | Weight | BMI |
|---|---|---|---|---|
| 111/73 | 58 | 5' 8" (1.727 m) | 297 lb (134.718 kg) | 45.16 kg/m2 |

## You Were Diagnosed With

| | |
|---|---|
| **Post corneal transplant**   - Primary | will need to see cornea specialist for removal of stitches , cut three stitches at apox 90, 85 and 80 positionstoreduceastigmatismwasdifficulttore move it |
| **Glaucoma** | OD poor control add combigan  1 gtt bid OD , continue xalatan 1 gtt qhs ou , reduce pred forte 1 gtt qd OD , cont qid OS , AT qid OU |
| **Aphakia of both eyes** | |

## Allergies as of 10/22/2013

Reviewed on: **10/22/2013**

| | Noted | Type | Reactions |
|---|---|---|---|
| **Penicillins** | 10/22/2013 | | Swelling |

## Medications and Orders

### Ongoing Medications

| | |
|---|---|
| **bimatoprost (LUMIGAN) 0.03 % drop (Taking)** | Place 1 Drop into both eyes nightly |
| **acetaZOLAMIDE (DIAMOX SEQUEL) 500 mg capsule  (Taking)** | Take 500 mg by mouth 2 (two) times daily |
| **predniSOLONE sodium phosphate (INFLAMASE FORTE) 1 % ophthalmic solution  (Taking)** | Place 1 Drop into the left eye 4 (four) times daily |
| **mirtazapine (REMERON) 45 mg tab tablet (Taking)** | Take 45 mg by mouth at bedtime daily |
| **benztropine (COGENTIN) 2 mg tablet (Taking)** | Take 2 mg by mouth daily |
| **risperiDONE (RISPERDAL) 1 mg tablet (Taking)** | Take 1 mg by mouth daily |
| **risperiDONE (RISPERDAL) 2 mg tablet (Taking)** | Take 2 mg by mouth daily |
| **atropine (ATROPINE) 1 % ophthalmic solution  (Taking)** | Place 1 Drop into the left eye 2 (two) times daily |
| **latanoprost (XALATAN) 0.005 % ophthalmic solution  (Taking)** | Place into the right eye every evening |

## Instructions

None

## Patient Information

| Patient Name | DOB |
|---|---|
| Williams, Allen | 10/18/1978 |

Williams, Allen (MR # E3529776)  Printed by [DAXA10] at
10/22/13  8:33 AM

MyChart patient portal allows the patient secure access to portions of their online health record. MyChart enrollment instructions are as follows:

*I understand that e-mail is not a confidential means of communication. I agree to waive any rights that I may have against Franciscan Alliance, any affiliated organization, or physician, or the supplier or operator of MyChart, for any loss of information due to technical failures and/or unintended breach of confidentiality, due to unauthorized access to my information, as a result of my decision to communicate with my physician in this manner. I hereby request access to MyChart and understand that in order to gain access to MyChart I will be given a confidential password. I agree to keep it confidential and not share it with anyone else. I understand that my use of MyChart is subject to certain terms and conditions. I agree to review MyChart terms and conditions before accessing MyChart and further agree that by accessing MyChart I am agreeing to abide by the MyChart terms and conditions*

Please follow the instructions below to sign up.

### How Do I Sign Up?

1. In your Internet browser, go to http://franciscanmychart.org
2. Click on the **New User? Sign Up Now** link in the Sign In box. You will see the New Member sign up page.
3. Enter your MyChart Activation Code exactly as it appears below. You will not need to use this code after you've completed the sign-up process. If you do not sign up before the expiration date, you must request a new code.

SNCAD-R98UW-D45KP
Expires: 12/21/2013 8:07 AM

4. Enter the last four digits of your Social Security Number (xxxx) and Date of Birth (mm/dd/yyyy) as indicated and click **Submit**. You will be taken to the next sign-up page.
5. Create a MyChart ID. This will be your MyChart login ID and cannot be changed, so think of one that is secure and easy to remember.
6. Create a MyChart password. You can change your password at any time.
7. Enter your Password Reset Question and Answer. This can be used at a later time if you forget your password.
8. Enter your email address. You will receive email notification when new information is available in MyChart.
9. Click **Sign Up**. You can now view portions of your health record.

If you have an active MyChart account, MyChart Mobile App is now available through Google Play App Store and Apple App Store.

### Additional Information

If you have questions, you can call support at 1-877-900-5741. Remember, MyChart is NOT to be used for urgent needs. For medical emergencies, dial **911**.

Williams, Allen (MR # E3529776) Printed by [DAXA10] at
10/22/13 8:33 AM

## Optical Prescription

Name: **Allen Williams**
MRN: **E3529776**
Visit Date: **10/22/2013**

### Glasses Prescription

|       | Sphere  | Cylinder | Axis |
|-------|---------|----------|------|
| Right | +12.75  | +3.75    | 103  |
| Left  | +12.75  | +4.00    | 099  |

Type: SVL

Adeela M. Alizai, MD
Ophthalmologist / Neuro-Ophthalmologist
Franciscan Physician Alliance
1225 East Coolspring Ave,
Michigan city, IN 46385
219-873-2975



**RECORD OF MEDICAL TRANSFER**
State Form 4744 (R3 1 3-92)

INDIANA DEPARTMENT OF CORRECTION

INSTRUCTIONS:
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon conclusion of treatment.
A. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

| SECTION A - PRE-REGISTRATION INFORMATION | | | | |
|---|---|---|---|---|
| Name of referring facility | | Name of receiving facility | | |
| Indiana State Prison | | Retina Associates Dr Lipman | | |
| Name of patient | | DOC number | Date of birth | Religion |
| Williams, Allen | | 138186 | 10/18/1978 | |

| Age | Sex | Race | Social Security number | Name and address of spouse |
|---|---|---|---|---|
| | M | | | N/A |

| Next-of-kin to be notified: | | | | |
|---|---|---|---|---|
| Name | | Address | Relationship | Telephone number |
| N/A | | N/A | N/A | N/A |

| SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST |
|---|
| Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request. |

10|16|13
91% - 79 - 16 - 98.3 - 122/74

Eval for opinon regarding surgery on detachment retinal

SCANNED

OCT 18 2013

BY: _____

| SECTION C - AUTHORIZATION AND ORDER |
|---|
| I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient. |

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
|---|---|---|---|
| | 10.15.13 | | 10-11-13 |
| Signature of referring physician | | | Date signed |
| | | | 10-11-13 |

Diagnosis

Summary of treatment

THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE.  PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
INSTRUCTIONSHOULDNOTBEGIVENVERBALLYTOTHEPATIENT.

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
NOTE:  APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.

| Typed or printed name of attending physician | Telephone number |
| --- | --- |
| | (     ) |
| Signature of attending physician | Date signed |

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 10/24/2013

# C⦾RIZON

Provider Consultation Report

(Complete and return in SEALED envelope with Correctional Officer)

Reference #_____          Date of Service: **Oct 16, 2013**

Inmate: **Williams, Allen**     Inmate ID: **138186**   DOB: **10/18/1978**

Institution: **Indiana State Prison**     Institution ID#: **6456**   Phone: **(219) 874-7256 ext 5147**

Provider: **Dr Lipman**     Provider Type: **Retina**   Location: **M.C**

**\*\*\* See Attached Consultation Request for Health Services Authorized\*\*\***

For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, ALL recommended test and treatments are to be scheduled by Corizon.

Review of Case: (Chief complaint, exam findings etc:

Pt was examined today + dilated both eyes. Will be light sensitive for 4-6 hrs. May need sunglasses for the rest of day due to dilation.

Diagnosis and Prescription Suggestions (To be reviewed by Corizon Medical Director)

total RD with PVR left eye. Do not recommend any treatment. Will not benefit pt. VA will not get any better. Pt is legally blind - both eyes. Pt to cont drops. Lumigan- ou- qhs ~~Atropine~~

Cmoras Protforte Cmoras

| Can equivalent medication substitution be used? YES NO N/A | Follow – up needed? (YES) NO with glaucoma specialist |
|---|---|
| If follow-up needed explain: Pt's pressure in the right eye is high. Pt to flu with a glaucoma specialist and another opinion from a retina specialist. | Pt stated (2) other drops; unsure of name of drug Pt to use those 2 drops Pink cap - 4x day if needs Red cap - 3x day if needed |

| Provider Name(print): Richard M. Lipman, M.D. FS. | Provider Signature: | Date: 10/16/13 |
|---|---|---|

# CONSULTATION

**SITE: ISP**
**COMPLETED BY: Joseph M. Thompson, MD**    10/17/2013 10:13 AM

**Patient: ALLEN WILLIAMS**          **ID#: 138186**          **DOB:**
**10/18/1978**

Off-site                                                          Reference #:
                                                                 Date of Request: 10/17/2013
10:13 AM
Cost Center: 6456

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible*
*hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of*
*life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment,*
*procedures and hospitalizations.*

---

**Procedure/Test Requested:** Follow-up /retinal detachment/glaucoma

**Specialty Service Requested:** Ophthalmology

**Provider:** Glaucoma Spec

**Presumed Diagnosis:**
Glaucoma associated with unspecified ocular disorder          365.60

**Signs & Symptoms:**                          **Date of Onset:**
The pt has chrinic retinal detachemnet with previous surgery for repair which specialist feels is inoperable due to
the amount of scarring.  He has glaucoma with high pressure in the right eye, has had shunt placed previously
which is not working and it is suggested that he see the glaucoma specialist .Consult will be attached.

**Enrolled in Chronic Care Clinic(s)?**

| Clinic | Condition | Code | Last Visit |
|---|---|---|---|
| General Medicine | Old retinal detachment, total or subtotal | 361.07 | 09/20/2013 |
| General Medicine | Corneal deformity, unspecified | 371.70 | 04/01/2013 |
| General Medicine | Macular corneal dystrophy | 371.55 | 04/11/2012 |

**Site Medical Provider:** Joseph M. Thompson MD          10/17/2013

**Copy this form and paste in an email and send form to designated reviewer**

---

**(For UM use only)**

**Criteria Source: M & R**      **Interqual**      **Other**
**Criteria met: Yes**      **No**      **Deferred**

NAME:  WILLIAMS, ALLEN
NUMBER:  138186
D.O.B.: 10/18/1978

# CONSULTATION

**SITE: ISP**
**COMPLETED BY: Joseph M. Thompson, MD     10/17/2013 10:13 AM**

**Reviewer comments:**


**Recommendation for visit appointment:**


**# Visits:**

_____

**UM Review #:**
**Reviewer Name:**
**Date Reviewed:**


*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  WILLIAMS, ALLEN
NUMBER:  138186
D.O.B.:  10/18/1978

**SITE: ISP**
**COMPLETED BY: Joseph M. Thompson, MD**      **12/17/2013 12:39 PM**

**Patient: ALLEN  WILLIAMS**                **ID#: 138186**                **DOB: 10/18/1978**

Off-site

Reference #:
Date of Request: 12/17/2013

12:39 PM
Cost Center: 6456

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Follow-up/Retina detachment/Glaucoma

**Specialty Service Requested:** Ophthalmology

**Provider:** St Anthony

**Presumed Diagnosis:**
Retinal defects without detachment                361.3

**Signs & Symptoms:**                          **Date of Onset:**
Pt has retinal detachment and glaucoma and needs follow up to see specialist in 4-6 wks.

**Enrolled in Chronic Care Clinic(s)?**

| Clinic | Condition | Code | Last Visit |
|---|---|---|---|
| General Medicine | Blindness and low vision | 369 | 12/17/2013 |
| General Medicine | Old retinal detachment, total or subtotal | 361.07 | 09/20/2013 |
| General Medicine | Corneal deformity, unspecified | 371.70 | 04/01/2013 |
| General Medicine | Macular corneal dystrophy | 371.55 | 04/11/2012 |

**Site Medical Provider:** Joseph M. Thompson MD        12/17/2013

### Copy this form and paste in an email and send form to designated reviewer

---

**(For UM use only)**

**Criteria Source: M & R        Interqual        Other**
**Criteria met: Yes        No        Deferred**

# CONSULTATION

**SITE: ISP**
**COMPLETED BY:  Joseph M. Thompson, MD      12/17/2013 12:39 PM**

**Reviewer comments:**


**Recommendation for visit appointment:**


**# Visits:**

_____

**UM Review #:**
**Reviewer Name:**
**Date Reviewed:**


*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  WILLIAMS, ALLEN
NUMBER:  138186
D.O.B.: 10/18/1978



**associates** · Macular Degeneration · Diabetic Retinopathy · Retinal Detachment · Vitreoretinal Surgery
www.chicagoretinavitreous.com

October 16, 2013

Joseph Thompson, M.D.
1 Park Row
Michigan City, IN 46360

Richard Lipman, M.D.

Christopher Pelzek, M.D.

Preeti R. Patey, M.D., M.P.H.

Sahana Vyas, M.D.

John Wilson, M.D.

Dear Joseph:

Thank you for allowing us to reconsult on Allen Williams. Allen was examined today. Of note he has some elevated intraocular pressure in the right eye which we did discuss with him. He apparently has been treated for glaucoma along the way and will be discussing with you further evaluation for this problem. His left eye, with a normal pressure, unfortunately has a retinal detachment in spite of attempted repair with silicone oil. The eye is showing evidence of PVR. We discussed with him the risks and benefits of additional surgery in the eye and it was my impression that the potential risks outweigh the benefits as the chances of reattaching the retina were quite low given the circumstances and even if the retina was reattached, that the benefit to the vision would be likely minimal. This opinion apparently coincides with others that he has received previously. He did discuss the possibility of having another opinion on this as well from another retina specialist. I explained to him that he would need to discuss that with you and he seems to want to do that when he sees you next. At this point since there is no further intervention that we are discussing, he will follow up with you.

Once again, thank you for allowing us to have evaluated Allen. Should you have any questions, please don't hesitate to call us.

Sincerely,

Richard M. Lipman, M.D.

RML:jo

DOB: 10-18-78

**Munster**
931 Ridge Road, Ste H
Munster, IN 46321
P (219) 836-4110
F (219) 836-2709

**Merrillville**
8679 Connecticut St., Ste A
Merrillville, IN 46410
P (219) 769-9022
F (219) 769-1918

**Michigan City**
301 West Homer St.
Michigan City, IN 46360
P (219) 872-4445
F (219) 872-4436

Reference #_____   Date of Service: **Dec 3, 2013**

Inmate: **Williams, Allen**   Inmate ID: **138186**   DOB: **12/24/1960**

Institution: **Indiana State Prison**   Institution ID#: **6456**   Phone: **(219) 874-7256 ext 5147**

Provider: **Dr Alazi**   Provider Type: **Optho**   Location: **M.C**

**\*\*\* See Attached Consultation Request for Health Services Authorized\*\*\***

For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, ALL recommended test and treatments are to be scheduled by Corizon.

Review of Case: (Chief complaint, exam findings etc:

Diagnosis and Prescription Suggestions (To be reviewed by Corizon Medical Director)

PVROS
WORD
Tube Shunt OD Ciprofloxolan 1gtt qid x 3 days
Stitch removed from u120°
Viggmox Reye
or Vigamox OD
(Sample given)

Can equivalent medication substitution be used? YES (NO)   Follow – up needed? YES NO

If follow-up needed explain:

— Recommend Second opinion from another Retina Specialist
— Repeat 4-6 weeks.
— Recommend see cornea Specialist

Provider Name(print): Recommend see glaucoma Specialist   Provider Signature: Alazi   Date: 12/3/13



# RECORD OF MEDICAL TRANSFER
State Form 4744 (R3 1-3-92)

INSTRUCTIONS:
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon conclusion of treatment.
4. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

## SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility | Name of receiving facility | | | |
|---|---|---|---|---|
| Indiana State Prison | Whitson Vision | | | |

| Name of patient | DOC number | Date of birth | Religion |
|---|---|---|---|
| Williams, Allen | 138186 | 10/18/1978 | |

| Age | Sex | Race | Social Security number | Name and address of spouse |
|---|---|---|---|---|
| | M | | | N/A |

| Next-of-kin to be notified: | | | |
|---|---|---|---|
| Name | Address | Relationship | Telephone number |
| N/A | N/A | N/A | N/A |

## SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST

Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request:

Removed Sutures today OD. K-transplant is stable. IOP OD too high, OS stable.

Follow up

Pred forte Qid monday, wed. Friday

Xalatan QHS-OD

Brimonidine - DC

Use artificial tears PRN.

Use Combigan 1 drop bid-OU Both

Use Oculap Qid OD x 4 days.

## SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
|---|---|---|---|
| | 1-17-14 | | 1-13-14 |

| Signature of referring physician | | Date signed | |
|---|---|---|---|
| Thomps | | 1-13-14 | |

Diagnosis

S/P K-Transplant Stable

Summary of treatment

pt's corneas stable

IOP OD - unstable

OS - Stable

THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE. PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
INSTRUCTIONSHOULDNOTBEGIVENVERBALLYTOTHEPATIENT.

pt needs a pressure check in 1-2 mos.
c̄ any doc in northern Indiana.

