Indiana State Prison
1 Park Row
Michigan City, IN 46360



Office of the Clerk
United State District Court
1300 S. Harrison Street
Fort Wayne, IN 46802

**SCREENED**