UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| ALLEN WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 3:24-CV-914-JTM-JEM |
| | ) | |
| RICHARD ARNOLD, | ) | |
| Defendant. | ) | |

**ORDER**

Allen Williams, a prisoner without a lawyer, filed a set of medical records. ECF 18. These medical records appear to be in response to the court's invitation for Williams to file a motion for recruitment of counsel with medical evidence verifying his allegation of blindness (ECF 4, ECF 13), so the Court construes this filing as including a renewed motion for recruitment of counsel.

The Court observes that another inmate prepared the complaint on behalf of Williams. Consequently, the Court finds it appropriate to verify that Williams intends to proceed in a federal lawsuit against the defendant on the specific allegations contained in the complaint before deciding whether to recruit counsel on his behalf. The Court will hold a video status conference for this purpose and set a deadline for the defendant to provide any documentation he wishes to provide for the Court's consideration on the recruitment of counsel issue. Any questions or information concerning this status conference should be brought to the attention of chambers at (219) 852-6610.

For these reasons, the Court:

1) **SETS** this matter for a thirty-minute video conference regarding whether it is appropriate for the Court set to recruit counsel on behalf of Allen Williams for

1

**Thursday, May 8, 2025, at 10:00 a.m. Hammond/Central Time**, via a Zoom video conference;

2) **ORDERS** the Warden of Indiana State Prison to produce **Allen Williams, IDOC # 138186**, for the Zoom status conference set for Thursday, May 8, 2025, as described above;

3) **DIRECTS** the clerk to send a copy of this Order to the Warden and the Litigation Liaison of the Indiana State Prison; and

4) **ORDERS** the defendant to file any documentation relating to the recruitment of counsel issue by **May 1, 2025**.

SO ORDERED this 14th day of March, 2025.

                                                                s/ John E. Martin
                                                           MAGISTRATE JUDGE JOHN E. MARTIN
                                                           UNITED STATES DISTRICT COURT

cc:    All counsel of record
        Plaintiff *pro se*