Dear Magistrate Judge John E. Martin,

-FILED-
MAR 20 2025
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

I am writing this letter on behalf of Alan Williams, who is currently incarcerated at Indiana State Prison, to whom has filed a lawsuit against a sgt. Mr. Williams is a blind special needs offender and he is unable to proceed with his lawsuit due to being unable to prepare the facts & findings in relation to the lawsuit against this individual. Mr. Williams initially requested court appointed council to assist him in this regard. The courts requested that Mr. Williams send medical records/documentation to prove that he is in fact blind. Mr. Williams wants to make the courts aware that the medical records department at ISP has finally provided said document and has already mailed it to the courts on Mr. Williams behalf. So now Mr. Williams once again is requesting to have court appointed council to assist him with preparing the facts and findings in the lawsuit. Mr. Williams is currently being housed in a segregation unit inside of ISP. The unit doesn't have any reasonable accomidations. He does not have any assistance with his day to day needs. The Unit Team Manager Bains is aware of Mr. Williams handicap and yet she has got him housed on a range that doesn't even allow range tenders. The UTM Bains also refuses to help Mr. Williams fill out paperwork. She refuses to even

read his mail or to help him in preparing it. Mr. Williams is at the mercy of other offenders on his range to assist him. He's had to provide sensitive information openly due to violation of staff not providing him with proper assistance (for example: like a "jailhouse lawyer").

Mr. Williams has asked counselor Flemming who walks the range daily, for assistance with getting proper forms wich he has been ignoring. So then Mr. Williams has repeatedly made UTM Bains aware of Mr. Flemmings actions of ignoring his claim to wich now UTM Bains is also ignoring the claim treating Mr. Williams as a nuisance. This letter was written on behalf of Alan Williams DOC #138186 per verbatim by Jeremy L. Musall #792760 pertaining to Cause No: 3:24-CV-914-JTM-JEM

Sincerely,
Alan Williams