Name: Alan Williams

D.O.C.: 138186    Location DE-110

INDIANA DEPARTMENT OF CORRECTION
INDIANA STATE PRISON
1 Park Row
Michigan City, IN 46360

THIS IDENTIFIES THIS CORRESPONDENCE AS
HAVING BEEN MAILED BY AN INCARCERATED
INDIVIDUAL AT THE ABOVE CORRECTIONAL
INSTITUTION. *"WARNING"* NOT RESPONSIBLE
FOR CONTENTS. ANY ENCLOSED MONEY ORDERS
SHOULD BE REFERRED TO YOUR LOCAL
POSTMASTER BEFORE CASHING.



S SUBURBAN IL 604

17 MAR 2025

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 46360
02 7W
0008028582 MAR 17 2025

$ 000.69

Office of the Clerk
United States District Court
1300 S. Harrison Street
Fort Wayne, Indiana
            46802