-FILED-

APR 0 7 2025

At ――――――――M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

_Allen Williams_          )
         Petitioner,          )
                   )
           v.            )
_Richard Arnold_          )
         Respondent.          )

CAUSE NO.: _3;24-CU-914-JTM-JEM_

## MOTION FOR APPOINTMENT OF COUNSEL
## FOR 42 U.S.C. 1983 CIVIL RIGHTS COMPLAINT

      COMES NOW the Plaintiff, _Allen Williams_ , pro se, pursuant to 18

U.S.C. 3006 (a)(2)(B) and 28 U.S.C. 1915 (a)(d), and respectfully moves this Court for appointment

of legal counsel to represent the Plaintiff with all further actions relating to the above Cause.

      In support of this Motion, Plaintiff would show the Court as follows:

1.    That on ~~March 11th~~ _November 8th_ , ~~2025~~ _2024_ , the Plaintiff filed a Civil Rights Complaint

       under 42 U.S.C. 1983 in the United States District Court, Northern District of Indiana, South

       Bend Division;

2.    That Plaintiff is incarcerated at Indiana State Prison, and is indigent within the meaning of

       the law, having no monies, real estate, stocks, bonds, or other forms of real property that

       would enable him to pay court costs or to hire private counsel to further prosecute this matter

       in the District Court or on appeal to the Seventh Circuit Court of Appeals if warranted;

3.    That the issues raised in the Plaintiff's Civil Complaint are of complex constitutional

       dimensions and Plaintiff is unable to further prosecute this matter without proper legal

counsel;

4.     That Plaintiff has been assisted in the preparation of his preliminary legal papers by a paralegal from the prison Law Library, but said paralegal is unable to represent the Plaintiff at any hearings that may be held in regards to this cause; and

5.     That Plaintiff believes that the issues complained of have merit and are in violation of the United States Constitution, and that legal counsel is needed to properly present those issues to this Court in the furtherance of justice.

    WHEREFORE, the Plaintiff, _Allen Williams_ , respectfully moves this Honorable Court to GRANT this Motion and ORDER that legal counsel be appointed to represent Plaintiff in all matters relating to his civil complaint, and for all other relief deemed to be just and proper in the premises.

    DONE on this _3rd_ day of _April_ , _2025_ .

Respectfully submitted,

_allen Williams_
Plaintiff, pro se

# AFFIRMATION

I hereby affirm under the penalties for perjury that the representations contained in the above and foregoing MOTION FOR APPOINTMENT OF COUNSEL are true and correct to the best of my personal knowledge and belief.

_Allen Williams_

Plaintiff, pro se

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby verify under penalty of perjury that a copy of the above and foregoing _Motion For Appointment Of Counsel_ has been served upon:

_United States District Court_

_Northern District Of Indiana_

_Southbend Division_

_204 South Main Street_

_South bend, IN, 46601_

by personally handing the document to the appropriate prison official for placement into the institution's internal mailing system designed for legal mail on this _3d_ day of _April_ , _2025_.

_Allen Williams_

Petitioner, _pro se_

_Allen Williams_     _138186_

(Printed Name)          DOC#
Indiana State Prison
1 Park Row St.
Michigan City, IN 46360

3