Name: Allen Williams
D.O.C.: 138186  Location DE-110

INDIANA DEPARTMENT OF CORRECTION
INDIANA STATE PRISON
1 Park Row
Michigan City, IN 46360

THIS IDENTIFIES THIS CORRESPONDENCE AS HAVING BEEN MAILED BY AN INCARCERATED INDIVIDUAL AT THE ABOVE CORRECTIONAL INSTITUTION. **"WARNING"** NOT RESPONSIBLE FOR CONTENTS. ANY ENCLOSED MONEY ORDERS SHOULD BE REFERRED TO YOUR LOCAL POSTMASTER BEFORE CASHING.



SECURITY SCREENED

Legal Mail

S SUBURBAN IL 604
4 APR 2025 PM 8 L
FIRST-CLASS



US POSTAGE Pitney Bowes
ZIP 46360 $000.69
02 7W
0008028582 APR 04 2025

Office of the Clerk
United States District Court
1300 S. Harrison Street
Fort Wayne, Indiana
46802

46802-348899