**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| ALLEN WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 3:24-cv-00914-JTM-JEM |
| ARNOLD, | ) |
| Defendant. | ) |

## **DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Defendant Richard Arnold, by counsel, Emily Hoegler, Deputy Attorney General, pursuant to L.R.6-1(c), respectfully requests a 14-day extension of time to file one joint summary judgment motion based on the exhaustion of administrative remedies. In support, Defendant states the following:

1. The deadline to file one joint summary judgment motion is April 23, 2025. [ECF 17] That date has not passed.

2. Defendant served Plaintiff First Request for Production of Documents and First Interrogatories on March 25, 2025.

3. The Plaintiff's responses to the Defendant's discovery requests is due April 28, 2025.

4. Defendant respectfully requests an additional 14 days to review the Plaintiff's responses to the discovery and file the summary judgment motion.

5. Defendant believes good cause exists to support the requested extension.

6. Defendant submits this request in good faith and not for the purpose of undue delay.

7. Plaintiff, who is incarcerated and proceeding pro se, was not contacted regarding the requested extensions as it would be impractical to timely obtain his position.

WHEREFORE, Defendant, by counsel, respectfully requests a 14-day extension of time to file one joint summary judgment motion to and including May 7, 2025, and grant all other just and proper relief.

Respectfully Submitted,

Theodore E. Rokita
Indiana Attorney General
Attorney number: 18857-49

Date: April 21, 2025     By:    */s/ Emily Hoegler*
Emily Hoegler
Deputy Attorney General
Attorney No. 38891-71
OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-4794
Fax: (317) 232-7979
Email: Emily.Hoegler@atg.in.gov

# CERTIFICATE OF SERVICE

I certify that on April 21, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Further, I certify that a copy of the foregoing will be duly served upon the party of record listed below by United States mail, first-class postage prepaid, on April 21, 2025:

Allen Williams
DOC #138186
Indiana State Prison
1 Park Row St
Michigan City, IN 46360-6597

                                          */s/ Emily Hoegler*
                                          Emily Hoegler
                                          Deputy Attorney General

OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-4794
Fax: (317) 232-7979
Email: Emily.Hoegler@atg.in.gov