# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| ALLEN WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 3:24-cv-00914-JTM-JEM |
| ARNOLD, | ) ) ) |
| Defendant. | ) ) |

## DEFENDANTS' STATUS REPORT

Defendant Richard Arnold, by counsel, Deputy Attorney General Emily Hoegler, respectfully submit this status report pursuant to the Court's order (ECF 17).

1. Deadline for Joining Parties and Amending the Pleadings

State Defendants do not anticipate amending their answer and propose that the Court set the deadline to amend the pleadings to **August 1, 2025**.

2. Planned Discovery

Defendants intend to send written discovery to Plaintiff, including interrogatories and requests for production. Defendants will also depose Plaintiff. Defendants may choose to depose other third party inmates who have knowledge regarding the basis for Plaintiff's claims. Defendants do not anticipate any other discovery occurring at this time, though this is subject to change as discovery progresses. Defendants propose that the Court set the deadline for initiating discovery to **December 1, 2025**.

3. Deadline for Completing Discovery

Defendants anticipate that initiated discovery could be completed within 60 days of deadline to initiate discovery. Thus, Defendants propose that the Court set the deadline for parties

to complete discovery to **February 1, 2026**.

    4.   Deadline for Filing Dispositive Motions

Defendants propose that the Court set the deadline for parties to file any dispositive motions to **April 1, 2026**.

                                      Respectfully Submitted,

                                      Theodore E. Rokita
                                      Indiana Attorney General
                                      Attorney number: 18857-49

Date:   <u>April 23, 2025</u>      By:      <u>*/s/ Emily Hoegler*</u>
                                                            Emily Hoegler
                                                            Deputy Attorney General
                                                           Attorney No. 38891-71
                                                           OFFICE OF ATTORNEY GENERAL TODD ROKITA
                                                           Indiana Government Center South, 5th Floor
                                                           302 West Washington Street
                                                           Indianapolis, IN 46204-2770
                                                           Phone: (317) 234-4794
                                                           Fax: (317) 232-7979
                                                           Email: Emily.Hoegler@atg.in.gov

# CERTIFICATE OF SERVICE

I certify that on April 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that on April 23, 2025, I mailed, by United States Postal Service, first-class postage prepaid, the document to the following non-CM/ECF participants:

Allen Williams
DOC #138186
Indiana State Prison
1 Park Row St
Michigan City, IN 46360-6597

                                                       */s/ Emily Hoegler*
                                                       Emily Hoegler
                                                       Deputy Attorney General

OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-4794
Fax: (317) 232-7979
Email: Emily.Hoegler@atg.in.gov