# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | | |
|---|---|---|
| ALLEN WILLIAMS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | CAUSE NO.: 3:24-CV-914-JTM-JEM |
| | ) | |
| RICHARD ARNOLD, | ) | |
|     Defendant. | ) | |

## ORDER

Defendant Sergeant Arnold, by counsel, filed a motion to extend the deadline to file a motion for summary judgment based on the affirmative defense of failure to exhaust administrative remedies by fourteen days. ECF 22. He explains that he needs additional time because he has served relevant discovery requests on the plaintiff and awaits a timely response. The Court notes that the parties must file all discovery materials in this case as long as the plaintiff remains without counsel, N.D. Ind. L.R. 26-2(a)(2)(A), but no discovery requests are on the docket.

In addition, a motion to recruit counsel remains pending before the court based on the plaintiff's assertion of blindness. ECF 21. The Court has set a status conference for May 8, 2025, to assess the motion (ECF 19), and at that time will reset the deadline for Defendant Arnold to file a summary judgment for exhaustion. In the meantime, Plaintiff Williams need not respond to the discovery requests.

For these reasons, the Court:

(1)     **DENIES** the motion to extend (ECF 22);

(2) **VACATES** the deadline for Sergeant Arnold to file a summary judgment motion based on the exhaustion of administrative remedies, **to be reset** at the hearing on May 8, 2025;

(3) **ORDERS** Sergeant Arnold to file the discovery request referenced in the motion to extend (ECF 12); and

**(4)** **ORDERS** that the deadline for Allen Williams to respond to these discovery requests is **STAYED** pending resolution of the motion to recruit counsel (ECF 21).

SO ORDERED this 23rd day of April, 2025.

> s/ John E. Martin
> MAGISTRATE JUDGE JOHN E. MARTIN
> UNITED STATES DISTRICT COURT

cc: All counsel of record
Plaintiff *pro se*