UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ALLEN WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 3:24-cv-00914-JTM-JEM |
| | ) |
| ARNOLD, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANTS' FIRST SET OF INTERROGATORIES
### ON EXHAUSTION TO PLAINTIFF

Defendant Richard Arnold, by counsel, Emily Hoegler, Deputy Attorney General, pursuant to Federal Rule of Trial Procedure 33, hereby submit the following interrogatories to be answered by Plaintiff, Allen Williams. These interrogatories are related to Defendant's affirmative defense of failure to exhaust, as allowed by the Court's Entry dated March 6, 2025 [ECF 17]. Defendant requests that Plaintiff fully answer these interrogatories in writing and under oath, and that a signed verified copy of the answers be served upon counsel for Defendant within thirty (30) days.

### GENERAL INSTRUCTIONS

For the purposes of these interrogatories, you and your refers to Plaintiff, Willard Purvis. All interrogatories shall be deemed continuing so as to require supplemental answers if further information is obtained between the time of service of the answers and the time of trial. You are under a duty to seasonably amend your responses upon receipt of new, supplemental, or supplanting information, and not to hold such information until the time of trial or settlement. You are required to answer as to all information available to you and to all persons acting on your behalf as your agent, representative, attorney, employee or investigator.

1

## INTERROGATORIES

**Interrogatory 1:** Did you exhaust your administrative remedies regarding your claim that Defendant Arnold used excessive force against you by punching you in the face on September 12, 2024, and September 16, 2024, prior to filing this lawsuit? If so, please describe in detail:

(a) when you made the informal grievance;

(b) to whom you made the informal grievance;

(c) the result of the informal grievance;

(d) when you filed the formal grievance;

(e) the case log number given to the grievance;

(f) the result of the formal grievance;

(g) when you filed the formal appeal;

(h) the result of the formal appeal.

**Answer:**

**Interrogatory 2:** Did you exhaust your administrative remedies regarding your claim that Defendant Arnold denied your requests for medical care and assistance following the alleged assaults on September 12, 2024 and September 16, 2024, prior to filing this lawsuit? If so, please describe in detail:

    (a) when you made the informal grievance;

    (b) to whom you made the informal grievance;

    (c) the result of the informal grievance;

    (d) when you filed the formal grievance;

    (e) the case log number given to that grievance;

    (f) the result of the formal grievance;

    (g) when you filed the formal appeal;

    (h) the result of the formal appeal.

**Answer:**

**Interrogatory 3:** Did you exhaust your administrative remedies regarding your claim that Defendant Arnold was aware of your injuries and did not report your injuries to IDOC, prior to filing this lawsuit? If so, please describe in detail:

    (a) when you made the informal grievance;

    (b) to whom you made the informal grievance;

    (c) the result of the informal grievance;

    (d) when you filed the formal grievance;

    (e) the case log number given to that grievance;

    (f) the result of the formal grievance;

    (g) when you filed the formal appeal;

    (h) the result of the formal appeal.

**Answer:**

**Interrogatory 4:** Did you exhaust your administrative remedies regarding your claim that Defendant Arnold injured you in these attacks and you have not been seen by medical personnel, prior to filing this lawsuit? If so, please describe in detail:

    (a) when you made the informal grievance;

    (b) to whom you made the informal grievance;

    (c) the result of the informal grievance;

    (d) when you filed the formal grievance;

    (e) the case log number given to that grievance;

    (f) the result of the formal grievance;

    (g) when you filed the formal appeal;

    (h) the result of the formal appeal.

**Answer:**

**Interrogatory 5:** Did you exhaust your administrative remedies regarding your claim that your inability and fear to be alone with staff following the attacks, prior to filing this lawsuit? If so, please describe in detail:

    (a) when you made the informal grievance;

    (b) to whom you made the informal grievance;

    (c) the result of the informal grievance;

    (d) when you filed the formal grievance;

    (e) the case log number given to the grievance;

    (f) the result of the formal grievance;

    (g) when you filed the formal appeal;

    (h) the result of the formal appeal.

**Answer:**

**Interrogatory 6:** Identify all individuals who witnessed or participated in the preparation or filing of any grievances, attempted grievances, appeals, or attempted appeals that you identified in your answers to Interrogatories 1-5. Include the following:

a) Each individual's name;

b) Each individual's IDOC Number or IDOC Staff Position; and

c) A chronological description of the acts and conduct performed by each individual in the preparation and filing of each grievance, attempted grievance, appeal, or attempted appeal.

**Answer:**

## **VERIFICATION**

I affirm under the penalties of perjury that I have read and reviewed the foregoing answers to interrogatories and that they are true and correct.

_____            _____
Date                                                                               Allen Williams

Respectfully Submitted,

Theodore E. Rokita
Indiana Attorney General
Attorney number: 18857-49

Date: April 24, 2025          By:     */s/ Emily Hoegler*
                                      Emily Hoegler
                                      Deputy Attorney General
                                      Attorney No. 38891-71
                                      OFFICE OF ATTORNEY GENERAL TODD ROKITA
                                      Indiana Government Center South, 5th Floor
                                      302 West Washington Street
                                      Indianapolis, IN 46204-2770
                                      Phone: (317) 234-4794
                                      Fax: (317) 232-7979
                                      Email: Emily.Hoegler@atg.in.gov

## **CERTIFICATE OF SERVICE**

I certify that on April 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that on April 24, 2025, I mailed, by United States Postal Service, first-class postage prepaid, the document to the following non-CM/ECF participants:

Allen Williams
DOC #138186
Indiana State Prison
1 Park Row St
Michigan City, IN 46360-6597

                                      */s/ Emily Hoegler*
                                      Emily Hoegler
                                      Deputy Attorney General

OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-4794
Fax: (317) 232-7979
Email: Emily.Hoegler@atg.in.gov