# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| ALLEN WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 3:24-cv-00914-JTM-JEM |
| ARNOLD, | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT'S FIRST SET OF REQUESTS
## FOR PRODUCTION OF DOCUMENTS ON EXHAUSTION TO PLAINTIFF

Defendant Richard Arnold, by counsel, Emily Hoegler, Deputy Attorney General, pursuant to Federal Rule of Trial Procedure 34, hereby submit the following requests for production of documents to Plaintiff, Allen Williams. These requests are related to Defendant's affirmative defense of failure to exhaust, as allowed by the Court's Entry dated March 6, 2025 [ECF 17]. Defendant requests that Plaintiff produce true and accurate copies of the following requested documents to counsel for Defendant within thirty (30) days.

## DEFINITIONS AND INSTRUCTIONS

The term "document" is used in the broadest sense permissible under the Trial Rules, and means each and every writing or record of *any kind*, whether paper or electronic, draft or original, that is in your possession, custody, or control, or to which you otherwise have access to. For each document requested, produce the entire document, along with any attachments, appendices, and exhibits, as well as every non-identical copy of the document. Your obligations under this request are deemed continuing, and to the extent responsive documents are discovered after the time for initial response, should be supplemented accordingly.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:** Produce any documents that demonstrate or evidence your attempts to exhaust your administrative remedies within the Indiana Department of Correction (IDOC") for your claim that Defendant Allen used excessive force against you by punching you in the face on September 12, 2024, and September 16, 2024. This request includes, but is not limited to, any documents that evidence your attempts at informal resolution, grievance, and appeal.

**RESPONSE:**

**REQUEST NO. 2:** Produce any documents that demonstrate or evidence your attempts to exhaust your administrative remedies within IDOC for your claim that Defendant Arnold denied your requests for medical care and assistance following the alleged assaults on September 12, 2024 and September 16, 2024. This request includes, but is not limited to, any documents that evidence your attempts at informal resolution, grievance, and appeal.

**RESPONSE:**

**REQUEST NO. 3:** Produce any documents that demonstrate or evidence your attempts to exhaust your administrative remedies within IDOC for your claim that Defendant Arnold was aware of your injuries and did not report your injuries to IDOC. This request includes, but is not limited to, any documents that evidence your attempts at informal resolution, grievance, and appeal.

**RESPONSE:**

**REQUEST NO. 4:** Produce any documents that demonstrate or evidence your attempts to exhaust your administrative remedies within IDOC for your claim that Defendant Arnold injured you in these attacks and you have not been seen by medical personnel. This request includes, but is not limited to, any documents that evidence your attempts at informal resolution, grievance, and appeal.

**RESPONSE:**

**REQUEST NO. 5:** Produce any correspondence you submitted to or received from any IDOC employee, contractor, or volunteer, regarding any grievance, attempted grievance, appeal, or attempted appeal, that otherwise relates to the claims asserted in this lawsuit.

**RESPONSE:**

**REQUEST NO. 6:** Produce a copy of any exhibits that you plan to use at a future hearing in support of your claim that you have exhausted your administrative remedies on the claims asserted in this lawsuit.

**RESPONSE:**

**REQUEST NO. 7:** Produce all documents that you reference in your answers to Defendants' First Set of Interrogatories to Plaintiff.

**RESPONSE:**

**REQUEST NO. 8:** Produce all documents that you relied upon when answering Defendants' First Set of Interrogatories to Plaintiff.

**RESPONSE:**

Respectfully Submitted,

Theodore E. Rokita
Indiana Attorney General
Attorney number: 18857-49

Date: <u>April 24, 2025</u>    By:    */s/ Emily Hoegler*
Emily Hoegler
Deputy Attorney General
Attorney No. 38891-71
OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-4794
Fax: (317) 232-7979
Email: Emily.Hoegler@atg.in.gov

## **CERTIFICATE OF SERVICE**

I certify that on April 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that on April 24, 2025, I mailed, by United States Postal Service, first-class postage prepaid, the document to the following non-CM/ECF participants:

Allen Williams
DOC #138186
Indiana State Prison
1 Park Row St
Michigan City, IN 46360-6597

    */s/ Emily Hoegler*
Emily Hoegler
Deputy Attorney General

OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 234-4794
Fax: (317) 232-7979
Email: Emily.Hoegler@atg.in.gov