UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| ALLEN WILLIAMS, | ) |  |
| --- | --- | --- |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CAUSE NO.: 3:24-CV-914-JTM-JEM |
|  | ) |  |
| RICHARD ARNOLD, | ) |  |
| Defendant. | ) |  |

**ORDER**

Allen Williams, a prisoner without a lawyer, filed a motion for counsel (ECF 21). Unlike criminal defendants, indigent civil litigants have no constitutional or statutory right to be represented by counsel in federal court. *Jackson v. County of McLean*, 953 F.2d 1070, 1071 (7th Cir. 1992). Nevertheless, the Court may in its discretion recruit *pro bono* counsel to represent an indigent litigant under 28 U.S.C. § 1915 when the circumstances warrant it. In the complaint, Williams represented that he was blind, which suggested that recruitment of counsel might appropriate, and the Court invited him to file a motion for counsel with medical verification of his blindness. ECF 1, ECF 4. On March 12, 2025, Williams filed medical records documenting his blindness. ECF 18. On May 8, 2025, the Court held a status conference via Zoom to discuss the motion for counsel. There, Williams confirmed his intent to pursue a federal lawsuit against the defendant.[1] Defense counsel represented that correctional records confirm Williams' assertion of blindness. Consequently, the Court will initiate efforts to recruit counsel for Williams.

---

[1] Williams also represented that he had no one to assist him with reviewing his legal mail, which the court will bear in mind until counsel has been recruited on his behalf.

1

For these reasons, the Court:

1) **GRANTS** the motion for counsel (ECF 21);

2) **ORDERS** that this case is **STAYED** while counsel is recruited;

3) **SETS** this matter for a thirty-minute telephonic status conference on the recruitment of counsel for Allen Williams for **Thursday, July 17, 2025, at 10:30 a.m.** (Central Time). To connect to the conference, the parties should call 833-568-8864, enter Meeting ID: 161-0956-8055; push # to skip Participant ID; and enter Passcode 815985 when prompted. The parties should dial in at least five minutes in advance of the conference start time;

4) **ORDERS** the Warden of Indiana State Prison to produce **Allen Williams, IDOC # 138186**, for the telephonic status conference set for Thursday, July 17, 2025, as described above; and

5) **DIRECTS** the clerk to send a copy of this Order to the Warden and the Litigation Liaison of the Indiana State Prison.

SO ORDERED this 8th day of May, 2025.

                                                s/ John E. Martin
                                                MAGISTRATE JUDGE JOHN E. MARTIN
                                                UNITED STATES DISTRICT COURT

cc:    All counsel of record
       Plaintiff *pro se*