# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | | |
|---|---|---|
| ALLEN WILLIAMS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 3:24-CV-914-JTM-JEM |
| | ) | |
| RICHARD ARNOLD, | ) | |
| Defendant. | ) | |

## ORDER

On May 8, 2025, the Court granted Allen Williams' motion for recruitment of counsel (ECF 29).

Under Northern District of Indiana Local Rule 83-5(e), attorneys practicing in this Court are governed by the Seventh Circuit Standards for Professional Conduct and the Rules of Professional Conduct adopted by the Indiana Supreme Court. Pursuant to Indiana's Rules of Professional Conduct, "[a] lawyer should be mindful of deficiencies in the administration of justice and of the fact that the poor, and sometimes persons who are not poor, cannot afford adequate legal assistance. Therefore, all lawyers should devote professional time and resources and use civic influence to ensure equal access to our system of justice." See Preamble, *Indiana Rules of Professional Conduct* ("RPC"). All lawyers have a responsibility to assist in providing *pro bono publico* service and "[a] lawyer shall not seek to avoid appointment by tribunal to represent a person except for good cause." *See* RPC 6.1 and 6.2. This obligation to provide *pro bono publico* services may, in part, be fulfilled by accepting representation of indigent clients.

Attorney **Elliot R. Slosar of Loevy & Loevy** has now agreed to volunteer his time to represent Williams in this case. The Court **DIRECTS** the clerk to send a copy of this order to

1

Attorney Slosar via his CM/ECF email address and to provide electronic access to the Court's file, including docket sheet. The Court **ORDERS** Attorney Slosar to review the Court file and to enter his appearance on behalf of Mr. Williams, and encourages Attorney Slosar to make first contact with Williams.

The Court **REAFFIRMS** the telephonic status conference set in this case for **Thursday, July 17, 2025, at 10:30.a.m.** (Central Time) (ECF 29). To connect to the conference, the parties should call 833-568-8864, enter meeting ID: 161-0956-8055; push # to skip participant ID; and enter passcode 815985 when prompted. The parties should dial in at least five minutes in advance of the conference start time.

The Court **ADVISES** Williams that once Attorney Slosar enters an appearance, Attorney Slosar will receive all entries in this case on Williams' behalf, and the clerk will no longer send Williams copies. Williams is further is advised that, at that time, he must file documents in this case through counsel rather than filing them on his own.

SO ORDERED this 11th day of June, 2025.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc: All counsel of record
Plaintiff *pro se*