UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **ALLEN WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 3:24-cv-00914-JTM-JEM |
| ) | |
| **ARNOLD,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT STATUS REPORT

Plaintiff Allen Willams, by counsel, Loevy & Loevy, and Defendant Richard Arnold, by counsel, Eichhorn & Eichhorn, LLP, respectfully submits this status report pursuant to the Court's order. [ECF 36].

1. Deadline for Joining Parties and Amending the Pleadings

State Defendants do not anticipate amending their answer and propose that the Court set the deadline to amend the pleadings to **November 1, 2025**.

2. Planned Discovery

Defendants intend to send written discovery to Plaintiff, including interrogatories and requests for production. Defendants will also depose Plaintiff and other third-party officers, medical staff, and inmates who have knowledge regarding the basis for Plaintiff's claims. Plaintiff also intends to send written discovery to the Defendant, including interrogatories and requests for production. Plaintiff also intends to depose officers, medical staff, and inmates who have knowledge of the underlying events. The parties do not anticipate any other discovery occurring at this time, though this is subject to change as discovery progresses. The parties therefore propose that the Court set the deadline for initiating discovery to **December 1, 2025**.

3. <u>Deadline for Completing Discovery</u>

The parties anticipate that discovery could be completed within 180 days of deadline to initiate discovery. Thus, the parties propose that the Court set the deadline for completing discovery to **June 1, 2026**.

4. <u>Deadline for Filing Dispositive Motions</u>

The parties propose that the Court set the deadline for filing any dispositive motions to **August 1, 2026.**

Respectfully Submitted,


/s/ <u>Elliot Slosar</u>

## CERTIFICATE OF SERVICE

I certify that on October 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ ELLIOT SLOSAR