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
NOTE: APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.

| Typed or printed name of attending physician | Telephone number |
| --- | --- |
| | (317) 844-5500 |
| Signature of attending physician | Date signed |
| William Whitton MD | 1-22-14 |

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 01/31/2014

# C●RIZON

Provider Consultation Report

(Complete and return in SEALED envelope with Correctional Officer)

Reference #_____     Date of Service: **Jan 22, 2014**

Inmate: **Williams, Allen**     Inmate ID: **138186**     DOB: **10/18/1978**

Institution: **Indiana State Prison**     Institution ID#: **6456**     Phone: **(219) 874-7256 ext 5147**

Provider: **Dr Whitson**     Provider Type: **Cornea**     Location: **Indy**

### *** See Attached Consultation Request for Health Services Authorized***

For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, ALL recommended test and treatments are to be scheduled by Corizon.

Review of Case: (Chief complaint, exam findings etc:

Diagnosis and Prescription Suggestions (To be reviewed by Corizon Medical Director)

Loose suture on cornea transplant — removed
Both cornea transplants clear & quiet
TA $<^{30}_{10}$ (Pressure 30 mm Hg right; 10 mm Hg left)
Total retinal detachment left eye (can't be fixed)

Can equivalent medication substitution be used?  YES  NO          Follow – up needed?  YES  (NO)

If follow-up needed explain:

Pressure ✓ in Northern Indiana
in 1–2 months to make sure eye
pressure on right is OK. (His only eye)

Provider Name(print): William Whitson     Provider Signature: William Whitson MD     Date: 1-22-14

Luis E. Colón, MD
Jocelyn A. Smith, OD, FAAO



**WHITSON**vision

William E. Whitson, MD, FACS
Alicia R. Grove, OD

901 E. 86th Street
Indianapolis, IN 46240
**(317) 844-5500**

1115 N. Ronald Reagan Parkway, Suite 223
Avon, IN 46123
**(317) 217-3937**

PATIENT'S NAME: _William Allen_       DATE: _1-22-14_

℞  _Ocuflox_

_x 7 days_

| Sig: Ṫ gtt: | (O.D.) | O.S. | O.U. | | |
|---|---|---|---|---|---|
| | Q.D. | B.I.D. | T.I.D. | (Q.I.D.) | Q.H.S. |
| Refill: | None | 1 | 2 | 1 yr. | Disp 3 mo. supply |

_W Whitson_

**M.D./O.D.** _____    **M.D./O.D.**

Dispense As Written       May Substitute

**POS** Reorder # 1009290

**Luis E. Colón, MD**
**Jocelyn A. Smith, OD, FAAO**



**WHITSON**vision

**William E. Whitson, MD, FACS**
**Alicia R. Grove, OD**

901 E. 86th Street
Indianapolis, IN 46240
**(317) 844-5500**

1115 N. Ronald Reagan Parkway, Suite 223
Avon, IN 46123
**(317) 217-3937**

---

PATIENT'S NAME: Allen Williams          DATE: 1-22-14

R̞

Combigan ophthalmic solution

Sig: † gtt:     O.D.        O.S.        (O.U.)

              Q.D.        (B.I.D.)      T.I.D.      Q.I.D.D.      Q.H.S.

Refill:       None         1           2          (1 yr.)       Disp 3 mo. supply

                                    M.D./O.D. _W Whitson_          M.D./O.D.

_____                      May Substitute
Dispense As Written



Reorder # 1009290

---

# OPTOMETRIC VISION SCREENING
State Form 46045 (7-93)

| Current Rx OD: | | Add | | VA c s | | L | Conf. Visual Fields | R |
|---|---|---|---|---|---|---|---|---|
| OS: | | | | 20/ | | | | |

| Refa OD: | | MR OR | Phorias D N CT | | Pupils PERRLA - MG fixed | Motility |
|---|---|---|---|---|---|---|
| OS: | | | VG | | yes       no | |

| Final Rx | | Add | | | other tests | Intraocular Pressure   NCT   (To) |
|---|---|---|---|---|---|---|
| OD: +11.50 -300 x 047 | | | +7.25 | 20/100 - | | OD: 14 |
| OS: Balance | | | | Hm | | OS: 11 |
| Pd  72/69   56  ↑20  PD↑7 | | | | | | Time: 8:47 am |

## Slit Lamp Exam
         OD        OS

**Internal Exam**     T 0.5%  T 1%  C 1%   Superfield (90D) 78D  20D

LLL      ⊖         |

S/C      |         |

C    STPPK      stray
     6 sutures   could have
     still in place

I

AC

L    Periol     Periol

OD

OS

O4 7/12 hr-m

No view
HXPD

## Assessment:
1) CHA Rx2
2)
3) STPPK on
   PD OS
4) Glaucoma

## Plan:
1) S Rx
2)
3) Con + Jx limited
   #
4)

| sposition: 3 mos IOP | | PATIENT IDENTIFICATION | | |
|---|---|---|---|---|
| No - Referral    Refer to: ___ | | Name of patient   Williams, Allen | | |
| ne of tester | Date 7-30-14 | Number  138186 | | Date of birth |

---

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 09/17/2014

1. Wash your hands thoroughly with soap and water.
2. Avoid touching the dropper tip against the eye or anything else.
3. While tilting your head back, pull down the lower lid of your eye with your index finger to form a pocket.
4. Hold the dropper (tip-down) with the other hand as close to the eye as possible without touching it.
5. Brace the remaining fingers of that hand against your face.
6. While looking up, gently squeeze the dropper so that a single drop falls onto the pocket made by the lower eyelid.  Remove your index finger.
7. Close your eye for 2-3 minutes. Try not to blink or squeeze your eyelids.
8. Wipe away any excel liquid from your face.
9. If using more than one drop in the same eye, wait at least 5 minutes before installing the next drop.
10.  Replace the lid on the bottle.
11.  Wash your hands.

**7**



Williams 138186



First grasp the lower eyelid near the margin with the thumb and index finger and pull downward to create a pouch in the lower lid to...



Then without touching the drop tip to any surface slowly squeeze a drop into the eye by firm consistent hand before release cap a drop time upward



Allow one drop to enter by gravity, close the lower lid slowly before releasing the eyelid



With the drop in place close the eyelids and apply pressure to the nasolacrimal duct with a finger for about half minute to minimize drainage and systemic absorption



# OPTOMETRIC VISION SCREENING
State Form 46045 (7-93)

INDIANA DEPARTMENT OF CORRECTION

CONFIDENTIAL RECORD

He does not feel he is getting drops in correctly / wants nursing staff to do this for him

| Current Rx | | Add | VA $\bar{c}$ s | L | Conf. Visual Fields | R |
|---|---|---|---|---|---|---|
| OD: +11.0 -300 x 047 | | +2.25 | 20/400 Hm | | | |
| OS: Balance | | | | | | |

| Refn OD: | | MR OR | Phorias CT | D | N | Pupils PERRLA - MG fixed | Motility |
|---|---|---|---|---|---|---|---|
| OS: | | | VG | | | yes    no | |

| Final Rx | Add | | other tests | Intraocular Pressure | NCT | T |
|---|---|---|---|---|---|---|
| OD: | | 20/ | | OD: 21 | | |
| OS: | | | | OS: 14 | | |
| Pd | | | | Time: | | |

## Slit Lamp Exam
### OD        OS

|   | OD | OS |
|---|---|---|
| LLL | ⌣ | ⌣ |
| S/C | | |
| C | S/P PK | cloudy graft |
| I | | |
| AC | | |
| L | PE IOL | PE IOL |

loose suture

dilation  T 0.5%  T 1%  C 1%

## Internal Exam
Superfield  90D  78D  20D

OD  0.45 2/3 1/2 m —

OS  Cloudy view

## Assessment:
1) S/P PK OU
2) Cloudy OS
3) Glaucoma
4)

## Plan:
1) Will discuss meds ē Dan
2)
3) ↓
4)

| Disposition: 3 mos | | | PATIENT IDENTIFICATION | |
|---|---|---|---|---|
| No - Referral     Refer to: | | | Name of patient Williams, Allen | |
| Name of tester | Date 10-31-14 | | Number 138186 | Date of birth |



# RECORD OF MEDICAL TRANSFER
State Form 4744 (R3 13-92)

INSTRUCTIONS:
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon conclusion of treatment.
4. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

## SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility | Name of receiving facility |
|---|---|
| Indiana State Prison | Woodland Health Center  Dr VanPutten |

| Name of patient | DOC number | Date of birth | Religion |
|---|---|---|---|
| Williams, Allen | 138186 | 10/18/1978 | |

| Age | Sex | Race | Social Security number | Name and address of spouse |
|---|---|---|---|---|
| | M | | | Do Not Contact  N/A |

Next-of-kin to be notified:

| Name | Address | Relationship | Telephone number |
|---|---|---|---|
| N/A  Do Not Contact | N/A  Do Not Contact | N/A | N/A  Do Not Contact |

## SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST

Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request:

Eval for Chronic Retinal Detachment Corneal Transplant w Glaucoma

## SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
|---|---|---|---|
| | 1-12-15 | | 1-8-15 |

| Signature of referring physician | | Date signed |
|---|---|---|
| | | 1-8-15 |

---

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 01/14/2015

Diagnosis

Summary of treatment

THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE. PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
INSTRUCTIONSHOULDNOTBEGIVENVERBALLYTOTHEPATIENT.

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
NOTE: APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.

| Typed or printed name of attending physician | Telephone number ( ) |
| Signature of attending physician | Date signed |



Provider Consultation Report

(Complete and return in SEALED envelope with Correctional Officer)

Authorization # _____          Date of Service: __Jan 13, 2015__

Inmate: __Williams, Allen__   Inmate ID: __138186__   DOB: __10/18/1978__

Institution: __Indiana State Prison__   Institution ID#: __6456__   Phone: __(219) 874-7256-ext 5147__

Provider: __Dr VanPutten__   Provider Type: __Ophth__   Location: __Michigan City__
### *** See Attached Consultation Request for Health Services Authorized***
For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, ALL recommended test and treatments are to be scheduled by Corizon.

| Review of Case: (Chief complaint, exam findings etc: |
|---|
| Hx Corneal transplant not successful |
| Hx glaucoma |
| Hx several retinal detachments |
| Pt states -there are sutures in right eye that are irritating. |

Diagnosis and Prescription Suggestions (To be reviewed by Corizon Medical Director)

patient needs to be on eye drops, to keep eye pressure down.
patient cannot put eye drops in himself, -they need to be put in for him.
He cannot see.

predforte TID OS, qd OD, continue diamox as ordered, lantanaprost QHS OU
Alphagan BID OU, discontinue timoptic.

Can equivalent medication substitution be used?  (YES) NO          Follow – up needed? (YES) NO

If follow-up needed explain:

pressure needs to be checked in the near future
after eye drops have been started again.

within a month / 3.4 wks.

| Provider Name(print): | Provider Signature: | Date: |
|---|---|---|
| Dr Douglas Vanputten | Douglas VanPutten, MD  tc | 1/13/15 |



**Lutheran**
**Health Network**

7950 West Jefferson Blvd
Ft Wayne, IN 46804

Name: WILLIAM ALLEN
DOB: 10/18/1978          Gender: M
MRN: 0000946573
Account: 1712202316
Admit Date:   05/03/2017 13:08
Requested Date:   05/03/2017 16:49

NO DATA FOUND FOR MODULE: 22. hhs_imm_sum

## Procedures

| 05/03/2017 16:20 | RIGHT EYE VITRECTOMY 25 GAUGE WITH MEMBRANE PEELING ENDO LASER WITH SILICONE EXCHANGE |
|---|---|

## FollowMyHealth (FMH) your Patient Portal

Access your health records and manage your health online with Lutheran Health Network MyHealth.  If you signed up for MyHealth during this hospital stay, watch for an email from noreply@followmyhealth.com, click the registration link and complete the simple steps.  If you already have a MyHealth account, simply access your account.  Either way, information regarding your most recent hospital stay will be available 14 hours after discharge.  If you have further questions regarding your access please contact 1-844-604-4357.


Lutheran
Health Network

7950 West Jefferson Blvd
Ft Wayne,IN 46804

Name: WILLIAM    LEN
DOB: 10/18/1978          Gender: M
MRN: 0000946573
Account: 1712202316
Admit Date: 05/03/2017 13:08
Requested Date:  05/03/2017 16:49

## Discharge Instructions/Home Care Plan for: ALLEN WILLIAMS

**Allergies:** Penicillins

| **Most Recent Vital Signs:** | B/P#1: 118/73mmHg L arm | Heart rate: 56 monitor | Respirations: 16 visual |
|---|---|---|---|
| | SpO2: 98% room air | TEMP #1: 97.6F infrared | WEIGHT: 136.0776kg |

Discharge information not found

Discharge information not found

CALL YOUR PHYSICIAN IF:

- You have new onset or changes in pain
- You have a temperature over 101 degrees F
- You experience increased swelling
- You have incisional redness, bleeding or drainage
- You have numbness or tingling of legs (not present on admission)
- You have any other questions or concerns

In the event of a medical emergency such as difficulty breathing/swallowing or severe bleeding, please go to the nearest Emergency Room or call 911.

### Instructions

*Do not discontinue use of prescribed medications without consulting your physician.

### Smoking

If you use tobacco products:
Tobacco is harmful to your health and as a health care provider, we encourage you to stop using tobacco.
Support and more information can be found:
    Quit Now Indiana
    1-800-QUITNOW
    www.in.gov/quitline

Name: WILLIAM ALLEN
DOB: 10/18/1978          Gender: M
MRN: 0000946573
Account: 1712202316
Admit Date:   05/03/2017 13:08
Requested Date:   05/03/2017 16:49

**Lutheran Health Network**

7950 West Jefferson Blvd
Ft Wayne, IN 46804

## Heart Attack Warning Signs

Chest Discomfort:
The discomfort can feel like pressure, squeezing, fullness or pain.  The discomfort can last for more than a few minutes, or goes away and comes back.

Discomfort in other areas of the body:
Can include pain or discomfort in one or both arms, the back, neck, jaw or stomach.

Shortness of Breath:
May include breaking out in a cold sweat, nausea, or light-headedness.  Treatments are most effective when they occur in the early stages of chest pain.

Warning Signs of Heart Attack in Women:
- Pressure, fullness, squeezing pain in the center of chest, spreading to the neck, shoulder, or jaw.  Unusual fatigue.
- Chest discomfort with light-headedness, fainting, sweating, nausea, or shortness of breath.
- Unusual shortness of breath
- Upper abdominal pressure or discomfort
- Dizziness
- Lower chest discomfort
- Nausea
- Back pain

If you or someone with you has one or more of these signs, do not delay, call 911.  Do not attempt to drive yourself to the Emergency Department.

## Stroke

Stroke - there's treatment if you act FAST.
      F - Face       Face look different?
      A - Arm       One arm hanging down?
      S - Speech   Slurred speech?
      T - Time       Call 911 NOW!

If you have been diagnosed with a stroke:
Follow up with your healthcare provider.
Take your medications as directed.

Act FAST to seek treatment if you have symptoms of a stroke!

Call 911 for FAST treatment.

## Drug Education Materials Provided

No drug related patient education materials were charted as provided

| DATE | TIME | | INITIALS |
|------|------|---|----------|
| 5/8/17 | 1630 | -Leave eye patch in place tonight | |
| | | -no eye drops needed | |
| | | Take eye drops to the follow-up | |
| | | appt tomorrow | |
| | | To be positioned face down | |
| | | May resume regular diet | |
| | | May resume regular Medications | |
| | | No bending, straining or lifting more | |
| | | than 10 lbs. | |
| | | Instructions for eye drop use will be | |
| | | given in the office | |
| | | Facility nursing staff to instill | |
| | | eye drops to OD | |
| | | Any questions / concerns urgent contact | |
| | | Dr. Salam / Dr Norgren's office | |
| | | 260-483-9500 | |
| | | Thank you | |
| | | (See additional instruction sheet) | |
| | | Stetson M | |
| | | | |
| | | | |
| | | | |

| Prohibited Abbreviation | Used For | Acceptable |
|-------------------------|----------|------------|
| U or u | Unit | "Unit" has no acceptable abbreviation. Use "unit". |
| IU | International unit | Use "units" |
| Q.D. and Q.O.D. | Latin abbreviation for once daily and every other day | Write "daily" and "every other day" |
| MS, MSO4, MgSO4 | Morphine Sulfate  Magnesium Sulfate | Write "morphine sulfate" or "magnesium sulfate" |
| No Zero before decimal dose (.5mg) | 0.5 mg | Always use zero before a decimal when the dose is less than a whole unit. |
| Zero after decimal point | 1 mg | Do not use terminal zeros for doses expressed in whole. |

NSG ADM 12/06

GENERIC EQUIVALENT MAY BE DISPENSED BY PHARMACY UNLESS
SPECIFIED "NO SUBSTITUTION".



FORM NUMBER 0600-0040   REVIEWED: 12/06



**PHYSICIAN'S ORDER**

Lutheran Hospital of Indiana

**WILLIAMS, ALLEN**

1712202316    0000946573    05/03/17
10/18/78   38Y NIO   OSL   M
ATT:SALAM,GOHAR A
PCP:NO,PCP REFERRING
REF:NO,PCP REFERRING
ALERT:

Name: WILLIAMS, ALLEN                DOB: 10/18/1978                Date: 12/11/2017

## VITREORETINAL CONSULTANTS
### Dr. Gohar Salam, M.D.

__Post-operative Outpatient Discharge Instructions__

1. Follow-up in the office tomorrow at _2 pm 30_ (am/pm.)

2. Please leave the eye patch and shield on, they will be removed tomorrow in the office.

3. Do not use any eye drops tonight. Instructions for their use will be given to you tomorrow in the office.

4. Bring all eye medications and materials sent home with you to the office tomorrow.

5. Extra Strength Tylenol: two tablets every 4-6 hours as needed for discomfort.

6. No bending, straining or lifting more than 10 pounds for one week.

7. Resume previous diet.

8. Resume all other preoperative medications taken by mouth.

9. Special positioning instructions _Face down_ _____

_____

_____

You may have some slight irritation, redness, itching and sensitivity to light after surgery. However, if you notice severe pain, sudden decreases in vision, flashing lights or have any questions about your postoperative care please call the office (260) 483-9500. or the answering service at (866) 315-3214.

I understand and have received a copy of the above instructions.

_____     _____     _____
Signature of Patient and/or responsible person          Date                    Time   _5/24/17_

_____     _5/3/17_     _1048_
Signature of Nurse                                      Date                    Time

_Office Address_
_Retina Institute of Indiana P.C._
_11188 Diebold Rd_
_Ft Wayne, IN 46845-9669_

Lutheran Hospital of Indiana
**WILLIAMS,ALLEN**
1712202316   0000946573   05/03/17
10/18/78   38Y  NIO  OSL  M
ATT:SALAM,GOHAR A
PCP:NO,PCP REFERRING
REF:NO,PCP REFERRING
ALERT:



Form Number 4000-0003-400   Rev. 02/02/09
**HOME CARE INSTR - POST OP**
**OUTPATIENT SURGERY - DR. SALAM**

Lutheran
Health Network
**Lutheran Hospital**
7950 W. Jefferson  Fort Wayne IN 46804

Pt. states not getting drops (Dot)
Clo pain OD > OS

| Current Rx | Add | VA (c) s | L | Conf. Visual Fields | R |
|---|---|---|---|---|---|
| OD: + 11.50 - 300 x 047 + 2.25 | | 20/ FC 10' HM | | | |
| OS: Balance | | | | | |

| Refn OD: | MR OR | Phorias CT | D | N | Pupils PERRLA - MG fixed yes  no | Motility |
|---|---|---|---|---|---|---|
| OS: | | VG | | | | |

| Final Rx | Add | other tests | Intraocular Pressure  NCT  (TA) |
|---|---|---|---|
| OD: | 20/ | | OD: 18 |
| OS: | | | OS: 12 |
| Pd | | | Time: |

**Slit Lamp Exam**
OD        OS

**Internal Exam**
T 0.5%   T 1%   C 1%      Superfield  90D  78D  20D

LLL

S/C       | trace inj Conj

C     Stp PK      Conj
I     could edema   cloudy OS
      inreg ref.

AC

L     PCIOL OU

OD                    OS

**Assessment:**
1) Glaucoma
2) Stp PK / failed OS
3) OD discomfort / cloudy
4)

**Plan:**
1) Con't current meds
2) F/u c corneal spec. to determine if any further options
3)
4)

| Disposition: 3 mos F/u | | PATIENT IDENTIFICATION | |
|---|---|---|---|
| No - Referral   Refer to: | | Name of patient  Williams, Allen | |
| ame of tester | Date 4-17-15 | Number 13B1B6 | Date of birth |

Was told by IEC last wk that pressure was 38 OD
– & he is unable to instill his own eye drops    12 OS
says he can not see to distinguish the drops

| Current Rx | | Add | | VA c s | | L | | Conf. Visual Fields | |
|---|---|---|---|---|---|---|---|---|---|
| OD: | | | | 20 /FC 4' | | | | | |
| OS: | | | | thu | | | | | |

| Refn | | MR OR | Phorias | D | N | Pupils | | Motility | |
|---|---|---|---|---|---|---|---|---|---|
| OD: | | | CT | | | PERRLA - MG | | | |
| OS: | | | VG | | | yes | no | | |

| Final Rx | | Add | | other tests | | Intraocular Pressure | NCT | |
|---|---|---|---|---|---|---|---|---|
| OD: | | 20/ | | | | OD: 24, 24 | | |
| OS: | | | | | | OS: 12 | | |
| Pd | | | | | | Time: | | |

### Slit Lamp Exam
OD          OS

LLL    ⊖       ⊖

S/C

C      Stp PK    failed PK

I

AC

L          perior ovl

### Internal Exam
T 0.5%  T 1%  C 1%    Superfield  90D  78D  20D.

OD          OS

**Assessment:**
1) Glaucoma
2) Stp PK OS
3)
4)

**Plan:**
1) Flu ē corneal specialist
2) Corneas + glaucoma
3)
4)

| Disposition: 3 mos Flu | | PATIENT IDENTIFICATION | |
|---|---|---|---|
| No - Referral    Refer to: | | Name of patient   Williams, Allen | |
| Name of tester    Date 6-29-15 | | Number 138186 | Date of birth 10-18-78 |

**SITE:** ISP
**COMPLETED BY:** Christine A. Tripp, LPN     10/12/2015 10:54 AM

## DISABILITY CLASSIFICATION

**Name of Offender:**
ALLEN WILLIAMS

**Name of Facility:**                                        **DOC Number:** 138186
ISP

### CHECK APPROPRIATE BOXES

**SECTION A**
        ___ A. No Disability.  Offender is capable of performing activities of daily living.
        **x** B. Offender has no useful vision even with best correction (*e.g. completely blind, legally blind*).
        ___ C. Offender has a mobility of ambulatory impairment that substantially limits gross motor movement (*e.g. paraplegia, stroke with hemiplegia*).
        ___ D. Offender is deaf or has profound hearing loss to an extent that the individual is unable to use hearing as a means of communication.

**SECTION B**
Offender requires the following assistance to perform ADLs:
        ___ Reading material in Braille          ___ Red tipped cane
        ___ Wheelchair                           ___ Sign Language interpreter
        ___ Telephone with TTY/TT/TTD            ___ Closed Caption (CC) for television viewing
        ___ Needs assistive devices to manage personal hygiene, dressing, or eating
        ___ Other

### COMMENTS

Signature/Title:                                        Date (*month, day, year*):

**Provider:** Joseph M. Thompson MD
**Document generated by:** Christine A. Tripp, LPN  10/12/2015 10:54 AM

NAME:  WILLIAMS, ALLEN
NUMBER:  138186
D.O.B.:  10/18/1978



# RECORD OF MEDICAL TRANSFER
State Form 4744 (R3 1 3-92)

INSTRUCTIONS:
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon conclusion of treatment.
4. This form MUST BE RETURNED with the patient to the referring correctional facility.

## SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility | Name of receiving facility | | | |
|---|---|---|---|---|
| Indiana State Prison | Whitson Vision | | | |
| Name of patient | DOC number | Date of birth | | Religion |
| Allen Williams | 138186 | 10/18/1978 | | |

| Age | Sex | Race | Social Security number | Name and address of spouse | | |
|---|---|---|---|---|---|---|
| | M | | 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 | Do Not Contact  N/A | | |

Next-of-kin to be notified:

| Name | Address | Relationship | Telephone number |
|---|---|---|---|
| N/A Do Not Contact | N/A Do Not Contact | N/A | N/A Do Not Contact |

## SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST
Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request:

*See attachment*

Corneal Consult / Glaucoma Eval

## SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent | Date signed | Signature of Medical Director | Date signed |
|---|---|---|---|
| *Kenneth Gann* | 10-28-15 | | 10-28-15 |
| Signature of referring physician | | Date signed | 10-28-15 |

---

Name: WILLIAMS, ALLEN                    DOB: 10/18/1978                    Date: 11/09/2015

Diagnosis

Summary of treatment

THIS PATIENT WILL BE RETURNED TO THE CARE OF A PHYSICIAN RESPONSIBLE FOR HIS MEDICAL CARE. PLEASE OUTLINE ANY RECOMMENDATIONS FOR FURTHER CARE OR TREATMENT.
INSTRUCTIONSHOULDNOTBEGIVENVERBALLYTOTHEPATIENT.

IF ANOTHER CLINIC APPOINTMENT IS REQUESTED, PLEASE STATE THE REASON FOR THE RETURN VISIT SO THE PRIMARY PHYSICIAN CAN MAKE AN INFORMED DECISION.
NOTE: APPOINTMENT DATE AND TIME SHOULD NOT BE GIVEN TO OFFENDER.

| Typed or printed name of attending physician | Telephone number |
| --- | --- |
| | ( ) |
| Signature of attending physician | Date signed |



Provider Consultation Report

(Complete and return in SEALED envelope with Correctional Officer)

Authorization: __447866___       Date of Service: __Nov 4, 2015__

Inmate: __Williams, Allen__     Inmate ID: __138186__   DOB: __10/18/1978__

Institution: __Indiana State Prison__   Institution ID#: __6456__   Phone: __(219) 874-7256-ext 5147__

Provider: __Dr. Whitson__   Provider Type: __Ophth__   Location: __Indianapolis__

*** See Attached Consultation Request for Health Services Authorized***

For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, ALL recommended test and treatments are to be scheduled by Corizon.

| Review of Case: (Chief complaint, exam findings etc: |
|---|
| |
| Diagnosis and Prescription Suggestions (To be reviewed by Corizon Medical Director) |
| |
| Can equivalent medication substitution be used?   YES   NO          Follow – up needed?   YES   NO |
| If follow-up needed explain: |
| |
| Provider Name(print):                     Provider Signature:              Date: |



## WHITSONvision

Whitson Vision PC
901 E 86th Street
Indianapolis, IN 46240
317-844-5500   317-573-4230
11/04/2015

PATIENT NAME
Williams, Allen   ACCT: 119634

| ADDRESS | CITY | STATE | ZIP |
|---------|------|-------|-----|
| 1 Parkrow | Michigan City | IN | 46360 |

Combigan 0.2-0.5 % Drops-1 drop twice a day in right eye.

Diamox sequels 500 mg-take 1 pill 2 times a day.

Lotemax Gel 0.5 %-1 drop daily in right eye.

Lumigan 0.01 %-1 drop nightly in right eye.

Erythromycin ointment or tobramycin ointment ( prison availability)
- 1 application 2 times a day in the left eye for 4 days then
discontinue.

Prepared by:WWHITSON



## WHITSONvision

Whitson Vision PC
901 E 86th Street
Indianapolis, IN 46240
317-844-5500   317-573-4230

THIS DOCUMENT WAS CREATED ON: 11/04/2015 02:25:27 PM BY: William E. Whitson, M.D.

**Exam Date:** Wednesday, November 04, 2015

**PATIENT NAME: Allen  Williams**

PATIENT ID: 119634          BIRTH DATE: 10/18/1978     AGE: 37
GENDER:    Male             RACE: Black or African American

## *History*

**Chief Complaint/Reason For Visit:** Pt presents for cornea eval/ glauc eval. Pt complains that VA is getting worse. Pt gls were prescribed by prison doc 1 year ago. Pt thinks VA has gotten worse since he has bifocal gls. pt uses glauc drops 1 X month. Last put in glauc drop 2 weeks ago. KLC

**HISTORY OF PRESENT ILLNESS:**
**PROBLEM:**          Blurry vision
CONTEXT/ONSET:  a year ago
LOCATION:       both eyes
QUALITY:        blurry
DURATION:       always
TIMING:         frequently
HPI was performed by Dr. William E. Whitson, M.D.
**PAST MEDICAL HISTORY:**
OCULAR:         Bullous Keratopathy OS, Glaucoma, Corneal ulcer,Aphakic OU
PROCEDURES :    PKP OS 2009, PKP OD and glaucoma shunt 2012,Cataract Extraction OD 2007,
cataract extraction OS 2009, 5/21/2013  PKP OS
INFECTIOUS:     No known previous infections
OCULAR SIGNIFICANT: No known ocular significant illnesses
ILLNESSES:      Antisocial personality disorder
SURGERIES:      No known previous general surgeries
HEAD/OCULAR TRAUMA: No known history of trauma
**SOCIAL HISTORY:**
SMOKING:        Never Smoker
**FAMILY HISTORY:**
FAMILY:         No family history noted

**CURRENT MEDICATIONS:**
Bactrim DS 800-160 mg as of:1/22/2014 11:26:22 AM
benztropine 2 mg as of:1/22/2014 11:26:22 AM
Remeron 45 mg as of:1/22/2014 11:26:22 AM
Risperdal 1 mg as of:1/22/2014 11:26:22 AM

**Ophthalmic:**
Diamox sequels 500 mg        1 po bid                         11/04/2015
Pred Forte 1 %               1 drop BID Right Eye
Compliance Issue With Pred Forte 1 % Pt. Reported Use:using BID OD, QID OS
Xalatan 0.005 %              1 drop QHS Both Eyes
Compliance Issue With Xalatan 0.005 % Pt. Reported Use:QHS OD only

**ALLERGIES:**
Penicillins:Anaphylaxis (39579001)

**REVIEW OF SYSTEMS:**
All other Review Of Systems negative

## Exam

ORIENTATION, MOOD AND AFFECT: Alert & oriented x3

|  | RIGHT EYE | LEFT EYE |
|---|---|---|
| WEARING | +8.50 +2.00 x 139 | +8.50 +2.00 x 135 |
| MANIFEST REFRACTION | +8.75 +2.25 x 130 | |
| PINHOLE | NI | |
| CORRECTED VA | 20/100 | LP |
| BEST CORR FINAL VA | 20/150 | |

| PRESSURE METHOD: | Applanation | Applanation |
|---|---|---|
| PRESSURES: | ~50 distorted myers | ~10 myers |
| DATE-TIME: | 01:30 PM | 01:30 PM |
| TECHNICIAN: | MCRABTREE | MCRABTREE |

### EXTERNAL EYE EXAM:

| *PUPIL:* | 8.5mm fixed and dilated | unable to see |
|---|---|---|

### ANTERIOR SEGMENT EXAM:

| TEARFILM: | TBUT intact, clear | TBUT intact, clear |
|---|---|---|
| CONJUNCTIVA: | 1+ injection, seton supero temp, no bleb seen, tube is plugged with vitreous, 2 + injection | clear, without cysts, pigmentation, papillary or follicular reaction |
| CORNEA: | 2+ MCE and small bulla, inf. nasal half clear without edema, 5 sutures in place okay, NO KP | 4+ edema, cloudy, small bulla, long strand of loose epi, 1+ sutures and 1 loose. |
| ANTERIOR CHAMBER: | deep and clear, without cell or flare | deep and clear, without cell or flare |
| IRIS: | missing most of iris tissue | sector iridectomy from 9:30 to 1:00silicone oil behind iris |
| LENS: | aphakic | aphakic with vitreous |
| ANTERIOR VITREOUS: | 2 moltino tube | clear, without cells or pigment |

### FUNDUS EXAM:

| DILATION and NUMBING DROPS: | deferred OD 11/04/2015 01:33:27 PM | |
|---|---|---|
| CUP TO DISC: | hazy 20/100-200 view, 0.5 V?, 0.4 H? | 20/40 |
| *VITREOUS:* | clear, full | silicone oil |
| *MACULA:* | fovea with darkish center, no heme, no RD | total RD, RD sup in mac, retina appears flat and sup. |
| VESSELS: | 2/3 ratio of Arterioles/venules w/o tortuosity or abnormality | |
| PERIPHERY: | | sig pigmentary scarring, but looks attached |

## Impression

01 Z94.7 Cornea Transplant Status
02 H40.11X0 Primary Open Angle Glaucoma
03 H16.002 Corneal Ulcer Of Left Eye

## Plan

| PRESCRIPTION | INSTRUCTION |
|---|---|
| Xalatan 0.005 % | 1 drop QHS Both Eyes Discontinue |
| Pred Forte 1 % | 1 drop BID Right Eye Discontinue |
| Lumigan 0.01 % | 1 drop NIGHTLY in right eye    Prescription |
| Lotemax Gel 0.5 % | 1 drop DAILY in right eye    Prescription |
| Diamox sequels 500 mg | 1 po bid Continue |
| Combigan 0.2-0.5 % Drops | 1 drop BID in right eye    Prescription |


PRIMARY OPEN ANGLE GLAUCOMA|H40.11X0
- IOP OD very high
- Pt. reports nurse at prison said he can administer drops himself.
- Pt. has been unable to administer drops due to Va being poor and not feeling drops go in eye.
- Pt needs to be administered drops.
- If IOP stays 50 for a couple more months you could loose your Va and go completely blind. It is imperative that the pressure get under control.
- Begin Combigan BID OD
- D/c ALphagan
- Switch from Xalatan to Lumigan 1 drop in the evening OD.
- Switch from Pred. Forte to Lotemax QD OD.
- Cont. Diamox Sequels 500mg po BID
- Will need to check IOP in the next 2 weeks. Can be done by an eye doctor at the prison.
- If IOP does not come down you will need Sx.


CORNEA TRANSPLANT STATUS|Z94.7
- Removed 2 sutures from OS.
- Begin erythromycin ungtt or tobramycin ungtt ( per prison available) BID OS x 4 days.


RTC- PRN

As attending physician, I have directly participated in the care of this patient and was present during the patient's care. I have reviewed and agree with the findings and recommendations documented and conducted direct examination when appropriate. Scribing for Dr Whitson.- CCS


 created by:William E. Whitson, M.D.
Entered By: WWHITSON ON 11/04/2015 AT 2:25:07 PM




William E. Whitson, M.D.          DOCUMENT CREATE DATE: 11/04/2015 02:25:29 PM

PATIENT:              ALLEN WILLIAMS
IDOC#                 138186
DATE OF BIRTH:        10/18/1978
DATE:                 02/08/2016 3:47 PM
VISIT TYPE:           FER

## History of Present Illness

This 37 year old male presents with:

1. **Lumigan, Combigan approved**
2. **Lotemax approved**

## Chronic Problems

Antisocial personality disorder
Glaucoma
severe corneal dystrophy
Legal blindness, as defined in u.s.a.
Disturbances of vision

## Past Medical History

Reviewed, no changes.

## Medications Active Prior to Today's Visit

| Elsewhere | Start Date | Refilled | Medication Name | Sig Desc |
|---|---|---|---|---|
| N | 12/30/2015 | 01/25/2012 | Diamox Sequels 500 mg capsule,extended release | Take one capsule by mouth twice per day |
| N | 12/22/2015 | 10/06/2010 | Risperdal 2 mg Tab | 1 tab AM & 2 tabs HS |
| N | 12/22/2015 | 07/29/2010 | Remeron 45 mg Tab | Take one tablet by mouth daily in PM |
| N | 12/22/2015 | 04/13/2008 | Benztropine 2 mg Tab | 1 tab po bid |
| N | 11/11/2015 | | Combigan 0.2 %-0.5 % eye drops | 1gttOD bid |
| N | 11/11/2015 | | Lotemax 0.5 % eye gel drops | 1gtt OD qd |
| N | 11/11/2015 | | LUMIGAN 0.01% DROPS | 1gtt qhs |

## Allergies

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Penicillins | | Anaphylaxis |

## Medications (added, continued or stopped this visit)

| Medication Name | Sig Desc | Comment |
| --- | --- | --- |
| Benztropine 2 mg Tab | 1 tab po bid | |
| Combigan 0.2 %-0.5 % eye drops | 1gttOD bid | |
| Combigan 0.2 %-0.5 % eye drops | 1gttOD bid | |
| Diamox Sequels 500 mg capsule,extended release | | Take one capsule by mouth twice per day |
| Lotemax 0.5 % eye gel drops | 1gtt OD qd | |
| Lotemax 0.5 % eye gel drops | 1gtt OD qd | |
| LUMIGAN 0.01%  DROPS | 1gtt qhs | |
| LUMIGAN 0.01%  DROPS | 1gtt OD qhs | |
| Remeron 45 mg Tab | Take one tablet by mouth daily in PM | |
| Risperdal 2 mg Tab | 1 tab AM & 2 tabs HS | |

**Provider:  Diane  Thews APN  02/08/2016  3:48 PM**

**Document generated by: Diane Thews, APN 02/08/2016 3:48 PM**

NAME:  WILLIAMS, ALLEN
NUMBER:  138186
D.O.B.:  10/18/1978

last time saw Dr. Winton 11/15

| Current Rx | | Add | VA c s | L | Conf. Visual Fields | R |
|---|---|---|---|---|---|---|
| OD: +11.50 -3.00 X 047 | | | 20/100 LT | | | |
| OS: Balance | | | | | | |

| Refn OD: | MR OR | Phorias D N | Pupils | Motility |
|---|---|---|---|---|
| | | CT | PERRLA - MG | |
| OS: | | VG | yes no | |

| Final Rx | Add | other tests | Intraocular Pressure NCT Ta |
|---|---|---|---|
| OD: | 20/ | | OD: 15 |
| OS: | | | OS: 13 |
| Pd | | | Time: 9 am |

**Slit Lamp Exam**
OD     OS

LLL

S/C

C    S/P PK    S/P PK
c̄ sutures    opaque

I

AC

L

**Internal Exam**
T 0.5%  T 1%  C 1%     Superfield 90D  78D  20D

OD

OS

c 0.45 ? ½ um

No view

**Assessment:**
1) Balance
2) S/P PK ou
3)
4)

**Plan:**
1) Cont meds
2)
3)
4)

| Disposition: 4 mos IOP | | | | PATIENT IDENTIFICATION | |
|---|---|---|---|---|---|
| No - Referral    Refer to: | | | Name of patient Williams, Allen | |
| me of tester | Date 5/13/16 | | Number 134186 | Date of birth |

Memorial Hospital of South Bend    MRN: M1108546        NAME: WILLIAMS, ALLEN J
615 N. Michigan St.
South Bend, IN 46601      FIN: M1620700267

## Orders - Medications.

Order: sodium chloride 0.9% IV flush (sodium chloride 0.9% IV flush 3 mL)
Order Start Date/Time: 7/25/2016 02:11 EDT
Order Status: Ordered      Clinical Category: Medications      Medication Type: Inpatient
Ordering Physician: SYSTEM      Consulting Physician:
Entered By: SYSTEM on 7/25/2016 02:11 EDT
Order Details: Dose: 3 mL, IV Push, Soln, as ordered, PRN IV Flushing, Start Date: 7/25/16 2:11:46 AM EDT
Order Comment: 3ml NS flush: use for peripheral IV catheter flush AutoPlaced on Admission.

## HISTORY & PHYSICAL

Electronically Signed By:          CHARLTON MD,JANEL L (7/25/2016 11:25 EDT)

**Teaching Attestation/ Supervisor Note** *
**Beacon Health System**

Patient: **WILLIAMS, ALLEN J**    **MRN: M1108546**      **FIN: M1620700267**
Age: **37 years**    Sex: **Male**    DOB: **10/18/1978**
Associated Diagnoses: **None**
Author: **CHARLTON MD, JANEL L**

**Teaching Attestation**
   **Attestation/ Supervisor Note**
      Attestation to: History and physical, by MCGINN DO, THOMAS M, by provider(s): and Dr. Enck.
      Participation: personally saw and evaluated patient, management reviewed and discussed.
      Agree with: findings & plan.

**History of Present Illness**
   37 year old male with history of blindness transferred for open globe injury to right eye. Was hit with either a fist or object in face. Had some vision in right eye that he states was lost following this injury. No change to left eye.
   Had laceration to left eyebrow and injury to lips.
   Denies any past medical history. On no medication. .

**Physical Examination**
   **VS/Measurements**
   Vitals View

| | | |
|---|---|---|
| 7/25/2016 5:28 | Temperature Oral | 98.4 DegF Normal |
| | Pulse Rate | 88 bpm Normal |
| | Respiratory Rate | 18 br/min |
| | **Systolic Blood Pressure** | **148 mmHg HI** |
| | Diastolic Blood Pressure | 82 mmHg Normal |
| | Oxygen Saturation | 96 % Normal |
| | Oxygen Therapy | Room air |

  **General:** Alert and oriented, No acute distress.
  **Eye:** right eye with shield covering. left eyebrow laceration C/D/I with stitches in place.
  **HENT:** some swelling to lips.
  **Respiratory:** Lungs are clear to auscultation, Respirations are non-labored.

Report Request ID:    57161555               7/25/2016 12:31 EDT
                                            Page 5 of 12

Memorial Hospital of South Bend     MRN: M1108546                     NAME: WILLIAMS, ALLEN J
615 N. Michigan St.
South Bend, IN 46601                 FIN: M1620700267

---

### HISTORY & PHYSICAL

**Cardiovascular:** Normal rate, Regular rhythm.
**Gastrointestinal:** Non-tender.
**Psychiatric:** Cooperative, Appropriate mood & affect.

**Review / Management**
  **Results review:** Lab results
      7/25/2016 4:26

| | |
|---|---|
| WBC | 10.25 x10(3)/mm3  Normal |
| Hemoglobin | 14.0 gm/dL  Normal |
| Platelet | 225 x10(3)/mm3  Normal |
| Sodium | 143 mmol/L  Normal |
| Potassium | 3.8 mmol/L  Normal |
| **Chloride** | **108 mmol/L  HI** |
| **CO2** | **17 mmol/L  LOW** |
| BUN | 8 mg/dL  Normal |
| Creatinine | 1.14 mg/dL  Normal |
| **Glucose** | **110 mg/dL  HI** |
| Calcium | 9.0 mg/dL  Normal |

**Impression and Plan**
  **Diagnosis**
    Blunt force trauma, right eye - .
    Hypertension - .
    Acute right eye pain - .
  Dr. Davis to take patient to surgery this evening for globe injury to right eye.
  Agree with increase in pain medications.
  Monitor BP, likely does not need medication for this- is having pain.
  Discussed case with resident team.

---

*Electronically Signed By: CHARLTON MD, JANEL L  on 07/25/2016 11:25 AM*

---

Electronically Signed By:                         ENCK MD,RYAN D (7/25/2016 10:45 EDT)

**PGY 1 FM Daily Progress Note**
**Beacon Health System**

Patient: **WILLIAMS, ALLEN J**     MRN: **M1108546**     FIN: **M1620700267**
Age: **37 years**   Sex: **Male**   DOB: **10/18/1978**
Associated Diagnoses: **None**
Author: **ENCK MD, RYAN D**

**Subjective:**
This is a 37-year-old man with history of blindness who is here with right globe rupture. The patient reports that his pain is poorly controlled. He said that his pain is 7 out of 10, sharp, nonradiating, unimproved with current pain management. The patient endorsed that the injury was inflicted by a fist and no other device. The patient denied dizziness, chest pain, shortness of breath, and abdominal pain. The patient reports that he has no other injuries except those in to today's face.

**Objective:**

Report Request ID:   57161555                     7/25/2016 12:31 EDT
                                                  Page 6 of 12

---

Memorial Hospital of South Bend    MRN: M1108546        NAME: WILLIAMS, ALLEN J
615 N. Michigan St.
South Bend, IN 46601        FIN: M1620700267

## HISTORY & PHYSICAL

| Vital Signs (last 24 hrs) | Last Charted | Minimum | Maximum |
|---|---|---|---|
| Temp | 98.4 (JUL 25 05:28) | 98.4 (JUL 25 05:28) | 98.9 (JUL 25 02:05) |
| Heart Rate | 88 (JUL 25 05:28) | 88 (JUL 25 05:28) | H 102 (JUL 25 02:05) |
| Resp Rate | 18 (JUL 25 05: 28) | 18 (JUL 25 02:05) | 18 (JUL 25 02:05) |
| SBP | H 148 (JUL 25 05:28) | H 148 (JUL 25 05:28) | H 162 (JUL 25 02:05) |
| DBP | 82 (JUL 25 05:28) | 82 (JUL 25 05:28) | 88 (JUL 25 02:05) |
| Weight | 138.1 (JUL 25 02:05) | | |
| BMI | 47.79 (JUL 25 02:05) | | |

**Physical Exam:**
**General:** Alert and Oriented
**Eye:** Eye bandaged. Bandage not removed. Extraocular movements not tested given blindness.
**Respiratory:** Lungs clear to auscultation bilaterally. No wheezes or rhonchi. Crackles are absent at the bases.
**Cardiovascular:** Regular rate and rhythm. Systolic murmur. No peripheral edema.
**Gastrointestinal:** No tenderness to palpation

**Labs:**

JUL 25 04: 26

143 | H 108 | 8 /
——————————— H 110
3.8 | L 17 | 1.14 \

JUL 25 04:26

\ 14.0 /
10.25 ——————— 225
/ 42.8 \

**Assessment and Plan:**

37-year-old man with blindness who is here with right globe rupture.

Right globe rupture: Spoke with Dr. Davis today who is planning surgery for tonight. Patient is currently nothing by mouth.
- Pain control with 2 mg IV morphine every 2 hours
- Nothing by mouth
- Per sign out, Levaquin already given today while the patient was in prison. We will start 500 mg of Levaquin tomorrow
- Continue to monitor vitals for signs of infection.
- Repeat CBC tomorrow morning
- Type and screen (per admission orders)
- Dr. Davis consulted, appreciate recs

Memorial Hospital of South Bend MRN: M1108546 NAME: WILLIAMS, ALLEN J
615 N. Michigan St.
South Bend, IN 46601 FIN: M1620700267

---

## HISTORY & PHYSICAL

Hypertension: She reports that he has been seen in prison doctor but denies any history of hypertension or any medications for hypertension. Current hypertension likely related to uncontrolled pain. Pain control will be achieved before addressing hypertension.
- Pain control
- IV labetalol 10 mg every 2 hours when necessary for systolic blood pressure greater than 180

FEN:
- 125 mL normal saline per hour
- Nothing by mouth for surgery
- Repeat BMP and CBC in the morning

Ppx: SCDs and early ambulation

---

*Sign By: ENCK MD, RYAN D*

Electronically Signed By: MCGINN DO,THOMAS M (7/25/2016 10:11 EDT); MCGINN DO,THOMAS M (7/25/2016 04:10 EDT)

**Admission H&P**
**Beacon Health System**

Patient: **WILLIAMS, ALLEN J**   MRN: **M1108546**   FIN: M1620700267
Age: **37 years**   Sex: **Male**   DOB: 10/18/1978
Associated Diagnoses: **None**
Author: MCGINN DO, THOMAS M

**Basic Information**
  Source of history: Self.
  Referral source: Emergency department.
  History limitation: None.

**Chief Complaint**
  Right eye and head injury secondary to trauma status post assault

**History of Present Illness**
  This is a 37-year-old male with no known past medical history that presents after an assault occurring at Michigan state prison that resulted in a right globe injury. He was transferred here for ophthalmological procedural intervention. He reports that he was hit in the right eye with a fist. Denies being struck with anything else. Denies loss of consciousness, chest pain, shortness of breath. Does admit to some nausea and vomiting since the episode. He has a history of blindness in both eyes, but is able to see with glasses. He has had bilateral corneal transplants in the past as well as a history of retinal detachment. He also reports a headache in the area where he was struck. CT of the head without contrast was performed prior to transfer, which was negative for any acute intracranial hemorrhage. He is to see Dr. Davis tomorrow evening for repair. He received a dose of 500 mg levofloxacin IV on Route. He has a penicillin allergy

**Review of Systems**
  Negative except as stated in HPI

**Health Status**
Report Request ID:   57161555                                    7/25/2016 12:31 EDT

---

Memorial Hospital of South Bend    MRN: M1108546      NAME: WILLIAMS, ALLEN J
615 N. Michigan St.
South Bend, IN 46601     FIN: M1620700267

## HISTORY & PHYSICAL

**Allergies:**
  Allergic Reactions (Selected)
    *Severity Not Documented*
      Penicillins- No reactions were documented.

**Current medications:** (Selected)
  Inpatient Medications
    *Ordered*
      Normal Saline 1,000 mL: 125 mL/hr, IV, Stop: 08/24/16 8:54:00
      Zofran: 4 mg, PO, q4h, PRN: Nausea/Vomiting
      acetaminophen: 650 mg, PO, q4h, PRN: Pain, Mild
      labetalol iv push: 10 mg, IV Push, once, PRN: Systolic BP: See parameters
      morphine inj (dosage up to 2mg): 2 mg, IV Push, q2h

**Histories**
**Past Medical History:** None reported
**Family History:** None reported
**Procedure history:** Bilateral corneal transplants
**Social History**
25 -pack-year current pack per day smoker, 1-2 drinks per month, no drugs except for marijuana.

**Physical Examination**
  VS/Measurements

**Vital Signs (last 24 hrs)**    **Last**

| Charted | Minimum | Maximum | |
|---|---|---|---|
| Temp | 98.4 (JUL 25 05:28) | 98.4 (JUL 25 05:28) | 98.9 (JUL 25 02:05) |
| Heart Rate | 88 (JUL 25 05:28) | 88 (JUL 25 05:28) | H 102 (JUL 25 02:05) |
| Resp Rate | 18 (JUL 25 05:28) | 18 (JUL 25 02:05) | 18 (JUL 25 02:05) |
| SBP | H 148 (JUL 25 05:28) | H 148 (JUL 25 05:28) | H 162 (JUL 25 02:05) |
| DBP | 82 (JUL 25 05:28) | 82 (JUL 25 05:28) | 88 (JUL 25 02:05) |
| Weight | 138.1 (JUL 25 02:05) | | |
| BMI | 47.79 (JUL 25 02:05) | | |

**General:** Alert and oriented, Mild distress evident from pain.
**Eye:** Left eye demonstrating well progressed cataract, right eye covered by bandage, right eye with apparent laceration however further exam cannot be performed at this time secondary to concern for introduction of bacteria into open globe. Sutured laceration above left eye.
**Respiratory:** Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal.
**Cardiovascular:** Normal rate, Regular rhythm, No murmur, No gallop, Good pulses equal in all extremities, Normal peripheral perfusion, No edema.
**Gastrointestinal:** Soft, Non-tender, Non-distended, Normal bowel sounds, No organomegaly.

Report Request ID:    57161555                7/25/2016 12:31 EDT

Memorial Hospital of South Bend   MRN: M1108546                    NAME: WILLIAMS, ALLEN J
615 N. Michigan St.
South Bend, IN 46601              FIN: M1620700267

---

## *HISTORY & PHYSICAL*

**Musculoskeletal**
Normal range of motion.
Normal strength.
**Neurologic:** Alert, Oriented, Normal sensory, Normal motor function, No focal deficits, Unable to fully assess cranial
  nerves due to patient's right eye injury, otherwise all other cranial nerves intact.
**Psychiatric:** Cooperative, Appropriate mood & affect.

**Impression and Plan**
  **Diagnosis**
    Blunt force trauma, right eye -.
    Hypertension -.
  37 year old with penicillin allergy with blunt force trauma injury to right eye, to undergo ophtalmology procedure later
  today

  Right globe injury secondary to assault with blunt force trauma
    -Apparent laceration with open globe
    -Cover with shield
    -Do not allow any manipulation of globe this time
    -Levofloxacin for antibiotic coverage of open globe
    -Dr. Davis to perform surgical correction tomorrow evening
    -Nothing by mouth at 8 AM for surgical procedure
    -Pain control: Tylenol every 4, Norco 5 every 6 with potential for titration up as needed
    -Zofran for control of nausea and vomiting
    -We will call Dr. Davis in the morning to reassess plan of care for patient

  Hypertension
    -Currently systolic of 160s
    -We will hold medical intervention at this time to avoid a hypotensive complications prior to acutely necessary
    surgical procedure tomorrow
    -IV labetalol 10 mg q2h when necessary for systolic greater than 180

  FEN
    -By mouth fluids now, 100 mL per hour IVF after nothing by mouth initiated
    -BMP and CBC pending

  PPx
    -SCD
    -Holding heparin for planned surgical procedure

---

*Sign By: MCGINN DO, THOMAS M*
*.MCGINN DO, THOMAS M*

---

Memorial Hospital of South Bend    MRN: M1108546          NAME: WILLIAMS, ALLEN J
615 N. Michigan St.
South Bend, IN 46601    FIN: M1620700267

## CHEMISTRY

|  | Collected Date | 7/25/2016 |  |  |
|---|---|---|---|---|
|  | Collected Time | 04:26 EDT |  |  |
| Procedure |  |  | Units | Reference Range |
| Sodium |  | 143 O1 | mmol/L | [136-145] |
| Potassium |  | 3.8 O1 | mmol/L | [3.5-5.1] |
| Chloride |  | 108 H O1 | mmol/L | [98-107] |
| CO2 |  | 17 L O1 | mmol/L | [22-29] |
| AGAP |  | 22 O1 | mmol/L | [6-22] |
| BUN |  | 8 O1 | mg/dL | [6-20] |
| Creatinine |  | 1.14 O1 | mg/dL | [0.70-1.20] |
| Glucose |  | 110 H O1 | mg/dL | [70-106] |
| GFR (calc) African American |  | >60 | mL/min/1.73m^2 | [>=60] |
| GFR (calc) Non African Am |  | >60 ^1 | mL/min/1.73m^2 | [>=60] |
| Calcium |  | 9.0 O1 | mg/dL | [8.6-10.0] |

Order Comments
O1:    BMP Basic Metabolic Panel (BMP)
       Calcium, CO2, Chloride, Creatinine, Glucose, Potassium, Sodium, BUN

Interpretive Data
^1:    GFR (calc) Non African Am
       Accurate GFR(calc) requires stable level of kidney function. Chronic kidney disease indicated
       by GFR(calc) less than 60 mL/min/1.73m^2 for 3 or more months.

       Moderate decrease in GFR(calc):    30-59
       Severe decrease in GFR(calc):      15-29
       Kidney failure in GFR(calc):       <15

## HEMATOLOGY

|  | Collected Date | 7/25/2016 |  |  |
|---|---|---|---|---|
|  | Collected Time | 04:26 EDT |  |  |
| Procedure |  |  | Units | Reference Range |
| WBC |  | 10.25 | x10(3)/mm3 | [4.00-11.00] |
| RBC |  | 4.44 | x10(6)/mm3 | [3.90-5.90] |
| Hemoglobin |  | 14.0 | gm/dL | [13.0-17.3] |
| Hematocrit |  | 42.8 | % | [39.0-53.0] |
| MCV |  | 96.4 | fl | [81.0-100.0] |
| MCH |  | 31.5 | pg | [27.0-34.0] |
| MCHC |  | 32.7 | gm/dL | [30.0-36.0] |
| Platelet |  | 225 | x10(3)/mm3 | [130-470] |
| MPV |  | 10.0 ^2 | fl | [9.4-12.4] |
| RDW |  | 14.4 ^3 | % | [12.2-15.2] |
| Neutro Auto |  | 80.0 | % |  |
| Lymph Auto |  | 10.7 | % |  |
| Mono Auto |  | 9.3 | % |  |

Report Request ID:    57161555          7/25/2016 12:31 EDT
                                        Page 11 of 12

Memorial Hospital of South Bend   MRN: M1108546          NAME: WILLIAMS, ALLEN J
615 N. Michigan St.
South Bend, IN 46601              FIN:  M1620700267

| HEMATOLOGY |
|---|

Collected Date  7/25/2016
Collected Time  04:26 EDT

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Eos Auto | 0.0 | % | |
| Basophil Auto | 0.0 | % | |
| Abs Neutro | 8.20 | x10(3)/mm3 | [1.67-8.47] |
| Abs Lymph | 1.10 | x10(3)/mm3 | [1.03-4.84] |
| Abs Mono | 0.95 | x10(3)/mm3 | [0.27-0.98] |
| Abs Eos | 0.00 L | x10(3)/mm3 | [0.11-0.55] |
| Abs Basophil | 0.00 L | x10(3)/mm3 | [0.02-0.10] |

Interpretive Data

^2:   MPV

A result of *0.00 for MPV is due to variation in platelet size where the instrument could not obtain an accurate measurement.

^3:   RDW

A result of *0.00 for RDW indicates anisocytosis (size) that may be from a heterozygous population of cells and/or poikilocytosis (shape) typically seen in blood transfusions. Unable to report due to dimorphic RBC population.

Memorial Hospital of South Bend    MRN:  M1108546              NAME: WILLIAMS, ALLEN J
615 N. Michigan St.
South Bend, IN 46601               FIN:  M1620700267

## DR. PROGRESS NOTES

**Associated Diagnoses:  None**
**Author:  ENCK MD, RYAN D**

### Subjective:
This is a 37-year-old man with history of blindness who is here with right globe rupture. The patient reports that he continues to have pain that extends back into his head on the right side. Pain is poorly controlled with IV morphine.

### Objective:

| Vital Signs (last 24 hrs) | Last Charted | Minimum | Maximum |
|---|---|---|---|
| **Temp** | 98.2 (JUL 26 10:08) | 98.2 (JUL 26 10:08) | 99.5 (JUL 25 23:30) |
| **Heart Rate** | L 51 (JUL 26 10:08) | L 51 (JUL 26 10:08) | 76 (JUL 25 23:30) |
| **Resp Rate** | 18 (JUL 26 10:08) | 12 (JUL 26 00:30) | 23 (JUL 25 22:29) |
| **SBP** | 136 (JUL 26 10:08) | 107 (JUL 25 22:49) | H 146 (JUL 25 23:30) |
| **DBP** | 88 (JUL 26 10:08) | L 50 (JUL 25 22:19) | H 111 (JUL 25 22:39) |

### Physical Exam:
**General:** Alert and Oriented
**Eye:** Right eye bandaged. Bandage not removed. Extraocular movements intact on left.
**Respiratory:** Lungs clear to auscultation bilaterally. No wheezes or rhonchi. Crackles are absent at the bases.
**Cardiovascular:** Distant heart sounds. RRR.
**Integument:** Four sutures under right eye. Six sutures above left eye.

### Labs:

JUL 26 06:46

$$141 \mid H\ 109 \mid 8 \mid \underline{\hspace{4cm}} H\ 127$$

$$4.3 \mid L\ 20 \mid 1.19 \setminus$$

JUL 26 06:46

$$\setminus L\ 12.4 \mathbin{/} \\ 7.01 \underline{\hspace{2cm}} 192$$

$$\mathbin{/} L\ 38.8 \setminus$$

### Assessment and Plan:

37-year-old man with blindness who is here with right globe rupture.

Right globe rupture: S/p Globe repair yesterday by Dr. Davis. Pain poorly controlled. Per the patient, he will not be allowed to have narcotic pain meds when he returns to prison. The patient is afebrile without leukocytosis.
- Daily Levaquin
- Continue to monitor vitals for signs of infection
- Vigamox drops QID

---

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 08/02/2016

Memorial Hospital of South Bend
615 N. Michigan St.
South Bend, IN 46601

MRN: M1108546

FIN: M1620700267

NAME: WILLIAMS, ALLEN J

## DR. PROGRESS NOTES

- Prednisone drops QID
- No bending, straining, and lifting
- Right eye shield will be worn at all times
- Pain control with Percocet and Morphine
- Dr. Davis consulted, appreciate recs; will follow up today concerning dispo and recommendations.

Sutures: Four sutures below left eye. Six sutures above right eye.
- Sutures will need to be removed on 10/29/16

Hypertension: BP improved with pain management.
- Pain control
- IV labetalol 10 mg every 2 hours when necessary for systolic blood pressure greater than 180

FEN:
- D/C fluids

Ppx:
- SCDs and early ambulation

*Electronically Signed By: ENCK MD, RYAN D on 07/26/2016 10:44 AM*

## CHEMISTRY

Collected Date: 7/26/2016
Collected Time: 06:46 EDT

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Sodium | 141 O1 | mmol/L | [136-145] |
| Potassium | 4.3 O1 | mmol/L | [3.5-5.1] |
| Chloride | 109 HO1 | mmol/L | [98-107] |
| CO2 | 20 LO1 | mmol/L | [22-29] |
| AGAP | 16 O1 | mmol/L | [6-22] |
| BUN | 8 O1 | mg/dL | [6-20] |
| Creatinine | 1.19 O1 | mg/dL | [0.70-1.20] |
| Glucose | 127 HO1 | mg/dL | [70-106] |
| GFR (calc) African American | >60 | mL/min/1.73m^2 | [>=60] |
| GFR (calc) Non African Am | >60 ^1 | mL/min/1.73m^2 | [>=60] |
| Calcium | 8.9 O1 | mg/dL | [8.6-10.0] |

Order Comments
O1:    BMP Basic Metabolic Panel (BMP)
        Calcium, CO2, Chloride, Creatinine, Glucose, Potassium, Sodium, BUN

Interpretive Data
^1:    GFR (calc) Non African Am
        Accurate GFR(calc) requires stable level of kidney function. Chronic kidney disease indicated
        by GFR(calc) less than 60 mL/min/1.73m^2 for 3 or more months.

        Moderate decrease in GFR(calc): 30-59

---

Name: WILLIAMS, ALLEN                    DOB: 10/18/1978                    Date: 08/02/2016

Memorial Hospital of South Bend     MRN: M1108546                    NAME: WILLIAMS, ALLEN J
615 N. Michigan St.
South Bend, IN 46601                FIN: M1620700267

## CHEMISTRY

Interpretive Data
^1:     GFR (calc) Non African Am
            Severe decrease in GFR(calc):     15-29
            Kidney failure in GFR(calc):      <15

## HEMATOLOGY

Collected Date: 7/26/2016
Collected Time: 06:46 EDT

| Procedure   | Value  | Units       | Reference Range |
|-------------|--------|-------------|-----------------|
| WBC         | 7.01   | x10(3)/mm3  | [4.00-11.00]    |
| RBC         | 4.02   | x10(6)/mm3  | [3.90-5.90]     |
| Hemoglobin  | 12.4 L | gm/dL       | [13.0-17.3]     |
| Hematocrit  | 38.8 L | %           | [39.0-53.0]     |
| MCV         | 96.5   | fl          | [81.0-100.0]    |
| MCH         | 30.8   | pg          | [27.0-34.0]     |
| MCHC        | 32.0   | gm/dL       | [30.0-36.0]     |
| Platelet    | 192    | x10(3)/mm3  | [130-470]       |
| MPV         | 10.0 ^2 | fl         | [9.4-12.4]      |
| RDW         | 14.4 ^3 | %          | [12.2-15.2]     |

Interpretive Data
^2:     MPV
            A result of *0.00 for MPV is due to variation in platelet size where the instrument could not
            obtain an accurate measurement.
^3:     RDW
            A result of *0.00 for RDW indicates anisocytosis (size) that may be from a heterozygous
            population of cells and/or poikilocytosis (shape) typically seen in blood transfusions. Unable to
            report due to dimorphic RBC population.

---

Name: WILLIAMS, ALLEN                          DOB: 10/18/1978                          Date: 08/02/2016

PATIENT:             ALLEN WILLIAMS
IDOC#:               138186
DATE OF BIRTH:      10/18/1978
DATE:                07/26/2016 3:11 PM

## Diagnosis Summary/Problem List

**PROBLEM LIST**

| Problem Description | Onset Date | Chronic | Clinical Status |
|---|---|---|---|
| Visual disturbance as sequela of cerebrovascular disease | 09/20/2013 | Y | |
| Antisocial personality disorder | 04/02/2010 | Y | |
| Legal blindness USA | 11/06/2013 | Y | |

**Document generated by: Fatima Agemy   07/26/2016**

## Provider Consultation Report

Reference #: _____          Date of Service: 7/29/16

Inmate: Allen Williams     Inmate ID: 138186    DOB: 10/18/78

Institution: _____  Institution ID: _____  Phone: _____

Provider: Colon     Provider Type: _____  Location: Whtson Vision

**\*\*\* See Attached Consultation Request for Health Services Authorized \*\*\***

*For Security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security considerations, all recommended testes and treatments are to be scheduled by Corizon.*

---

**Review of Case:** (Chief Complaint, exam findings etc)

New pt to area. known to this practice
for corneal transplant, both eyes and glaucoma.
Pt was assaulted 5 d ago and received
blunt trauma to the corneal graft was
separated from host cornea. It was over

**Diagnosis and Prescription Suggestions:** (To be reviewed by Corizon Medical Director)

1. Blunt ocular trauma, right eye
2. Avulsed cornea graft, right eye – repaired
3. Hypotony, both eyes   4. Corneal abrasion, right

**Can equivalent medication substitution be used?** (Yes)  No.    **Follow-up needed?** (Yes)  No

**If follow-up needed, explain:**

Trauma to right eye with collapsed
anterior chamber; s/o corneal graft repair
possible retina choroids due to low eye pressure

Provider Name (print): Luis E. Colon MD   Provider Signature: E. Colon   Date: 7/29/16

To be completed by Corizon provider

**Recommendation after review of consultant's report:**   No further action   Implement the following:

**Implement:**

Corizon Provider Name (print):     Corizon Provider Signature:     Date: 7/29/16

---

Friday, July 29, 2016

# Luis E Colon MD

License: 01036613A DEA: BC1819305 NPI: 1255391666
Whitson Vision PC
901 E 86th Street  Indianapolis, IN 46240
Phone: 317-844-5500  Fax: 317-573-4230

**PATIENT:** Allen Williams **Gender:** Male    **DOB:** 10/18/1976    **DAY TEL:**
1 Parkrow  Michigan City, IN 46360    **MRN:** 119634    **EVENING:** 219 674-72566147

| DRUG | SIG | Dispense | REFILLS | Brand Medically Necessary | QUANTITY |
|---|---|---|---|---|---|
| erythromycin 5 mg/gram (0.5 %) eye ointment | 1 drop in right eye as directed<br><br>Pharm. Message: apply 1/8 of inch to right eye every 3 hours while awake and at bedtime.<br>Cash Card: BIN: 011867 PCN: HT Group: BSURE11 ID: Weno | 1 (one) Tube 30 day supply | 1 | No | ☑ 1-24<br>25-49<br>50-74<br>75-100<br>101-150<br>151 and over |
| atropine 1 % eye drops | 1 drop in right eye three times a day<br><br>Pharm. Message: Cash Card: BIN: 011867 PCN: HT Group: BSURE11 ID: Weno | 1 (one) Bottle 30 day supply | 1 | No | ☑ 1-24<br>25-49<br>50-74<br>75-100<br>101-150<br>151 and over |
| Combigan 0.2 %-0.5 % eye drops | Add'l Sig: 1 drop BID in right eye<br><br>Pharm. Message: 1 drop twice a day in right eye Dispense: 1 Bottle 1 Bottle | 1 (one) | 1 | No | ☑ 1-24<br>25-49<br>50-74<br>75-100<br>101-150<br>151 and over |
| Lotemax 0.5 % eye gel drops | Add'l Sig: 1 drop DAILY in right eye<br><br>Pharm. Message: 1 drop daily in right eye Dispense: 1 Bottle 1 Bottle | 1 (one) | 1 | No | ☑ 1-24<br>25-49<br>50-74<br>75-100<br>101-150<br>151 and over |

Refill NR 1 2 3 4 5  Void after _____

_____  _____
Dispense as Written      May Substitute
Prescription is void if more than one (1) prescription is written per blank.

#1255391668
NPI 1255391686

Name: WILLIAMS, ALLEN      DOB: 10/18/1978      Date: 03/08/2019



# WHITSONvision

Whitson Vision PC
901 E 86th Street
Indianapolis, IN 46240
317-844-5500   317-573-4230
07/29/2016

PATIENT NAME
Williams, Allen   ACCT: 119634

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 1 Parkrow | Michigan City | IN | 46360 |

RIGHT EYE

atropine 1 %-1 drop three times a day

Combigan 0.2 %-0.5 % eye drops-1 drop BID

erythromycin 5 mg/gram (0.5 %)-apply 1/8th of inch every 3 hour while awake and at bedtime.

Lotemax Gel 0.5 %-1 drop four times a day

Lortab 7.5 Ī PO q 4 h as needed for pain.

Prepared by:LCOLON

JE Colón

Luis E. Colón. MD

SHIELD AT BEDTIME OD

---



**Whitson Vision PC**
901 E 86th Street
Indianapolis, IN 46240
317-844-5500  317-573-4230
THIS DOCUMENT WAS CREATED ON: 08/03/2016 01:31:32 PM BY: Jennifer Savage, COA

Exam Date: Wednesday, August 03, 2016

**PATIENT NAME: Allen  Williams**

PATIENT ID: 119634          BIRTH DATE: 10/18/1978    AGE: 37
GENDER:      Male           RACE: Black or African American


## *History*

**Chief Complaint/Reason For Visit:** Pt presents for cornea check OD.  Pt notes OD feels okay.  Pt arrived with sheild in place.  Using thinks he getting the Lotemax gel QID OD, E-mycin ung Q3° WA and QHS OD, Atropine TID OD, and Combigan BID OD.  JS

**PAST MEDICAL HISTORY:**
OCULAR:                Bullous Keratopathy OS, Glaucoma, Corneal ulcer,Aphakic OU
PROCEDURES :           07/24/2016 OD Corneal Graft Dehiscense Repair, PKP OS 2009, PKP OD and glaucoma
shunt 2012,Cataract Extraction OD 2007, cataract extraction OS 2009, 5/21/2013  PKP OS
INFECTIOUS:            No known previous infections
OCULAR SIGNIFICANT: No known ocular significant illnesses
ILLNESSES:             Antisocial personality disorder
SURGERIES:             No known previous general surgeries
HEAD/OCULAR TRAUMA: No known history of trauma
**SOCIAL HISTORY:**
SMOKING:               Never Smoker
**FAMILY HISTORY:**
FAMILY:                No family history noted

**CURRENT MEDICATIONS:**
benztropine 2 mg as of:1/22/2014 11:26:22 AM
Remeron 45 mg as of:1/22/2014 11:26:22 AM
Risperdal 1 mg as of:1/22/2014 11:26:22 AM

**Ophthalmic:**
atropine 1 %              1 drop TID in right eye                        08/03/2016
Combigan 0.2-0.5 % Drops  1 drop BID in right eye                        08/03/2016
erythromycin 5 mg/gram (0 1 drop as directed in right eye
erythromycin 5 mg/gram (0 1 drop NIGHTLY in right eye                    08/03/2016
Compliance Issue With erythromycin 5 mg/gram (0.5 %) Pt. Reported Use:use prn for comfort
Lotemax Gel 0.5 %         1 drop QID in right eye 1 Bottle               08/03/2016

**ALLERGIES:**
Penicillins:Anaphylaxis (39579001)

**REVIEW OF SYSTEMS:**
All other Review Of Systems negative


## *Exam*

ORIENTATION, MOOD AND AFFECT: Alert & oriented x3
                             RIGHT EYE                LEFT EYE
UNCORRECTED VA               LP                       LP

*[signature]* 8/3/16

---

| PRESSURE METHOD: | Applanation | Applanation |
|---|---|---|
| PRESSURES: | ~9 | ~18 |
| DATE-TIME: | 01:19 PM | 01:19 PM |
| TECHNICIAN: | JSAVAGE | JSAVAGE |

**EXTERNAL EYE EXAM:**

LID:                    mild lid swelling

**ANTERIOR SEGMENT EXAM:**

| TEARFILM: | TBUT intact, clear | TBUT intact, clear |
|---|---|---|
| CONJUNCTIVA: | chemosis inf. two thirds | clear, without cysts, pigmentation, papillary or follicular reaction |
| CORNEA: | sig. vascularization periph cornea, PKP secure w/ mult. interrupted sutures | PKP w/ 4+ swelling and haze w/ periph vasc. inf and nasal, 15 interrupted sutures |
| ANTERIOR CHAMBER: | 1mm deep central, PAS 360º, dense fibron and blood clot in pupil space, no other view | No view |
| IRIS: | dense fibron and blood clot in pupil space, no other view | sector iridectomy form 9:30-10:00, silicone oil behind iris |
| LENS: | unable to see | aphakic |
| ANTERIOR VITREOUS: | unable to see | |

**FUNDUS EXAM:**

DILATION and NUMBING DROPS:    Omit OU 08/03/2016 01:04:59 PM

## Impression

01 S05.91XA Ocular trauma of right eye
02 T85.318A Breakdown (mechanical) of other ocular prosthetic devices, implants and grafts, initial encounter
03 H21.01 Hyphema of right eye
04 S01.81XA Laceration of multiple sites of face
05 Z94.7 Status post penetrating keratoplasty
06 Z02.89 Health examination of prisoner
07 H40.11X3 Primary open angle glaucoma of left eye, severe stage
08 Z98.89 Glaucoma shunt device of left eye
09 H33.002 Retinal detachment of left eye with retinal break
10 Z86.69 History of failure of corneal graft

## Plan

| PRESCRIPTION | INSTRUCTION | |
|---|---|---|
| Lotemax Gel 0.5 % | 1 drop QID in right eye 1 Bottle | Continue |
| erythromycin 5 mg/gram (0.5 %) | 1 drop as directed in right eye | Discontinue |
| Combigan 0.2-0.5 % Drops | 1 drop BID in right eye | Continue |
| atropine 1 % | 1 drop TID in right eye | Continue |

Ocular trauma of right eye|S05.91XA
Breakdown (mechanical) of other ocular prosthetic devices, implants and grafts, initial encounter|T85.318A
Hyphema of right eye|H21.01
Laceration of multiple sites of face|S01.81XA
Health examination of prisoner|Z02.89

-The iop is coming up in OD, which is good

-There is a blood clot that is covering pupil and keeping us from having a view into the inside of the eye.
-Need to have ultrasound by a retinal specialist so that we will know whether or not he has an RD or anything else going on in the retina
-Will be able to better know the game plan for fixing the front of the eye after we know what is going on in the back of the eye.
-Will likely send him to Dr. Shaw - need to wait to hear from correctional facility about scheduling
-Ok to cont E-mycin ung qhs for comfort OD
-Cont Atropine tid OD
-Cont Lotemax qid OD
-Cont Combigan bid OD

RTC - prn

As attending physician, I have directly participated in the care of this patient and was present during the patient's care. I have reviewed and agree with the findings and recommendations documented and conducted direct examination when appropriate.
S. Hamilton, COA Scribing for Dr Whitson. created by:William E. Whitson, M.D.
Entered By: JSAVAGE ON 08/03/2016 AT 1:29:01 PM


William E. Whitson, M.D.          DOCUMENT CREATE DATE: 08/03/2016 01:31:35 PM

**Provider Consultation Report**

Reference #: _____   Date of Service: 10/4/16

Inmate: Allen Williams   Inmate ID: 138186   DOB: 10/18/78

Institution: _____ Institution ID: _____ Phone: _____

Provider: Shah   Provider Type: _____ Location: _____

**\*\*\* See Attached Consultation Request for Health Services Authorized \*\*\***

*For Security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security considerations, all recommended testes and treatments are to be scheduled by Corizon.*

---

Review of Case: (Chief Complaint, exam findings etc)

Decreased vision right eye

---

Diagnosis and Prescription Suggestions: (To be reviewed by Corizon Medical Director)

Tractional Retinal Detachment right eye

Vitreous hemorrhage right eye

Can equivalent medication substitution be used?   Yes   (NO)   Follow-up needed? (Yes)   No

---

If follow-up needed, explain:

patient will Need to Consult c̄ Dr Whitson and have Corneal transplant before proceeding then c̄ c̄ Retinal Surgery. Pt Needs F/U c̄ Dr Whitson + "milan Shah" MD.

Provider Name (print): Milan Shah MD   Provider Signature: Milan Shah MD.   Date: 10-4-16

**To be completed by Corizon provider**

Recommendation after review of consultant's report:   No further action   Implement the following:
Cornea transplant and vitrectomy right eye
Implement:

Corizon Provider Name (print): Kimberly _____   Corizon Provider Signature:   Date: 10/7/16

Need Dictated Notes



**MIDWEST EYE INSTITUTE**

*North Office:* 10300 North Illinois Street, Suite 1600 • Indianapolis, IN 46290
Telephone: (317) 817-1822 • Fax: (317) 817-1898
*South Office:* 535 East County Line Road • Greenwood, IN 46143
www.midwesteye.com

*Please Send All Correspondence To North Office*

**Corneal and External Disease**
Robert D. Dolde, M.D.
Stephen M. Johnson, M.D.
Clark C. Springs, M.D.

**Pediatric Ophthalmology/Strabismus**
Kathryn M. Haider, M.D.
Daniel E. Neely, M.D.
David A. Plager, M.D.
Gavin J. Roberts, M.D.
Derek T. Sprunger, M.D.

**Glaucoma**
Elenora C. Peal, M.D.
Robert M. Troyer, M.D.

**Vitreoretinal Disease and Surgery**
Thomas A. Ciulla, M.D.
Nickolas R. Fahnenstiel, M.D.
Raj K. Maturi, M.D.
John T. Minturn, M.D.
Milan Shah, M.D.

**Oculoplastic and Orbital Surgery**
Richard A. Borgott, M.D., F.A.C.S.
Scott A. Halston, M.D., F.A.C.S.
Ronald K. Lopez, M.D., F.A.C.S.
Mitchell O. Welch, M.D., F.A.C.S.

**Corporate Officers:**
Robert L. Scaglia, M.D.
John T. Minturn, M.D.
Hand Scudal, M.D.
Barbara G. Gambard, COO

| Name | Chart# | DOB | | Refer Doctor |
|---|---|---|---|---|
| Mr. Allen Williams | 4966 | 10/18/1978 (37 y.o.) | | |

| Date | Location | PCP | Insurance |
|---|---|---|---|
| 10/4/2016 | Greenwood | | CORIZON, INC. |

**Reason For Visit:** New Referral -

**HPI:** CC: Loss of Vision OD. Duration of Problem: 3-4 Months. Since Last Visit: stable. Associated Symptoms: no floaters, no flashes, eye pain (intermittent). Activity Affected: all. Pertinent Negatives: No Shadow, Curtain, or Veil. HPI obtained by Milan Shah, MD.

**Secondary:** .

**Ocular Meds (Initial):** Lotemax Ophthal Gel 0.5% 1 gtt qhs OD. Combigan 0.2%-0.5% 1 gtt bid OD. Erythromycin 0.5% Ophthal Oint 1/4 inch qid OD. Atropine Sulfate 1% 1 gtt tid OD. Brimonidine 0.2% 1 gtt tid. Prednisolone Acetate 1% Ophl Susp. 1 gtt qid OD. Timoptic 0.5% 1 gtt bid OD.

**Mental Status:** Alert and oriented x 3, appropriate mood/affect. Hx Source: Patient.

**Medical Hx:** Hypertension, Systemic. **Surgical Hx:** Corneal Transplant (hx of several transplant Most recent was 3-4 yrs ago. ).

**Systemic Meds:** Colace 100 mg. metoprolol tartrate 25 MG (metoprolol succinate 23.75 MG) Oral Tablet.

**Allergies:** Penicillin.

**Family Hx:** No family history of RD, AMD or glaucoma. No family history of HTN, DM, stroke or MI. Cancer (Grandmother). **Social Hx:** Marital Status: Single. Occupation: Unemployed. Smoking/Tobacco: Former Smoker. Alcohol: None. Substance Abuse: None. Living Conditions: Unknown.

**ROS:** Ocular: See HPI. Cardiovascular: Negative. Constitutional: Negative. Endocrine: Negative. Gastrointestinal: Negative. Genitourinary: Negative. Hematology/Oncology: Negative. HENT: Negative. Integumentary: Negative. Musculoskeletal: Negative. Neurologic: Negative. Respiratory: Negative.

**VA OD:** DccLP      **OS:** DccLP      **IOP:** TP      **OD:** NP      **OS:** 36      1:51 PM

**Dilation: Tech:** LB **Location:** OU. Discussed effects of drops; Tropicamide 1%; Phenylephrine 2.5%. **Time:** 1:51 PM

**Extended HPI:** Patient here today for retinal evaluation OD. Patient was told he has a retinal detachment OD. Patient notes that on July 25 2016 he was stabbed in the right eye. Patient states ever since the " incident " vision has declined. He admits he can only see light out of OD. Patient also admited to having eye pain (dull ache - constant, sharpe pain - comes and goes) x 3 week. Patient notes that the vision in the left eye is poor due to a retinal detachment that happened about 4-5 years ago. Patient notes he did have retinal detachment repair with a Dr. In Mishiwaka, "but things didnt turn out well.". Patient notes that he has had atleast 2 corneal transplant in the right eye in the past. After the recent stabbing trauma in June , he had emergency surgery to close up the wound. Patient was then sent to Dr. Whitson for evaluation and was noted to have the possibility of a retinal detachment and therefore sent here for further evaluation.

| External | Right Eye | Left Eye |
|---|---|---|
| • Pupils | Shape Normal. Normal Direct Reaction. No RAPD. | Shape Normal. Normal Direct Reaction. No RAPD. |
| • Motility | Full. Orthotropic. | Full. Orthotropic. |
| • CVF | Full. | Full. |
| • Adnexa | Normal Lid. Normal Lacrimal Gland. Normal Orbit. | Normal Lid. Normal Lacrimal Gland. Normal Orbit. |

| Anterior | Right Eye | Left Eye |
|---|---|---|
| • L/C/S | clear, without cysts, pigmentation, papillary or follicular reaction. | clear, without cysts, pigmentation, papillary or follicular reaction. |
| • Cornea | Fibrotic tissue. PKP. Thickened cornea. Neovascularization. Nylon sutures ( 18 of them and some are loose). Cloudy cornea. | Peripheral Neovascularization. PKP. Microcystic Edema. Thickened cornea. |
| • Anterior Chamber | Shallow, there is fibrosis / cyclitic membrane likely in the pupillary zone.. | No view. |
| • Iris | dense fibrin and blood clot in pupil space, no other view. | sector iridectomy from 9:30-1:00 silicone oil behind iris. |
| • Lens | Unable to see . | Aphakic ??. |

| Posterior | Right Eye | Left Eye |
|---|---|---|
| • General | No view due to the cornea. | |
| • Nerve | No View. | No View. |
| • Vitreous | No View. | Silicone Oil. |
| • Retinal Vessels | No View. | Normal Caliber. |
| • Macula | No View. | No View. |
| • Periphery | No View. | Red relex ; Appears generally attached . No details visible except for laser scarring inferiorly. . |

**B-Scan: Findings OD:** Reason for Testing: Cloudy cornea. Vitreous Opacities Consistent with Hemorrhage. Echographic Findings Consistent with a Tractional Retinal Detachment (Temporal). Plan: Supports Consideration and Discussion of Treatment.

**B-Scan: Findings OS:** Reason for Testing: Dense corneal opacity. Silicone oil reflections. . CAnnot determine retinal status.. Plan: No treatment at this time/observe.

**Imp/Plan:**

1. Penetration of Globe, Unspecified, Subsequent Encounter OD. Observe . Rec PKP with Dr. Whitson with synechiolysis and ant vitrectomy. To follow with PPV at a later date.
2. S/P - Penetrating Keratoplasty (PKP) OD. Failed / thickened graft. REc that patient see Dr. Whitson for a PKP and anterior synechiolysis / vitrectomy. I can then perform a PPV 6 weeks later to clear out the vitreous and examine the retina.
3. S/P - Penetrating Keratoplasty (PKP) OS. Decompensated graft. Observe .
4. Vitreous Hemorrhage OD. Recommended vitrectomy for vitreous hemorrhage after discussion of risks/benefits/alternatives. Patient instructed to sleep with head of bed elevated.
5. Retinal Detachment OS. Recommended observation. Unable to assess status of the retina as the view is poor through the decompensated cornea and silicone oil prevents use of ultrasound in meaningful manner. Observe for now.

**Ocular Meds (Final):** Lotemax Ophthal Gel 0.5% 1 gtt qhs OD. Atropine Sulfate 1% 1 gtt tid OD. Prednisolone

DM  HTN  HIV  GLA

Pt. unhappy that he is not getting his drops q 6 hrs; but instead 5:30 am, 8am, 5:30pm, 8pm

| Current Rx | | Add | VA | c | s | L | Conf. Visual Fields | R |
|---|---|---|---|---|---|---|---|---|
| OD: | | | 20 | / NLP | | | | |
| OS: | | | | NLP | | | | |

| Refn | MR | OR | Phorias | D | N | Pupils | Motility |
|---|---|---|---|---|---|---|---|
| OD: | | | CT | | | PERRLA - MG | |
| OS: | | | VG | | | Yes   No | |

| Final Rx | | Add | | Other Tests | Intraocular Pressure | NCT | Ta |
|---|---|---|---|---|---|---|---|
| OD: | | 20 / | | | OD: ~18 | | |
| OS: | | | | | OS: ~18  Time: | | |
| Pd | | | | | | | |

### Slit Lamp Exam
OD        OS

LLL
S/C
C
I    Cloudy on sfp PK
AC
L

### Internal Exam
Dilation  T 0.5%  T 1%  C 1%    Lenses  Superfield  90D  78D  20D

OD        OS

No view →





**Assessment:**
1.) Blind 2° to failed grafts
2.)
3.)
4.)

**Plan:**
1.) Will talk to HSA about
2.) eyedrops sched, to try
3.) to get dose closer to
4.) q 5-6 hours

| RTC: 6 mos | | Name of Patient: Williams | |
|---|---|---|---|
| Dennis Lewton O.D. | 2/7/2025 | DOC Number 138186 | Date of Birth 10/18/78 |

## OPTOMETRIC VISION SCREENING
State Form 46045 (7-93)

DM  HTN  HIV  GLA

| Current Rx | | | Add | VA | c | s | L | Conf. Visual Fields | R |
|---|---|---|---|---|---|---|---|---|---|
| OD: | | | | 20 | MLP | | | | |
| OS: | | | | | MLP | | | | |
| Refn | MR | OR | Phorias | D | N | | Pupils | | Motility |
| OD: | | | CT | | | | PERRLA - MG | | |
| OS: | | | VG | | | | Yes    No | | |

| Final Rx | | Add | | Other Tests | Intraocular Pressure | NCT | Ta |
|---|---|---|---|---|---|---|---|
| OD: | | 20 / | | | OD: ue | | |
| OS: | | | | | OS: ue | | |
| Pd | | | | | Time: | | |

### Slit Lamp Exam
OD          OS

LLL

S/C

C    failed grafts ue

I

AC

L

### Internal Exam
Dilation    T 0.5%    T 1%    C 1%    Lenses    Superfield    90D    78D    20D

OD          OS

**Assessment:**
1.) Blurd 2° to failed grafts
2.)
3.)
4.)

**Plan:**
1.) Can't current tx
2.) Monitor
3.)
4.)

| RTC: 6 mos f/u | | Name of Patient: Williams | |
|---|---|---|---|
| Dennis Lewton O.D. | 7/12/2024 | DOC Number: 138186 | Date of Birth: 10/18/78 |



E306

**OPTOMETRIC VISION SCREENING**
State Form 46045 (7-93)

DM   HTN   HIV   GLA

| Current Rx | | Add | VA | c | s | | Conf Visual Fields | |
|---|---|---|---|---|---|---|---|---|
| OD: --------------------------------------- | | | 20 / | NLP | | | | |
| OS: | | | | NLP | | | | |
| Refn | MR      OR | Phorias | D | N | Pupils | | Motility | |
| OD: --------------------------------------- | | CT | | | PERRLA - MG | | | |
| OS: | | VG | | | Yes     No | | | |

| Final Rx | Add | | Other Tests | Intraocular Pressure | NCT   Ta |
|---|---|---|---|---|---|
| OD: --------------------------------------- | 20 / | | | OD: M | |
| OS: | | | | OS: M | |
| PD | | | | Time: | |

## Slit Lamp Exam

OD          OS

LLL

S/C

C

I      S/p PK   OU
       sutures OD   opaque

AC

L

## Internal Exam

Dilation   T0.5%   T1%   C1%      Lenses   Superfield   90D   78D   20D

OD                                OS

**Assessment:**
1.) S/p PK
2.) Blind
3.) Hx Glaucom
4.)

**Plan:**
1.)
2.) Con't current tx
3.)
4.)

| RTC | | Name of Patient | |
|---|---|---|---|
| 6 mos | | **William, Allen** | |
| Signature: | Date: 7/29/2020 | DOC Number 138186 | Date of Birth 10/18/1978 |

Acetate 1% Oph. Susp. 1 gtt qid. Timoptic 0.5% 1 gtt bid OD. D/C Combigan 0.2%-0.5% 1 gtt bid OD. D/C Erythromycin 0.5% Ophthal Oint 1/4 inch qid OD. D/C Brimonidine 0.2% 1 gtt tid.

**Follow Up:** Dr. Shah - 6 weeks following PKP . Referring ( Dr. Whitson) 2 Weeks.

**CPT Codes:** 99245. G8427. 1036F. 76512RT. 76512LT.

**ICD-9 Codes:** 871.7d, V42.5d, V42.5s, 379.23d, 361.00s.

**ICD-10 Codes:** S05.61XD, Z94.7, H43.11, H33.002

Signed: _____

Electronically signed by Milan Shah, MD

**Provider Consultation Report**

Reference #: _____     Date of Service: 8/17/16

Inmate: Allen Williams     Inmate ID: 138186     DOB: 10/18/78

Institution: _____ Institution ID: _____ Phone: _____

Provider: Nordgen     Provider Type: _____ Location: _____

**\*\*\* See Attached Consultation Request for Health Services Authorized \*\*\***

*For Security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security considerations, all recommended tests and treatments are to be scheduled by Corizon.*

Review of Case: (Chief Complaint: exam findings etc)

Pt is here for an ultrasound of the right eye

Findings: Retinal detachment, right eye

Diagnosis and Prescription Suggestions: (To be reviewed by Corizon Medical Director)

Recommend combined Corneal/retinal surgery to repair the retinal detachment in the right eye & recommend that pt be placed under Constant

Can equivalent medication substitution be used? Yes   No     Follow-up needed? Yes   No

If follow-up needed, explain:

Yes, coordination for surgery to be done through Dr Whitson.

Provider Name (print): Rick Nordgren, MD     Provider Signature: _____     Date: 8/17/16

To be completed by Corizon provider

Recommendation after review of consultant's report:     No further action     Implement the following:

Implement:

Corizon Provider Name (print):     Corizon Provider Signature: _____     Date: 8/18/16

*(right margin handwritten note:)* medical Care due to blindness in both eyes Please have nurse place eye drops for right eye for the patient starting Now.



# CORIZON

### At Miami Correctional Facility

### Billing Information

Claims can be submitted electronically through Emdeon Payer ID #43160 or billed directly on a **HCFA or UB** and mailed to:

# Corizon
# Attn: Claims
# P. O. Box 981639
# El Paso, TX 79998

*If you want claims paid timely you need to submit properly.*
*__Claims should NOT be sent directly to the facility__ – this will only delay*
*payment.*

➤ Medical and Dental Claims: will have an Inmate Indiana <u>DOC ID number</u>
➤ Use Facility Location as Member Home Address

### Corizon Contact Information:

Provider Claim Status Inquiries: 888-865-2910

---

### Instructions to Provider

➤ Complete the Provider Consultation Report for preliminary documentation of services provided. **This is what the hospital/provider should use to submit the claim.** Place a copy of the completed form in a sealed envelope and send it back with the Correctional Officer when the inmate returns to custody.

➤ Authorization and payment is provided only for requested procedures or treatment of life-threatening conditions. Prior approval from the Corizon Medical Director is required for additional procedures or hospitalizations.

➤ Submit claims to Corizon, Inc. or other primary payers as identified. Medicare and Medicaid in Indiana are not a source of reimbursement for inmate care.

---

Name: WILLIAMS, ALLEN                    DOB: 10/18/1978                    Date: 08/23/2016

# RECORD OF MEDICAL TRANSFER

State Form 42464 (R2 / 5-02)

**INSTRUCTIONS:**
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon the conclusion of treatment.
4. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

## SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility: | Name of receiving facility: | | |
|---|---|---|---|
| **Miami Correctional Facility** | | | |

| Name of patient: | DOC number: | Date of birth: | Religion: |
|---|---|---|---|
| Allen Williams | 138186 | 10/18/78 | N/A |

| Age: | Sex: | Race: | Social Security number: | Name and address of spouse: |
|---|---|---|---|---|
| | M | | | N/A |

Next of kin to be notified:

| Name: | Address: | Relationship: | Telephone number: |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

## SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST

Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request:

US of Right Eye

Authorization number:

## SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/ or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent: | Date signed: | Signature of Medical Director: | Date signed: |
|---|---|---|---|
| | | | 8/16/16 |

| Signature of referring physician: | | Date signed: |
|---|---|---|

**State of Indiana**

Division of Medical and Clinical Healthcare Services

**Department of Correction**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: MCF

Patient: **ALLEN WILLIAMS**
Date of Birth: **10/18/1978**
Date: **(08/16/2016 12:45 PM ) 08/16/2016 3:01 PM**
Present for: **Nurse Visit**

| Medication | Directions |
|---|---|
| Remeron 45 mg tablet | Take one tablet by mouth daily in PM |
| Colace 100 mg capsule | take 1 capsule by oral route 2 times every day |
| Combigan 0.2 %-0.5 % eye drops | 1 drop BID in R eye |
| Lotemax 0.5 % eye gel drops | 1 drop right eye dly |
| brimonidine 0.2 % eye drops | instill 1 drop by ophthalmic route every 12 hours into affected eye(s) |
| prednisolone acetate 1 % eye drops,suspension | instill 1 drop by ophthalmic route every day into affected eye(s) |
| Timoptic 0.5 % eye drops | 1 drop to R eye two times a day |
| erythromycin 5 mg/gram (0.5 %) eye ointment | apply 1/8 inch ribbon of ointment to right eye hs for comfort |
| Risperdal 4 mg tablet | take 1 tablet by oral route every bedtime at 9:00 PM |
| benztropine 2 mg tablet | take 1 tablet by oral route every bedtime at 9:00 PM |
| atropine 1 % eye drops | 1 drop Right eye 2 times dly |
| ketorolac 30 mg/mL injection solution | inject 1 milliliter IM route every day PRN for 7 days |
| metoprolol tartrate 25 mg tablet | take 1 tablet by oral route 2 times every day |

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



## State of Indiana
**Department of Correction**

Division of Medical and Clinical Healthcare Services

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

| | |
|---|---|
| Completed By | Ashley M. Hamman, RN |
| Date Completed: | 10/08/2016 |
| Offender Name: | ALLEN WILLIAMS |
| DOB: | 10/18/1978 |
| Name of Facility: | MCF |
| IDOC Number: | # 138186 |

## DISABILITY CLASSIFICATION
**Disability Code: B**

**Section A**

**A.** No Disability. Offender is capable of performing activities of daily living.

**B.** __ x __ Offender has no useful vision even with best correction (e.g. completely blind, legally blind).

**C.** Offender has a mobility of ambulatory impairment that substantially limits gross motor movement (e.g. paraplegia, stroke with hemiplegia).

**D.** Offender is deaf or has profound hearing loss to an extent that the individual is unable to use hearing as a means of communication.

**Date:** 10/08/2016 07:28 PM
**Provider:** Kimberly Myers APN
**Document generated by:** Ashley M. Hamman, RN 10/08/2016 07:28 PM

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Provider Consultation Report

Reference #: _____          Date of Service: 1/10/17

Inmate: Allen Williams    Inmate ID: 138186    DOB: 10/18/78

Institution: _____ Institution ID: _____ Phone: _____

Provider: Whitson    Provider Type: _____ Location: _____

### *** See Attached Consultation Request for Health Services Authorized ***

For Security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security considerations, all recommended testes and treatments are to be scheduled by Corizon.

**Review of Case:** (Chief Complaint, exam findings etc)

Here for cornea transplant right eye.
Totally scarred cornea. Probable total
retinal detachment found during surgery.
Visual prognosis extremely poor.

**Diagnosis and Prescription Suggestions:** (To be reviewed by Corizon Medical Director)

Hydrocodone / Acetominophen 5/325
T̄ p° q4° prn pain
Ambien 5mg T̄ po q HS prn sleep

Can equivalent medication substitution be used? (Yes)  No.     Follow-up needed? (Yes)  No

**If follow-up needed, explain:**

Post op appointment 12:45pm 1-11-17
901 E. 86TH ST
Indianapolis IN 46240    317-844-5500

Provider Name (print): WILLIAM WHITSON, MD     Provider Signature: William Whitson MD     Date: 1-10-17

Recommendation after review of consultant's report:      No further action      Implement the following:

**Implement:**

Corizon Provider Name (print): _____ Corizon Provider Signature: _____ Date: 1/10/17



## CORIZON

<u>At Miami Correctional Facility</u>

<u>Billing Information</u>

Claims can be submitted electronically through Emdeon Payer ID #43160 or billed directly on a **<u>HCFA or UB</u>** and mailed to:

# Corizon
# Attn: Claims
# P. O. Box 981639
# El Paso, TX 79998

*If you want claims paid timely you need to submit properly.*
*<u>Claims should NOT be sent directly to the facility</u> – this will only delay payment.*

➢ Medical and Dental Claims: will have an Inmate Indiana <u>DOC ID number</u>
➢ Use Facility Location as Member Home Address

**Corizon Contact Information:**

Provider Claim Status Inquiries: 888-865-2910

---

### <u>Instructions to Provider</u>

➢ Complete the Provider Consultation Report for preliminary documentation of services provided. **This is what the hospital/provider should use to submit the claim.** Place a copy of the completed form in a sealed envelope and send it back with the Correctional Officer when the inmate returns to custody.

➢ Authorization and payment is provided only for requested procedures or treatment of life-threatening conditions. Prior approval from the Corizon Medical Director is required for additional procedures or hospitalizations.

➢ Submit claims to Corizon, Inc. or other primary payers as identified. Medicare and Medicaid in Indiana are not a source of reimbursement for inmate care.

---

## RECORD OF MEDICAL TRANSFER
State Form 4744 (R8 / 2-02)

**INSTRUCTIONS:**
1. This form is to be used when the patient leaves the correctional facility. ALL ITEMS MUST BE COMPLETED.
2. Sections A, B and C are to be completed by the correctional facility and signed by the medical director and/or referring physician.
3. Section D is to be completed upon the conclusion of treatment.
4. This form MUST BE RETURNED, with the patient, to the referring correctional facility.

### SECTION A - PRE-REGISTRATION INFORMATION

| Name of referring facility: | Name of receiving facility: | | |
|---|---|---|---|
| **Miami Correctional Facility** | | | |

| Name of patient: | DOC number: | Date of birth: | Religion: |
|---|---|---|---|
| Allen Williams | 138 186 | 10/18/78 | N/A |

| Age: | Sex: | Race: | Social Security number | Name and address of spouse: |
|---|---|---|---|---|
| | M | | | N/A |

**Next of kin to be notified:**

| Name: | Address: | Relationship: | Telephone number: |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

### SECTION B - CONSULTATION AND/OR PROCEDURE REQUEST

Condition requiring treatment, summary of treatment and medication for condition and all history pertinent to consultation request:

Corneal Transplant

Authorization number:

### SECTION C - AUTHORIZATION AND ORDER

I hereby certify that the medical and health facilities of this institution are not adequate to render proper diagnosis, treatment and/ or hospitalization in this case and feel that this referral is necessary to meet the health care needs of the patient.

| Signature of Superintendent: | Date signed: | Signature of Medical Director: | Date signed: |
|---|---|---|---|
| | | | 12/1/16 |

| Signature of referring physician: | | Date signed: |
|---|---|---|
| | | |

**State of Indiana**

Division of Medical and Clinical Healthcare Services

**Department of Correction**

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204

## Facility: MCF

| | |
|---|---|
| Patient: | ALLEN WILLIAMS |
| Date of Birth: | 10/18/1978 |
| Date: | 01/03/2017 8:39 AM |
| Present for: | |

| Medication | Directions |
|---|---|
| metoprolol tartrate 25 mg tablet | take 1 tablet by oral route 2 times every day |
| Colace 100 mg capsule | take 1 capsule by oral route 2 times every day |
| atropine 1 % eye drops | instill 1 drop by ophthalmic route 2 times every day into affected eye(s) |
| brimonidine 0.2 % eye drops | instill 1 drop by ophthalmic route every 12 hours into affected eye(s) |
| Timoptic 0.5 % eye drops | 1 gtt to R eye every 12 hoursr |
| prednisolone acetate 1 % eye drops,suspension | instill 1 drop by ophthalmic route every day into affected eye(s) |
| Ultram 50 mg tablet | take 2 tablet by oral route every 12 hours as needed |

Indiana Government Center South
302 W. Washington Street
Indianapolis, IN 46204



**WHITSON**vision
Optical • Medical • Surgical

___William E. Whitson, MD

## TRANSPLANT AFTER SURGERY INSTRUCTIONS

On the day of surgery, you should have assistance and someone to help you .while standing up or walking if you have a balance problem on the day of surgery. You may want to elevate your head on 2-3 pillows for comfort .

Leave the eye patched until the office staff or doctor removes it in the office tomorrow. You will not need to put any eye medications in the eye until you the doctor. You will receive update instructions at your postoperative exam.

For 6 wks. Do not: lifting over 20lbs, no bending over with head below your waist, No straining or strenuous activity as directed by the doctor, Never rub or push on the eye. WEAR THE EYE SHIELD WHILE SLEEPING FOR 6 WKS.

Do not get water in the eye for one wk after your surgery.

Do not drive for 24 hours, due to the medications you have received at the time of your surgery.

Call the office immediately (OFFICE 317-844-5500) if you have severe pain in the eye, which is not controlled by Medication.

BRING ALL EYE MEDICATIONS TO OFFICE FOR EVERY APPOINTMENT.

Start these eye drops after your postoperative exam:

____Ofloxacin (antibiotic) 1 (one) drop 4 times a day

____Prednisolone Acetate (steroid) 1 (one) drop 4 times a day
*No gtts (drops)*

*Nothing done to Right eye until seen by doctor the following day.*

Start today:
✓ Tylenol #3 / Hydrocodone 5/325mg. (pain) 1 (one) every 4 hrs as needed for pain. Do not take on an empty stomach.
✓ Ambien (sleep) 1 (one) at bedtime as needed.

____Resume your _____ (Blood thinning agent) 1 dose today when you get home and then normal daily dose beginning tomorrow morning.

PATIENT NAME: *Allen Williams*  APPOINTMENT: *12:45 /-11-17 at Indy Office*

APPOINTMENT OFFICE LOCATION:
☐ 901 E. 86th St.
Indianapolis, IN 46260

☐ 1115 Ronald Reagan PKWY.
Suite #223
Avon, IN 46254

---



**WHITSON**vision
Optical • Medical • Surgical



___William E. Whitson, MD

## HOW TO CARE FOR YOUR EYE
## AFTER CORNEAL TRANSPLANT

You have just had a corneal transplant to restore sight to your eye. Your transplant must be taken care of to be successful. The following are general guidelines on the care of your corneal transplant.

It is very important that you take your eye medicines as directed and that you do not miss or run out of your eye medicines.

The cornea can reject any time the rest of your life. Every rejection episode you have can increase your risk of having another rejection and possibly having a failed graft with decreased vision.

<u>AT ANY TIME</u> contact the office **immediately**, even if it is on the weekend, if any of the following signs of rejection should occur:

    You develop pain
    Your vision gets worse or blurry
    Your eye becomes red
    Your eye develops any signs of infection

<u>FLU SHOTS</u> If you get a flu shot you, will need to start or increase your steroid drop. Start 3 days prior to the shot the steroid drop 4 times day. Continue the steroid drop 4 times a day for 10 days.

Avoid getting water in the eye for the first week following your corneal transplant.

Wear the shield at bedtime for 6 weeks.

For the first 6 (six) weeks follow these guidelines:
Do not rub or push on the eye.

For the first 3 (three) weeks follow these guidelines:
Keep your head at waist level and do not bend over with your head past your waist. Do not lift any thing over 20 to 30 lbs. or any thing that may cause red in the face type of straining (which causes that pressure sensation on your eye and face).

NAME: WILLIAMS, ALLEN
DOB: 10/18/78 SEX: M
DR: WHITSON ACCT#: 15731
ADDR: 1 PARKROW
MICHIGAN CITY, IN 46360

**Central Indiana Surgery Center**
9002 N. Meridian St., Lower Level
Indianapolis, IN
(317) 848-1763

# POSTOPERATIVE DISCHARGE INSTRUCTIONS

1. Do not drive a car, operate power equipment, climb onto ladders, drink alcoholic beverages or sign legal documents for remainder of the day. Must be with someone for 24 hours.

2. Activity is restricted to: (circle all that apply)
   a. Bed, sofa or chair today and tonight
   b. Have head elevated with at least 2 pillows
   c. Lie flat with the exception of bathroom privileges, eating and medication administration until tomorrow's appointment
   d. May shower or bathe per doctor's order

3. Call doctor immediately if you have persistent nausea, vomiting, SEVERE deep eye pain, pressure, or headache. Call doctor if you have eye redness, swelling or profuse drainage. Physician must be notified of increased floaters, curtains, cobwebs or flashes of light in your vision.

4. Dressing instructions: (circle all that apply)
   a. Wear eye shield at naps and bedtime
   b. Wear eye shield until tomorrow's postoperative appointment
   c. Reinforce dressing as needed with tape
   d. Keep eye dry

5. Make sure you wash your hands with soap and water before applying eye drops. Medication instructions: (circle all that apply)
   a. Start eye drops today
   b. Start eye drops after tomorrow's follow up appointment

6. Resume normal medication

Your signature below indicates you have read and understand your discharge instructions.

_1225_
(Time)

_____
(Witness)

X_____
(Responsible Party)

_Prison Officer_
(Relationship)

## WHITSON vision
Optical • Medical • Surgical

William E. Whitson, MD, FACS   Lic#01036301
Luis E. Colon, MD   Lic#01038813B

Dea# Aeu2169680

North Office: 901 E. 86th Street • Indianapolis, IN 46240 • 317-844-5500 • Fax: 317-573-4230
Avon Office: 1115 N. Ronald Reagan Pkwy, Ste 223 • Avon, IN 46123 • 317-217-3937 • Fax: 317-217-3950

Name Allen Williams

Address _____ Date 1-10-17

Ambien 5mg
TPO qhs prn for sleep
Disp #06

☒ 1-24
☐ 25-49
☐ 50-74
☐ 75-100
☐ 101-150
☐ 151 and over

REFILL NR  1  2  3  4  5   Void after _____

_____ (signature)

Dispense as Written          May Substitute
Prescription is void if more than one (1) prescription is written per blank.

---

## WHITSON vision
Optical • Medical • Surgical

William E. Whitson, MD, FACS   Lic#01036301
Luis E. Colon, MD   Lic#01038813B

Dea# Aeu2169680

North Office: 901 E. 86th Street • Indianapolis, IN 46240 • 317-844-5500 • Fax: 317-573-4230
Avon Office: 1115 N. Ronald Reagan Pkwy, Ste 223 • Avon, IN 46123 • 317-217-3937 • Fax: 317-217-3950

Name Allen Williams

Address _____ Date 1-10-17

Hydrocodone Acetominophen 5/325mg
TPO q4° prn for pain
Disp #20

☒ 1-24
☐ 25-49
☐ 50-74
☐ 75-100
☐ 101-150
☐ 151 and over

REFILL NR  1  2  3  4  5   Void after _____

_____ (signature)

Dispense as Written          May Substitute
Prescription is void if more than one (1) prescription is written per blank.



**OPTOMETRIC VISION SCREENING**
State Form 46045 (7-93)

S/P RD  OD injury  7-5-16.
Several surgeries, but vision is dark only

DIII

| Current Rx | | Add | VA c s | L | Conf. Visual Fields | R |
|---|---|---|---|---|---|---|
| OD: | | | 20/ NLP | | | |
| OS: | | | NLP | | | |

| Refn | | MR OR | Phorias | D | N | Pupils | Motility |
|---|---|---|---|---|---|---|---|
| OD: | | | CT | | | PERRLA - MG | |
| OS: | | | VG | | | has ed yes    no | |

| Final Rx | Add | | Other tests | Intraocular Pressure   NCT  Ta |
|---|---|---|---|---|
| OD: | | 20/ | Says he can not | OD: 17 |
| OS: | | | see ophthalmoscope | OS: 14 |
| Pd | | | light in either eye | Time: 11:50a |

### Slit Lamp Exam
**OD        OS**

LLL   (-)     (-)

S/C

C     S/P PK  OU

I     opaque OU

AC

L

### Internal Exam

T 0.5%  T 1%  C 1%          Superfield  90D  78D  20D

OD                                          OS

NO VIEW                                  NO VIEW

**Assessment:**
1)
2) Legally blind OU
3)
4)

**Plan:**
1) Can't Proceed
2) Atropine
3) At
4) Monitor ocular comfort

} all current

Position:    6 mos ō L/U

o - Referral    Refer to: _____

of tester    Date: 10/3/18

| PATIENT IDENTIFICATION | |
|---|---|
| Name of patient  Allen Williams | |
| Number  138186 | Date of birth |

---

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 10/08/2018

L105

explain Medication Changes → Claims he is in pain since
At reduced to BID and he can not instill
his own drops

| Current Rx | | | Add | | | Conf. Visual Fields | |
|---|---|---|---|---|---|---|---|
| OD: | | | | 20/ NLP | L | | R |
| OS: | | | | NLP | | | |
| Refn | MR OR | Phorias | D | N | Pupils | | Motility |
| OD: | | CT | | | PERRLA - MG | | |
| OS: | | VG | | | yes | no | |

| Final Rx | | Add | | other tests | Intraocular Pressure | NCT - Ta |
|---|---|---|---|---|---|---|
| OD: | | 20/ | | | OD: | |
| OS: | | | | | OS: | |
| Pd | | | | | Time: | |

### Slit Lamp Exam
OD        OS

### Internal Exam
T 0.5%  T 1%  C 1%        Superfield  90D  78D  20D

LLL

S/C

C        opaque  ole

I

AC

L

Dr. Markgraw
(260) 483-8500

**Assessment:**
1) Blind c̄ to RD and
2) Corneal graft rejection
3)
4)

**Plan:**
1) Can't At OD oll
2) Pred BID
3) Atropine Qam OD
4)

| osition: | | | | PATIENT IDENTIFICATION | | |
|---|---|---|---|---|---|---|
| o - Referral | lenos ole Refer to: | | Name of patient | Allen Williams | | |
| of tester | Date: 10/17/18 | | Number 38186 | | Date of birth | |

---

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 10/17/2018

Dr. Norvell



# OPTOMETRIC VISION SCREENING
State Form 46045 (7-93)

P307

| Current Rx | | Add | VA c s | | L | Conf. Visual Fields | R |
| OD: | | | 20/ NLP | | | | |
| OS: | | | NLP | | | | |
| Refn OD: | MR OR | Phorias CT | D | N | Pupils PERRLA - MG | | Motility |
| OS: | | VG | | | yes        no | | |
| Final Rx | | Add | | | other tests | Intraocular Pressure NCT - Ta | |
| OD: | | | 20/ | | | OD: | |
| OS: | | | | | | OS: | |
| | | | | | | Time: | |
| Pd | | | | | | | |

## Slit Lamp Exam
### OD      OS

**Internal Exam**

T 0.5%  T 1%  C 1%        Superfield  90D  78D  20D

LLL

S/C

C      Opaque one
       Stp PK one
I

AC

L

Eyes hurt when only getting Pred BID
— Dfeel better QID

OD        OS

## Assessment:
1) Blind 2° to corneal
2) graft failure
3)
4)

## Plan:
1) Cont AT
2) Pred 1%
3) Atropine
4)

osition:        6 mos f/u
o - Referral        Refer to:
of tester        Date 4/10/19

| PATIENT IDENTIFICATION | |
| Name of patient  Williams, Allen | |
| 138186 | Date of birth |

**OPTOMETRIC VISION SCREENING**
State Form 46045 (7-93)

Drops were made KOP by MD d/t patient
complaining about nurse administering drops
He claims he cannot self administer and would like

P30T

| Current Rx | | Add | VA c s | L | Conf. Visual Fields | R |
|---|---|---|---|---|---|---|
| OD: the nurses to do see so. | | | 20/NLP | | | |
| OS: Eye pain c drops | | | NLP | | | |

| Refn | | MR OR | Phorias | D | N | Pupils | Motility |
|---|---|---|---|---|---|---|---|
| OD: Says he also sees | | | CT | | | PERRLA - MG | |
| OS: Floaters since not | | | VG | | | yes    no | |

other tests          Intraocular Pressure   NCT - Ta

| Final Rx | | Add | | |
|---|---|---|---|---|
| OD: getting drops. | | 20/ | OD: | M |
| OS: | | | OS: | M |
| | | | Time: | |

Pd

## Slit Lamp Exam
OD     OS

LLL
S/C
C        STP PC one
I        opaque one
AC
L

## Internal Exam
T 0.5%   T 1%   C 1%          Superfield   90D   78D   20D.

OD                    OS

**Assessment:**
1) Blind 20 to corneal graft
   failures
2)
3)
4)

**Plan:**
1) Will discuss c M.D. to determine
2) proper administration of medicines
3)
4)

Disposition:                        D med re-order
                    2 mos f/u
o - Referral    Refer to: _____

of tester

Date: 8-7-19

PATIENT IDENTIFICATION
Name of patient: Allen Williams
Number: 138186
Date of birth:

## OPTOMETRIC VISION SCREENING
State Form 46045 (7-93)

Has not been using drops / they are KOP and he
says he can not self administer — & he is unwilling
to sign DOT agreement slt prior the c l particular
staff person

P307

| Current Rx | | Add | VA c s | L | Conf. Visual Fields | R |
|---|---|---|---|---|---|---|
| OD: | ⊕ Pain | } when he does | 20/NLP | | | |
| OS: | ⊕ floaters | not get drops | NLP | | | |
| Refn OD: | ⊕ HAs | MR OR | Phorias D N CT | Pupils PERRLA - MG | Motility | |
| OS: | | | VG | yes no | Intraocular Pressure NCT (TA) | |

| Final Rx | Add | | |
|---|---|---|---|
| OD: | | 20/ | OD: 13 |
| OS: | | | OS: 12 |
| | | | Time: |
| Pd | | | |

### Slit Lamp Exam
OD          OS

### Internal Exam
T 0.5%  T 1%  C 1%      Superfield  90D  78D  20D

LLL

S/C

C       s/p prk ou

I       opaque ou

AC

L

Assessment:
1) Blind ou
2)
3)
4)

Plan:
1) Will discuss tx c Adum
2)
3)
4)

osition:  3 mos f/u
- Referral    Refer to: _____
of test

Date: 9-4-19

PATIENT IDENTIFICATION
Name of patient
Allen Williams
Number: 138186
Date of birth

---

Name: WILLIAMS, ALLEN          DOB: 10/18/1978          Date: 09/04/2019

E306



OPTOMETRIC VISION SCREENING
State Form 46045 (7-93)

Has been getting drops

| Current Rx OD: | | Add | VA c s | L | Conf. Visual Fields | R |
|---|---|---|---|---|---|---|
| OS: | | | 20/ NLP NLP | | | |

| Refn OD: | MR OR | Phorias D N | Pupils | Motility |
|---|---|---|---|---|
| | | CT | PERRLA - MG | |
| OS: | | VG | yes    no | |

other tests     Intraocular Pressure    NCT - Ta

| Final Rx | Add | | |
|---|---|---|---|
| OD: | 20/ | OD: | 14 |
| OS: | | OS: | 12 |
| | | Time: | |

Pd

### Slit Lamp Exam
OD          OS

### Internal Exam
T 0.5%  T 1%  C 1%    Superfield  90D  78D  20D

LLL

S/C

C     S/P PK ou

I     opaque

AC

L

OD          OS

**Assessment:**
1) S/P PK ou
2) Blind
3)
4)

**Plan:**
1) Con't current tx
2) Mangr
3)
4)

| sition: | | | PATIENT IDENTIFICATION | |
|---|---|---|---|---|
| | 6 mos F/u | | Name of patient | |
| o - Referral | Refer to: | | Allen williams | |
| ol letter | | Da 12/18/19 | Number 138186 | Date of birth |

---